## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF MICHIGAN

NICOLETTE WATSON, on behalf of herself and all others similarly situated,

                Plaintiff,

    v.

FCA US, LLC,

                Defendant.

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

Case No.:

**CLASS ACTION COMPLAINT**

**DEMAND FOR JURY TRIAL**

## PLAINTIFF'S CLASS ACTION COMPLAINT AND JURY DEMAND

Plaintiff Nicolette Watson brings this action against Defendant FCA US LLC, ("Defendant" "Jeep" or "FCA"), by and through her attorneys, individually and on behalf of all others similarly situated, and alleges as follows:

## INTRODUCTION

1.     This is a class action lawsuit brought by Plaintiff on behalf of herself and classes of current and former owners of model year 2015-2020 Jeep Cherokee, 2015-2020 Jeep Renegade, 2017-2020 Jeep Compass, 2017-2020 Fiat Toro, 2016-2020 Fiat 500x, and 2015-2020 Ram ProMaster City vehicles containing the 2.4 liter Tigershark engine (hereinafter referred to collectively as the "Jeep Vehicles" or

"Class Vehicles"). FCA designed, manufactured, marketed and warranted the Jeep Vehicles.[1]

2.      This action arises from Defendant's failure, despite its longstanding knowledge of a material design and/or manufacturing defect, to disclose to Plaintiff and similarly situated consumers that the Class Vehicles are predisposed to an excessively high rate of engine oil consumption (the "Oil Consumption Defect"). This defect – which typically manifests itself during and shortly after the limited warranty period has expired – will inevitably cause the Class Vehicles to prematurely burn off and/or consume abnormal and excessive amounts of engine oil.

3.      Significantly, the existence of the Oil Consumption Defect poses a safety risk to the operator and passengers of the vehicle because it prevents the engine from maintaining the proper level of engine oil, and causes an excessive amount of engine oil consumption that can neither be reasonably anticipated nor predicted.  Further, the Oil Consumption Defect can cause unexpected engine stalling and engine failure while the Class Vehicles are in operation at any time and under any driving condition or speed.  This exposes the driver and occupants of the Class Vehicles, as well as others who share the road with them, to an increased risk of accident, injury, or death.  As discussed further herein, numerous owners and

---

[1] Plaintiff reserves the right to amend or add to the vehicle models included in the definition of Class Vehicles after conducting discovery.

lessees of the Class Vehicles have experienced engine stalling while operating the Class Vehicles, thus placing themselves and those around them in immediate danger.

4.      Not only did FCA actively conceal the fact that particular components within the Class Vehicles' engines are defective, it did not reveal that the existence of the defect would diminish the intrinsic and resale value of the Class Vehicles and lead to the safety concerns described herein.

5.      FCA has long been aware of the Oil Consumption Defect.  Yet, notwithstanding its longstanding knowledge of this design and/or manufacturing defect, FCA has routinely refused to repair the Class Vehicles without charge when the defect manifests.  Indeed, in many cases Defendant even has refused to disclose the Oil Consumption Defect's existence when Class Vehicles displaying symptoms consistent with the defect are brought in for service, instead choosing to ignore the defect until it has caused significant mechanical problems necessitating costly repairs.

6.      Many other owners and lessees of the Class Vehicles have communicated with Defendant and/or Defendant's agents to request that they remedy and/or address the Oil Consumption Defect and/or resultant damage at no expense.  Defendant has routinely failed to do so.

7.      FCA has also refused to take any action to correct this concealed design and/or manufacturing defect when it manifests in the Class Vehicles outside of the

warranty period.  Since the Oil Consumption Defect can manifest shortly outside of the warranty period for the Class Vehicles – and given Defendant's knowledge of this concealed, safety related design and/or manufacturing defect – FCA's attempt to limit the warranty with respect to the Oil Consumption Defect is unconscionable and unenforceable here.

8.     Despite notice and knowledge of the Oil Consumption Defect from the numerous complaints it has received, information received from dealers, National Highway Traffic Safety Administration ("NHTSA") complaints, and its own internal records – including durability testing, FCA has not recalled the Class Vehicles to repair the Oil Consumption Defect, offered its customers a suitable repair or replacement free of charge, or offered to reimburse its customers who have incurred out-of-pocket expenses to repair the defect.

9.     As a result of Defendant's unfair, deceptive and/or fraudulent business practices, owners and/or lessees of the Class Vehicles, including Plaintiff, have suffered an ascertainable loss of money and/or property and/or loss in value.  The unfair and deceptive trade practices committed by Defendant were conducted in a manner giving rise to substantial aggravating circumstances.

10.    Had Plaintiff and other Class members known about the Oil Consumption Defect at the time of purchase or lease, they would not have bought or leased the Class Vehicles, or would have paid substantially less for them.

4

11.     Plaintiff is also informed and believes, and on that basis alleges, that as the number of complaints increased, and Class Members grew dissatisfied with the Class Vehicles' excessive rate of oil consumption, Defendant was forced to acknowledge that the Class Vehicles suffer from an inherent defect.

12.     As a result of the Oil Consumption Defect and the monetary costs associated with attempting to repair such defect and purchasing additional engine oil, Plaintiff and the Class members have suffered injury in fact, incurred damages, and have otherwise been harmed by Defendant's conduct.

13.     As a direct result of Defendant's wrongful conduct, Plaintiffs and members of the Classes have been harmed and are entitled to actual damages, including damages for the benefit of the bargain they struck when purchasing their vehicles, the diminished value of their vehicles, statutory damages, attorneys' fees, costs, restitution, and injunctive and declaratory relief.

14.     Accordingly, Plaintiff brings this action to redress Defendant's violations of the Florida Unfair and Deceptive Trade Practices Act and Magnuson-Moss Warranty Act, and also seeks recovery for Defendant's breach of express warranty, breach of implied warranty, and unjust enrichment.

## JURISDICTION AND VENUE

15.     This Court has subject matter jurisdiction of this action pursuant to 28 U.S.C. § 1332(d), the Class Action Fairness Act of 2005, because: (i) there are 100

5

or more class members, (ii) there is an aggregate amount in controversy exceeding $5,000,000, exclusive of interest and costs, and (iii) there is minimal diversity because plaintiff and defendant are citizens of different States. This court has supplemental jurisdiction over the state law claims pursuant to 28 U.S.C. § 1367 and jurisdiction over the Magnuson Moss Warranty Act claim by virtue of diversity jurisdiction being exercised under the Class Action Fairness Act ("CAFA").

16.    Venue properly lies in this District and vicinage pursuant to 28 U.S.C. § 1391(a), (b) and (c) because Defendant maintains its principal place of business in this District, because a substantial part of the events or omissions giving rise to Plaintiff's claims occurred in this District, and because Defendant conducts a substantial amount of business in this District. Accordingly, Defendant has sufficient contacts with this District to subject Defendant to personal jurisdiction in this District and venue is proper.

## PARTIES

### Plaintiff Nicolette Watson

17.    Plaintiff Nicolette Watson is a citizen and resident of the State of Florida who resides in Pinellas County.

18.    Plaintiff Watson owns a 2018 Jeep Compass for personal use that she purchased new from Airport Chrysler Dodge Jeep Ram ("Airport CDJR") in Orlando, Florida. The VIN of her Jeep vehicle is: 3C4NJDCB0JT245196.

6

19.     On at least five occasions since Plaintiff Watson has owned her Jeep, it has stalled on her while she was driving it.

20.     Plaintiff Watson has called Airport Chrysler Dodge Jeep three times to obtain information about how to address the stalling that she has experienced with her Jeep.

21.     Each time that Plaintiff Watson has called Airport Chrysler Dodge Jeep, she is advised that there is nothing that they can do about the issue and that it is not a known problem, so she should simply add more oil.

22.     On or about February 18, 2020, Plaintiff Watson took her Jeep to Airport CDJR for a routine oil change. At the time, her mileage was approximately 16,400 miles.

23.     At the February 18, 2020 oil change, Plaintiff Watson again asked Airport CDJR about the frequent need for oil, and she was advised to "keep adding more oil."

24.     On or about April 20, 2020, Plaintiff Watson's jeep stalled and required a quart-and-a-half of oil.

25.     As of April 28, 2020, Plaintiff Watson's Jeep had approximately 17,250 miles on it.

26.     Had Plaintiff Watson known or otherwise been made aware, of the Oil Defect in the Class Vehicles and FCA's inability to repair or cure it, she would not have purchased her Jeep or otherwise would have paid significantly less for it.

27.     When Plaintiff purchased her Jeep, she reasonably relied on the reasonable expectation that her Jeep Vehicle would be equipped with an engine that was free from defects and safe to operate and/or Jeep could, and would, properly repair and eradicate any such defects.

28.     At all times relevant herein, Plaintiff Watson operated her 2018 Jeep Compass in a reasonably foreseeable manner and as the vehicle was intended to be used, but can no longer do so given the recurring stalling caused by the Oil Consumption Defect.

29.     Plaintiff has suffered an ascertainable loss as a result of Defendant's unfair and deceptive conduct, breach of contractual, common law and statutory duties, and omissions and/or misrepresentations associated with the Oil Consumption Defect and associated safety risk, including but not limited to, out-of-pocket losses and diminished value of her Class Vehicle.

30.     Neither Defendant nor any of its agents, dealers or other representatives informed Plaintiff of the Oil Consumption Defect and associated safety risk prior to the purchase or lease of the Class Vehicles.

**Defendant**

31.     Defendant FCA US, LLC is a Delaware limited liability company with its principal place of business at 1000 Chrysler Drive, Auburn Hills, Michigan. The Jeep vehicles at issue here are part of the FCA US, LLC family of companies, which is, in turn, part of Fiat Chrysler Automobiles N.V.

32.     At all times relevant to this action, Defendant and/or its agents manufactured, distributed, sold, leased, and warranted the Class Vehicles throughout the United States. Defendant and/or its agents designed, caused, manufactured, the Jeep Vehicles knowing about the Oil Consumption Defect, without either disclosing it at the time of sale or attempting to remedy it.  Defendant and/or its agents also developed and disseminated the owner's manuals, warranty booklets, advertisements, and other promotional materials relating to the Jeep.

## FACTUAL ALLEGATIONS

### A. The Oil Consumption within the Class Vehicles

33.     FCA designs, engineers, manufactures and sells vehicles under the Chrysler, Jeep, Dodge, Ram and Fiat brands in this District and throughout the United States. FCA manufactures, distributes, and sells motor vehicles and parts through its network of authorized motor vehicle dealers, including Airport Chrysler Dodge Jeep.

34.     Defendant FCA designs, engineers, manufactures and sells vehicles and related parts, services and production systems worldwide. The Group operates over 100 manufacturing facilities and over 40 R&D centers; and it sells through dealers and distributors in more than 130 countries.[2] FCA is a multinational corporation with over 190,000 employees worldwide.[3]

35.     The 2.4L Tigershark engine, which FCA used in the Class Vehicles, is a 2.4 liter engine that was manufactured by Defendant FCA at its manufacturing plant in Trenton, Michigan.  The Tigershark is a straight-four piston engine with an aluminum engine block, cast iron cylinder liners and aluminum cylinder heads with dual overhead camshafts.

36.     The 2.4L Tigershark engines in the Class Vehicles have an engine oil capacity of 5.5 quarts including the oil within the oil filter.[4]

37.     The Class Vehicles are equipped with an automatic oil change indicator system. The oil change indicator system illuminates when it is time for scheduled maintenance. According to Defendant, the oil change indicator may illuminate as early as 3,500 miles since a prior oil change but under no circumstances does

---

[2] https://www.fcagroup.com/en-US/group/Pages/group_overview.aspx (last visited Apr. 30, 2020). **(Exhibit 1)**

[3] https://www.owler.com/company/fcagroup (last visited Apr. 30, 2020). **(Exhibit 2)**

[4] *See, e.g.*, https://cdn.dealereprocess.org/cdn/servicemanuals/jeep/2018-compass.pdf, p.416 (last visited Apr. 30, 2020). **(Exhibit 3)**

Defendant recommend oil change intervals exceed 10,000 miles, one year or 350 hours of engine run time.[5]

38.     Defendant FCA affirmatively touts the purportedly high gas mileages and low emissions associated with the Class Vehicles.  For example, it said the following: "In North America, the proven, fuel efficient 2.4-liter Tigershark four-cylinder engine will power the Compass, delivering best-in-class 4x4 highway fuel economy of 31 mpg when paired with the six-speed manual transmission."[6] Additionally, the Tigershark "employs a floating piston pin with diamond-like carbon coating, a commonly found material in the sport that provides a smooth surface for low friction."[7]

39.     FCA represents, markets, and sells certain of the Class Vehicles as being certified as Partial Zero Emission Vehicles ("PZEV").  Under the California Air Resources Board's regulations, the designation can only be given to vehicles that meet certain low emissions standards.  PZEVs are considered the cleanest gasoline powered vehicles because they have efficient engines and a unique exhaust emissions system.  As a result, this allows these specially rated vehicles to meet the

---

[5] *Id.* at p.359.

[6] https://ibgnews.com/2017-jeep-compass-an-all-new-global-compact-suv-delivering-unsurpassed-4x4-capability-world-class-on-road-driving-dynamics-advanced-fuel-efficient-powertrains-and-premium-styling/ (last visited Apr. 30, 2020). **(Exhibit 4)**

[7] https://www.wardsauto.com/technology/chrysler-s-new-multiair-ii-engine-put-test (last visited Apr. 30, 2020). **(Exhibit 5)**

strictest requirements applicable to internal combustion engine vehicles and achieve near-zero evaporative emissions from the fuel system.  Class Vehicles with a PZEV rating are also required to be sold with a 15 year/150,000-mile warranty on emission components.[8]   The Oil Consumption Defect results in damage to emission components including the catalytic converters on the Class Vehicles.

40.   As background, the 2.4L Tigershark engines contained in the Class Vehicles use four reciprocating pistons to convert pressure into a rotating motion. Gasoline is mixed with air in the combustion chambers of the engine.  To generate such rotating motion, a four-step sequence is used (the "Combustion Cycle").  First, the intake stroke begins with the inlet valve opening and a vaporized fuel mixture is pulled into the combustion chamber.  Second, the compression stroke begins with the inlet valve closing and the piston beginning its movement upward, compressing the fuel mixture in the combustion chamber.  Third, the power stroke begins when the spark plug ignites the fuel mixture, expanding the gases and generating power that is transmitted to the crankshaft.  Fourth, the exhaust stroke begins with the exhaust valve opening and the piston moving back down, allowing the exhaust gases to escape the cylinder.  The exhaust valve then closes, the inlet valve opens, and the Combustion Cycle repeats itself.   A diagram of the Combustion Cycle is below:

---

[8] https://ww2.arb.ca.gov/resources/fact-sheets/california-vehicle-and-emissions-warranty-periods (last visited Apr. 30, 2020). **(Exhibit 6)** *See also,* 13 C.C.R. § 1962(c).



41.    During this process, engine oil is used to lubricate the piston and cylinder wall as the piston moves up and down through the four-stroke sequence. Engine oil is also necessary in this process to reduce wear on moving parts throughout the engine, improve sealing, and cool the engine by carrying heat away from the moving parts.  If there is an insufficient amount of engine oil, the engine will not have the necessary lubrication or cooling, thereby causing premature wear of internal parts, inadequate performance, and/or catastrophic engine failure.

42.    The top sidewall of each engine piston contains rings that, when correctly sized and installed, and when properly tensioned, prevent engine oil from entering the combustion chamber, as well as optimizing compression.  On each

piston, there are three rings: the top compression ring, the second compression ring, and the oil control ring.

43.     The top compression ring is the top ring, or closest ring to the inlet and combustion gases, and is exposed to the greatest amount of chemical corrosion and the highest operating temperature.  The compression ring transfers approximately 70% of the combustion chamber heat from the piston to the cylinder wall.

44.     The second compression ring, also known as the wiper ring, is used to further seal the combustion chamber and to wipe the cylinder wall clean of excess oil.  Combustion gases that pass by the top compression ring are stopped by the second compression ring.

45.     The bottom ring, known as the oil control ring, is used to wipe excess oil from the cylinder wall during piston movement and return excess oil through the ring openings and oil drain holes to the engine oil pan.  The oil control ring includes two thin rails or running surfaces.

46.     If engine oil is able to pass between any of these piston rings and the surface of the cylinder wall, then the engine oil will enter the combustion chamber of the engine.  Once engine oil is in the combustion chamber, it will not only cause a decrease in engine performance but the engine oil will also be burned off during the Combustion Cycle sequence thereby reducing the overall amount of oil contained in the engine.  Furthermore, engine oil in the combustion chamber will

14

also cause a decrease in fuel efficiency, cause carbon deposits to form within the engine, and damage the vehicle ignition and emission components.  An exemplar diagram of a piston with these rings is shown below:



47.    Upon information and belief, the oil control ring, oil control ring groove and piston oil drain holes, contained in the oil control ring groove of the Class Vehicles, contain an insufficient design and/or manufacturing defect causing them to be prone to clogging with debris.  As a result, the engine control ring becomes locked in place and engine oil is not returned to the engine oil pan as intended. Instead, engine oil is burned and consumed during the Combustion Cycle.

48.    Further, upon information and belief, the piston and piston ring assembly in the Class Vehicles contain an insufficient design and/or manufacturing

defect including, *inter alia*, insufficient piston ring tension, causing them to allow engine oil into the combustion chamber of the engine.  As a result, engine oil is not separated from the Combustion Cycle as intended.  Instead, engine oil is burned and consumed during the Combustion Cycle.

**B.    FCA's Longstanding Knowledge of the Defect**

**1.  Prior TSBs Demonstrate FCA's Longstanding Knowledge of Oil Consumption Issues in its Vehicles**

49.    FCA is no stranger to oil consumption in its vehicles. In June of 2012, FCA issued a technical service bulletin ("TSB") in its vehicles. The TSB is attached hereto as **Exhibit 7**.

50.    The TSB, issued for 23 of its vehicles, acknowledged that oil consumption may occur in its vehicles and that abnormal engine oil consumption may occur.

51.    The TSB lists FCA's policy when abnormal oil consumption is exhibited, and requires its dealerships to perform detailed diagnostic testing as well as an "Oil Consumption Test and Diagnosis."

**2.  Reports to NHTSA and FCA's Technical Service Bulletins**

52.    The National Highway Traffic Safety Administration ("NHTSA") has received numerous complaints about the Oil Consumption Defect.  Currently, the NHTSA online complaint database is replete with complaints, below are only a few examples:

16

**2015 Jeep Cherokee**

**NHTSA ID Number:** 10820830
**Complaint Submitted** January 18, 2016
**Incident Date** January 5, 2016
**Consumer Location** CLOVER, SC
**Vehicle Identification Number** 1C4PJLCB3FW****
**Summary of Complaint**
NEW 2015 JEEP CHEROKEE LATITUDE WITH 4K MILES ON IT SUDDENLY
TURNED ITSELF OFF WHILE DRIVING DOWN THE ROAD. NO WARNING
OTHER THAN A MESSAGE ON THE DASH TO PUT THE CAR IN PARK TO
CHANGE GEARS. VERY DANGEROUS, LOST CONTROL OF POWER
STEERING, GAS AND BRAKES. WAS ABLE TO PUT CAR IN PARK ON SIDE
OF ROAD, RESTART IT AND GET HOME. IT HAPPENED AGAIN THE NEXT
MORNING AND WAS TOWED TO DEALERSHIP. SERVICE DEPT. RAN ALL
UPDATES AND THE CAR SHUT OFF ON THEM WHILE TESTING IT TOO.
HAS BEEN IN THE SHOP FOR 2 WEEKS AND THEY SAY IT WAS DUE TO
EXCESSIVE OIL CONSUMPTION AND AR REPLACING THE ENGINE. I
DON'T BELIEVE THIS TO THE CAUSE; NEVER GOT A WARNING LIGHT
AT ALL AND CAR DOES RESTART AND RUN AFTER IT SHUTS ITSELF
OFF. SCARED TO DRIVE IT ONCE I GET IT BACK AGAIN, IT IS REALLY
LIKE A DEATH TRAP WHEN IT SHUTS OFF. YOU ARE THE MERCY OF
ALL THE DRIVERS AROUND YOU TO GET OUT OF YOUR WAY.
SOMEONE IS GOING TO GET HURT OR GET KILLED IF THEY DON'T
FIGURE THIS OUT SOON

**NHTSA ID Number:** 11011381
**Complaint Submitted: July 18, 21017**
**Incident Date** September 20, 2016
**Consumer Location** SOUTH ELGIN, IL
**Vehicle Identification Number** 1C4PJLCB6FW****
**Summary of Complaint**
AT 17,000 MILES, I STARTED HAVING ISSUES WITH MY CHEROKEE. THE
FIRST TIME THE ENGINE OF THE VEHICLE STALLED ON ME, I WAS ON
MY WAY TO WORK. I POWERED OFF THE ENGINE AND IT
SUCCESSFULLY RESTARTED AFTER ONE ATTEMPT. I BROUGHT IT TO
MY DEALERSHIP LATER THAT DAY TO FIND OUT I WAS "OUT OF OIL",
THIS WAS ROUGHLY 2500 MILES INTO MY MOST RECENT OIL CHANGE
(WHICH IS PROJECTED FOR 5000 MILES). I WAS DISAPPOINTED, DUE TO
THE VEHICLE BEING A YEAR OLD. THE DEALERSHIP ADDED SOME OIL

AND I WAS ON MY WAY. SHORTLY AFTER, I STARTED NOTICING THE ENGINE WOULD REV TO HIGH RPM'S WHEN THE VEHICLE WAS STATIONARY, THE RPM'S WOULD INCREASE DRASTICALLY WHEN BREAKING, THE VEHICLE WOULD JUMP BETWEEN GEARS 1-3, MAKING INCREASING YOUR SPEED EXTREMELY DIFFICULT AS YOU NEVER KNEW WHEN THE VEHICLE WOULD ACTUALLY TAKE OFF. MY DEALERSHIP WAS "UNABLE TO DUPLICATE " THIS ISSUE, AND I WAS SENT ON MY WAY. FAST FORWARD 9 MONTHS, AND MY VEHICLE DIES ON ME AS I AM LEAVING WORK. HOWEVER, THIS TIME, IT TOOK MULTIPLE ATTEMPTS TO RESTART THE VEHICLE. I WAS FINALLY ABLE TO START IT BY PUTTING MY FOOT ON THE GAS, AND ANY TIME I TOOK MY FOOT OFF OF THE GAS, THE ENGINE WOULD STALL. I DROVE WITH TWO FEET TO THE DEALERSHIP THAT DAY, AND FOUND OUT ONCE AGAIN I WAS "OUT OF OIL". THE DEALERSHIP RECOMMENDED AN "OIL CONSUMPTION TEST", WHICH MEANS BRINGING YOUR VEHICLE TO THE DEALERSHIP AT VARIOUS MILE MARKERS (500,1000, 2000, 2000). AT THIS TIME, THEY WOULD CHECK THE OIL LEVELS AND REFILL ANY LOST OIL. THROUGH THIS, I FOUND OUT MY VEHICLE WAS "BURNING THROUGH" 1 QUART OF OIL EVERY 666.67 MILES. CHRYSLER GUIDELINES SAY A VEHICLE OF MY SPECIFICATIONS SHOULD USE 1 QUART IN 2000 MILES. THIS VEHICLE IS A BEAUTIFUL DEATH TRAP ON WHEELS, AND SUCH A DISAPPOINTMENT TO JEEP LOVERS EVERYWHERE. STAY AWAY.

**NHTSA ID Number:** 10851584
**Complaint Submitted** January 22, 2018
**Incident Date** January 1, 2015
**Consumer Location** JOHNSTOWN, NY
**Vehicle Identification Number** N/A
**Summary of Complaint**
2015 JEEP CHEROKEE. CONSUMER WRITES IN REGARDS TO VEHICLE EXCESSIVE          OIL          CONSUMPTION          ISSUES.          *SMD

THE CONSUMER STATED THE VEHICLE HAD IT'S FIRST OIL CHANGE IN JANUARY OF 2015. AFTER 146 MILES, THE OIL WAS ONE QUART LOW.

THE CONSUMER ADDS 1-2 QUARTS BETWEEN REGULAR OIL CHANGES.

THE CONSUMER REQUESTED TO HAVE TO VEHICLE EXCHANGED FOR V-6. *JS

**NHTSA ID Number:** 11192370
**Complaint Submitted** March 29, 2019
**Incident Date** March 14, 2019
**Consumer Location** CLINTON, CT
**Vehicle Identification Number** 1C4PJLCB4FW****
**Summary of Complaint**
DRIVING ALONG WITH VEHICLE IN MOTION, THE ENGINE STALLS OUT
AND CONTINUES TO ROLL, BUT DOES NOT OPERATE. CAR MUST COME
TO A COMPLETE STOP, REST AND THEN TRY TO RESTART - VERY
DANGEROUS ON THE HIGHWAY. A MESSAGE COMES ON STATING
"VEHICLE MUST BE IN GEAR TO SHIFT" OR SOMETHING CLOSE TO
THAT - BUT THERE HAS BEEN NO SHIFTING ON MY PART AT ALL. THIS
STALLING HAS PUT ME IN VERY DANGEROUS CONDITIONS BECAUSE
CARS COMING FROM BEHIND AND AROUND ME HAVE NO WARNING
OF THE STALLED OUT ENGINE EITHER. IT TAKES ABOUT 3 OR 4
MINUTES TO RESTART THE ENGINE. DEALERSHIP SAYS THIS IS AN OIL
CONSUMPTION ISSUE AND ITS SOMETHING TO DO WITH THE PISTONS.
ANOTHER JEEP SERVICE MANAGER SAID THE ENGINE NEEDS TO BE
REPLACED. ITS STILL UNDER WARRANTY. I FEAR THAT WE'RE GOING
TO GET HIT (MY DAUGHTER AND I) AND MEANWHILE, WE DO NOT
HAVE OTHER TRANSPORTATION AND I'M GOING TO BE PAYING ON
THIS FOR 4 MORE YEARS. THERE IS A LOT OF INFORMATION ON OTHER
PEOPLE HAVING THE SAME COMPLAINTS ON THE INTERNET.

FOR NOW, THE DEALERSHIP IS DOING AN OIL CONSUMPTION TEST
WHICH IS RELATED TO THE ENGINE PROBLEMS KNOWN ON OTHER
VEHICLES. WITH THIS MANY PEOPLE HAVING THE SAME PROBLEM,
THIS SHOULD BE A RECALLED ENGINE.

**NHTSA ID Number:** 11221247
**Complaint Submitted** June 19, 2019
**Incident Date** April 13, 2019
**Consumer Location** TRAVERSE CITY, MI
**Vehicle Identification Number** 1C4PJMCB3FW****
**Summary of Complaint**
CAR STALLING AT LOW SPEED AND ALSO AT STOP. TAKES SEVERAL
ATTEMPTS TO GET MOVING AGAIN. WENT IN FOR SERVICE AND CAR
VIRTUALLY OUT OF OIL. WAS NOT EVEN CLOSE TO NEEDING AN OIL
CHANGE. LESS THAN EVERY 1000 MILES THERE IS AN OIL LOSS OF
ATLEAST A QUART NEEDING TO BE ADDED AT OIL CONSUMPTION

19

TEST. EXTREMELY DANGEROUS TO DRIVE AND ANY TYPE OF RESOLUTION FEELS WORLDS AWAY WHEN OUR SAFETY IS JEOPARDIZED.

**2016 Jeep Cherokee**

**NHTSA ID Number:** 10901992
**Complaint Submitted** August 27, 2016
**Incident Date** August 5, 2016
**Consumer Location** ROCKFORD, IL
**Vehicle Identification Number** N/A
**Summary of Complaint**
WE BOUGHT A BRAND NEW JEEP AND BY 5168 MILES IT USED 3 QUARTS OF SYNTHETIC OIL. WE HAD THE OIL CHANGED AT 3000 MILES AT THE DEALER(AS THEY SUGGESTED). WE INFORMED THE DEALER THAT THE JEEP WAS BURNING OIL NOT LEAKING OIL. WE WERE TOLD THAT CHRYSLER WOULD NOT DO ANYTHING ABOUT IT UNTIL 7500 MILES AND THEN THEY WOULD DO A OIL CONSUMPTION TEST ON THE JEEP AND AFTER THAT WE WOULD HAVE TO BRING IT BACK EVERY 500 MILES TO TOP THE OIL OFF IF NECESSARY. SYNTHETIC OIL IS ABOUT $8.00 A QUART. THIS JEEP IS UNDER WARRANTY BUT THEY WOULDN'T FIX IT. AND WE WOULD OF HAD TO PAY FOR THE OIL TO TOP IT OFF WITH TOO. THE DEALER WAS AWARE OF THIS PROBLEM WITH THESE JEEPS. OUR DAUGHTER BOUGHT A JEEP WITH THE SAME ENGINE BUT SHE HASN'T HAD A PROBLEM WITH HERS. WHEN WE TOLD THE DEALER THIS THEY SAID THIS PROBLEM EXISTS ONLY WITH SOME OF THE ENGINES. WHY ISN'T THERE A RECALL ON THESE! WHY ARE THEY EVEN SELLING THESE WHEN THEY KNOW THERE'S A PROBLEM. SINCE THE MANUFACTURE WOULDN'T FIX THE PROBLEM WE GOT RID OF THE JEEP.

**NHTSA ID Number:** 10945731
**Complaint Submitted** January 17, 2017
**Incident Date** May 5, 2016
**Consumer Location** EDGEWOOD, WA
**Vehicle Identification Number** 1C4PJLAB6GW****
**Summary of Complaint**
TL* THE CONTACT OWNS A 2016 JEEP CHEROKEE. THE CONTACT WAS EXPERIENCING AN EXCESSIVE OIL CONSUMPTION ISSUE WITH THE VEHICLE. THE CONTACT HAD TO ADD OIL TO THE VEHICLE EVERY

1,200 MILES. THE CONTACT RESEARCHED THE ISSUE ONLINE AND DISCOVERED THAT THIS WAS AN ONGOING ISSUE WITH THE MANUFACTURER. THE VEHICLE WAS NOT DIAGNOSED OR REPAIRED. THE MANUFACTURER WAS MADE AWARE OF THE ISSUE. THE FAILURE MILEAGE WAS APPROXIMATELY 1,200.

**NHTSA ID Number:** 11030388
**Complaint Submitted** September 18, 2017
**Incident Date** September 27, 2017
**Consumer Location** Unknown
**Vehicle Identification Number** 1C4PJMCBXGW****
**Summary of Complaint**
EXCESSIVE OIL CONSUMPTION. TO PROTECT ITSELF, THE ENGINE WILL SHUT DOWN WITHOUT WARNING, NO OIL OR ENGINE LIGHTS. THIS HAS HAPPENED SEVERAL TIMES IN ONE YEAR. THE MOST RECENT SEPT. 27, 2017 WAS WHEN I WAS IN TRAFFIC ON A SIDE STREET IN WORCESTER MA.. IT TOOK 5 MEN TO PHYSICALLY PUSH MY CAR TO THE SIDE OF THE ROAD TO PREVENT AN ACCIDENT FROM HAPPENING. UNACCEPTABLE. AFTER HAVING A TUNE UP IN MID-JULY 2017, THE CAR DIP STICK IN LATE SEPTEMBER WAS DRY. AFTER TOWING THE VEHICLE TO THE NEAREST DEALER I FOUND OUT IT TOOK 4 QUARTS OF OIL. I BELIEVE THIS IS AN EXCESSIVE AMOUNT. I AM NOW GOING TO HAVE TO CHECK EVERY 500 TO 1,000 MILES NOT TO MENTION THE HIGHER COST TO PURCHASE SYNTHETIC OIL. THE

**NHTSA ID Number:** 11034694
**Complaint Submitted** October 19, 2017
**Incident Date** March 13, 2017
**Consumer Location** WEST CHICAGO, IL
**Vehicle Identification Number** 1C4PJMCB1GW****
**Summary of Complaint**
IT HAS AN OIL CONSUMPTION ISSUE. IT BURNS A QUART OF OIL EVERY 1000 MILES. IT TAKES 5 QUARTS OF OIL AND THE OIL CHANGE IS EVERY 5000 MILES SO BY THE TIME IT NEEDS AN OIL CHANGE THERE IS NO OIL LEFT. IT STALLED DEAD ON ME WHILE I WAS DRIVING BECAUSE IT HAD NO OIL. I HAD NO ADVANCED WARNING IT JUST STOPPED IN THE MIDDLE OF THE STREET. I HAVE DONE 7 OIL CONSUMPTION TESTS AND JEEP IS TELLING ME IT IS "JEEP STANDARD" AND THEY WILL NOT FIX IT.

**NHTSA ID Number:** 11091468
**Complaint Submitted** May 2, 2018
**Incident Date** October 18, 2017
**Consumer Location** BRANFORD, CT
**Vehicle Identification Number** 1C4PJMAB9GW****
**Summary of Complaint**
2016 JEEP CHEROKEE HAS TWICE STALLED WHILE DRIVING ABOUT 30
MPH. LOSE ALL POWER. FIRST TIME , 21,218 MILES, DEALER SAID
PROBABLY LOW ON OIL, BUT OIL CHANGE WAS NOT OVERDUE AND
NO INDICATOR LIGHTS EVER SHOWED. THEY DID OIL CHANGE AND
THEN CHECKED CAR AT NEXT OIL CHANGE, THEY DIDN'T FIND
ANYTHING. AT 30,930 MILES, CAR STALLED AGAIN DRIVING 30 MPH
OUT OF NOWHERE. BARELY ABLE TO GET TO SIDE OF ROAD.
EXTREMELY DANGEROUS SITUATION. DEALER AGAIN SAID OIL ISSUE
AND WE ARE ADVISED TO RETURN TO DEALER IN 1000 MILES TO DO
AN OIL CONSUMPTION TEST. IN RESEARCHING THIS ISSUE IT SEEMS
THAT THIS IS AN ONGOING ISSUE THAT NO ONE SEEMS TO GET
RESOLVED. DEALER SAYS THEY HAVE NOT HEARD OF ISSUE, BUT A
SIMPLE GOOGLE SEARCH SHOWS THIS IS NOT AN ISOLATED ISSUE.

**NHTSA ID Number:** 11092531
**Complaint Submitted** May 8, 2018
**Incident Date** November 1, 2015
**Consumer Location** Unknown
**Vehicle Identification Number** 1C4PJMCB2GW****
**Summary of Complaint**
TL* THE CONTACT OWNS A 2016 JEEP CHEROKEE. WHILE DRIVING
VARIOUS SPEEDS, THE "SWITCH TO NEUTRAL" WARNING MESSAGE
APPEARED AND THE CHECK ENGINE INDICATOR ILLUMINATED.
AFTERWARDS, THE VEHICLE STALLED. NEW HOLLAND JEEP IN NEW
HOLLAND, PA WAS CONTACTED AND DIAGNOSED THAT THE FAILURE
WAS DUE TO EXCESSIVE ENGINE OIL CONSUMPTION. THE VEHICLE
WAS NOT REPAIRED. THE MANUFACTURER WAS NOTIFIED OF THE
FAILURE. THE FAILURE MILEAGE WAS 250.

**NHTSA ID Number:** 11096411
**Complaint Submitted** May 16, 2018
**Incident Date** May 16, 2018
**Consumer Location** YORK, SC
**Vehicle Identification Number** 1C4PJLAB1GW****

22

**Summary of Complaint**

THE VEHICLE SHUT OFF ON MY WIFE AND CHILD WHILE SHE WAS DRIVING IT ON THE HIGHWAY, AND WE TOOK IT TO THE DEALERSHIP AND THEY SAID IT WAS LOW ON OIL AND THEY DID AN OIL CONSUMPTION TEST AND CLEARED THE VEHICLE AND SAID IT WAS A COMMON PROBLEM AND THEY HAVE TO DO OIL CONSUMPTION TEST BEFORE CHRYSLER WILL ISSUE A REPLACEMENT MOTOR, AFTER 2 MONTHS OF THE TEST THEY CONCLUDED THAT IT WAS OK AND SAFE TO DRIVE. THE ISSUE HAPPEND AGAIN WITH MY WIFE AND CHILD IN THE CAR AND DRIVING DOWN THE ROAD, SHE MADE IT BACK HOME AND THE MOTOR WAS OUT OF OIL 3,000 MILES BEFORE HER NEXT OIL CHANGE. I GOT IT TO THE DEALER AND THEY SAID THEY HAVE TO DO THE OIL CONSUMPTION TEST PROCESS AGAIN.

**NHTSA ID Number:** 11101522
**Complaint Submitted** June 12, 2018
**Incident Date** April 11, 2018
**Consumer Location** TINLEY PARK, IL
**Vehicle Identification Number** 1C4PJMDB7GW****
**Summary of Complaint**

CAR STALLED WHILE DRIVING ON BUSY ROADS IN CHICAGO ON TWO SEPARATE OCCASIONS. FIRST TIME I WAS LESS THAN A MILE FROM HOME ON MY WAY TO WORK, CAR STALLED OUT AT A STOP LIGHT AND TOOK 3-4 FAILED ATTEMPTS TO RESTART. CAR WAS MAKING UNUSUAL NOISE WHILE FAILING TO RESTART. SECOND TIME WAS LATER IN THE DAY ON THE WAY HOME FROM WORK DURING RUSH HOUR. ON A 45MPH ROAD CROSSING THROUGH AN INTERSECTION THE JEEP STALLED OUT. NO CODES, NOTHING. JUST STOPPED WORKING IN THE MIDDLE OF A BUSY INTERSECTION. THIS IS A TERRIBLY DESIGNED "SAFETY FEATURE". BROUGHT VEHICLE TO DEALER AND WAS TOLD I WAS LOW ON OIL. THEY TRIED TO PLAY IT OFF LIKE IT WAS MY FAULT BUT I INSISTED ON A OIL CONSUMPTION TEST, CAME BACK AFTER 1000 MILES AND MY CAR HAS NOW BEEN IN THE SHOP FOR 9 WEEKS AFTER THEY CLAIMED THERE WAS NOTHING WRONG. JEEP NEEDS TO BUY THIS VEHICLE BACK I'M SICK OF DEALING WITH A BRAND NEW PIECE OF TRASH

**NHTSA ID Number:** 11104677
**Complaint Submitted** June 29, 2018
**Incident Date** June 28, 2018
**Consumer Location** SHOEMAKERSVILLE, PA
**Vehicle Identification Number** 1C4PJMCB7GW****
**Summary of Complaint**
WHILE DRIVING THE ENGINE SHUTOFF AND LOST ALL POWER. HAD TO
COAST TO THE SIDE OF THE ROAD IN TRAFFIC. AFTER TAKING IT TO
THE DEALER, FOUND OUT THE ENGINE CONSUMED 2.5 QUARTS OF OIL
[OVER HALF IT'S VOLUME] IN 6 MONTHS. THERE WERE NO WARNINGS
OF LOW OIL LEVEL; ENGINE JUST DIED. WAS TOLD THAT THIS OIL
CONSUMPTION WAS ACCEPTABLE AND IF I WANTED TO PREVENT THE
ENGINE FROM SHUTTING OFF WITHOUT ANY WARNING TO CHECK OIL
LEVEL EVERY 1000-1500 MILES TO ASSURE IT'S ADEQUATE. THE
COMPUTER APPARENTLY GIVES THE DRIVER NO INDICATION OF LOW
OIL VOLUME EVEN AFTER THE ENGINE SHUTS DOWN FOR THAT
EXACT REASON. I WAS TOLD CHRYSLER ONLY BECOMES CONCERNED
IF THE ENGINE USE A QUART OF OIL WITHIN 1000 MILES. JEEP
CHEROKEE LATITUDE/2016/4CLY ENGINE WITH 35K MILES.

**NHTSA ID Number:** 11142646
**Complaint Submitted** October 25, 2018
**Incident Date** September 17, 2018
**Consumer Location** Unknown
**Vehicle Identification Number** 1C4PJLAB6GW****
**Summary of Complaint**
TL* THE CONTACT OWNS A 2016 JEEP CHEROKEE. WHILE DRIVING
APPROXIMATELY 10 MPH, THE VEHICLE STALLED AND ALL THE
WARNING INDICATORS FLASHED AND WENT BLANK ON THE
INSTRUMENT PANEL. THE CONTACT COASTED THE VEHICLE TO THE
SIDE OF THE ROAD AND WAITED APPROXIMATELY FIVE MINUTES.
ONCE THE VEHICLE WAS RESTARTED, IT OPERATED NORMALLY. THE
CONTACT ALSO STATED THAT THE ENGINE WAS REPLACED IN MAY
OF 2017 BY BETTENHAUSEN CHRYSLER DODGE JEEP (8255 W 159TH
STREET, TINLEY PARK, IL 60477). THE VEHICLE WAS TAKEN TO THE
SAME DEALER FOR THE RECENT FAILURE. THE CONTACT WAS
ADVISED TO KEEP AN EYE ON THE OIL CONSUMPTION. THE VEHICLE
WAS NOT REPAIRED. THE MANUFACTURER WAS NOTIFIED OF THE
FAILURE. THE APPROXIMATE FAILURE MILEAGE WAS 31,551.

**NHTSA ID Number:** 11145094
**Complaint Submitted** November 3, 2018
**Incident Date** October 31, 2018
**Consumer Location** BOYLSTON, MA
**Vehicle Identification Number** 1C4PJMCBXGW****
**Summary of Complaint**
SHORTLY AFTER A RIGHT TURN INTO A SHORT STEEP UPHILL SECTION
OF ROAD, THE CAR JUST DIED. THERE WERE NO WARNING LIGHTS. THE
DISPLAY MESSAGE SAID TO SHIFT INTO P THEN SELECT A GEAR. THE
CAR HAD NO FUNCTIONALITY, IT WAS DEAD AND STARTED ROLLING
BACKWARDS TOWARDS THE INTERSECTION. PUT IN PARK AND TRIED
TO RESTART - CHECK ENGINE LIGHT CAME ON, AND WAS ABLE TO
OPERATE FOOT BRAKE WHICH WAS ALSO UNRESPONSIVE TO THAT
POINT - PANICKING THAT THE CAR WOULD ROLL ACROSS THE
INTERSECTION INTO THE DITCH. CAR WOULD NOT HOWEVER START.
AFTER A FEW MINUTES AND TRIES, THE CAR STARTED AND DROVE AS
THOUGH NOTHING HAD HAPPENED AND NO WARNING LIGHTS ON THE
DISPLAY. DROVE HOME FROM WORK AND TO THE DEALER, LIKE
NOTHING HAD HAPPENED. BUT SCARED THAT THE PROBLEM MIGHT
REPEAT AND DELIBERATELY TOOK BACKROADS JUST IN CASE. CAN'T
IMAGINE WHAT WOULD HAPPEN IF I'D TAKEN THE INTERSTATE AND
THE PROBLEM REPEATED.

AFTER GETTING HOME, FOUND THEY HAD CALLED AND LEFT A
MESSAGE ABOUT THERE BEING NO OIL. CALLED BACK - LONG
CONVERSATION:

- THEY SAID THERE WAS NO OIL ON THE DIPSTICK (SO WHY DID THE
OIL LIGHT NOT COME ON?)

- THEY HAD CHANGED THE OIL AND FILTER AND THE CAR WAS GOOD
TO GO (REALLY?)

- THEY RECOMMENDED BRINGING THE CAR BACK AFTER 1000 MILES
TO CHECK OIL CONSUMPTION (SO IF THE CAR FOR WHATEVER
REASON LOSES ITS OIL WILL IT REALLY BE SAFE TO DRIVE? COULD IT
NOT HAPPEN THE NEXT MILE, THE 100TH MILE?)

- THEY SAID THERE WAS NO EVIDENCE OF OIL LEAKS (YES, WE WOULD
HAVE NOTICED OIL SPOTS ON THE FLOOR OF OUR GARAGE)

- THEY SAID THERE MUST BE "INTERNAL CONSUMPTION" OF THE OIL (SO THERE SHOULD BE SMOKE COMING FROM THE EXHAUST, RIGHT? THERE WAS NOT) GOING AROUND IN CIRCLES.

WHY DOES THE CAR STOP DEAD WHEN THE PROBLEM OCCURS. THE DEALER SAID THIS IS TO PROTECT THE CAR. WELL, THANK YOU CHRYSLER FOR CARING SO LITTLE ABOUT YOUR CUSTOMERS THAT YOU PROTECT YOUR CAR FROM DAMAGE AT THE EXPENSE OF PEOPLE.

**NHTSA ID Number:** 11145250
**Complaint Submitted** November 4, 2018
**Incident Date** November 3, 2018
**Consumer Location** BOSTON, MA
**Vehicle Identification Number** 1C4PJMCB6GW****
**Summary of Complaint**
JEEP REPLACED THE ORIGINAL ENGINE UNDER WARRANTY DUE TO EXCESSIVE OIL CONSUMPTION THAT CAUSED THE ENGINE TO STALL WHILE DRIVING. NOW THE SECOND ENGINE, AFTER ONLY A FEW THOUSAND MILES OF DRIVING, IS ALSO CONSUMING EXCESS OIL. PER CHRYSLER'S SERVICE BULLETIN 09-007-15 PUBLISHED ON 7/31/15, A 2016 MODEL YEAR VEHICLE IS ONLY ALLOWED TO CONSUME UP TO ONE QUART OF OIL PER 2,000 MILES DURING THE FIRST 50,000 MILES. JEEP SHOULD OBVIOUSLY BE PREPARING FOR A MASSIVE RECALL ISSUE HERE, AS THIS IS THE MOST COMMON ISSUE HERE FOR ALL JEEP CHEROKEE'S THAT HAVE THIS MODEL ENGINE.

**NHTSA ID Number:** 11157274
**Complaint Submitted** December 10, 2018
**Incident Date** December 5, 2018
**Consumer Location** LAURELVILLE, OH
**Vehicle Identification Number** 1C4PJMCB0GW****
**Summary of Complaint**
THIS JEEP STALLS OUT AT LOW SPEEDS AND ONCE STALLED OUT AT 55 MPH.

DEALER SAYS THIS ENGINE THE 2.4L 4 CYLINDER HAS OIL CONSUMPTION ISSUES AND IT IS QUITE NORMAL FOR THE ENGINE TO USE 1 QT OF OIL EVERY 1,000 MILES

26

**NHTSA ID Number:** 11164275
**Complaint Submitted** December 31, 2018
**Incident Date** January 25, 2017
**Consumer Location** SAN DIMAS, CA
**Vehicle Identification Number** 1C4PJLCBOGW****
**Summary of Complaint**
PURCHASED VEHICLE ON 12/14/2015. ON 1/25/17, AT 17,000 MILES THE
VEHICLE STALLED WHILE DRIVING THROUGH AN INTERSECTION. IT
WAS RAINING HEAVILY AND CAUSING A TRAFFIC ISSUE. LAW
ENFORCEMENT HAD TO BE CALLED TO RE-DIRECT TRAFFIC. SINCE
THE FIRST STALL, THE VEHICLE HAS BEEN TO THE LOCAL DODGE/JEEP
DEALERSHIP FOUR TIMES FOR THE SAME ISSUES (4/20/17, 8/18/17,
3/25/18 AND 12/4/18). THEY HAVE REPLACED COILS, FILTERS AND
EXPLAINED THE ENGINE WILL SHUT DOWN IF IT SENSES LOW OIL.
THEY CONTINUE TO STATE THE OIL CONSUMPTION AS THE REASON
FOR THE STALLS. THEY HAVE NO SOLUTION BUT TO BRING THE
VEHICLE IN EVERY 1000K MILES TO CHECK THE OIL. THE VEHICLE
STALLED AGAIN ON 12/25/18. LUCKILY, I WAS IN A PARKING LOT AND
THE VEHICLE BEHIND ME WAS GOING SLOW ENOUGH TO STOP. IF NOT,
I WOULD HAVE BEEN HIT WITH MY TODDLER IN THE VEHICLE.
USUALLY IT TAKES SEVERAL HOURS FOR THE VEHICLE TO START
AGAIN BUT ON THIS INCIDENT THE VEHICLE STARTED WITHIN 5
MINUTES. THE VEHICLE IS NOW SHOWING A "SERVICE SHIFTER" AND
THE DEALER STATED IT NEEDED A NEW BATTERY. I REPLACED THE
BATTERY AND THE "SERVICE SHIFTER" WAS BACK ON WITHIN 15
DAYS OF REPLACING THE BATTERY. THIS VEHICLE IS A SAFETY
HAZARD.

**NHTSA ID Number:** 11165095
**Complaint Submitted** January 8, 2019
**Incident Date** December 21, 2018
**Consumer Location** HOLYOKE, MA
**Vehicle Identification Number** 1C4PJMCB4GW****
**Summary of Complaint**
BOUGHT THE CAR 10/3/2018 WITH A FRESH OIL CHANGE,

12/18/2018 CAR SHUT OFF ON HUSBAND WHILE DRIVING WITH KIDS IN
THE CAR

(THE ENGINE DIED, STEERING LOCKED UP, THE BATTERY LIGHT FLASHED AND AN ERROR POPPED UP THAT SAID TO PUT THE TRANSMISSION IN PARK AND SELECT THE DESIRED GEAR) NO OIL LIGHT EVER CAME ON TO WARN LOW OIL

12/20/2018 CAR SHUT OFF TWICE WHILE DRIVING, CHECK ENGINE LIGHT CAME ON

WENT TO DEALER AND OIL CHANGE WAS COMPLETED, LESS THAN 4K MILES DRIVEN AND THERE WAS ONLY ½ QUART OF OIL LEFT IN ENGINE (5 QT BURNED)

12/21/2018 CALLED DEALER BECAUSE CAR SKIPPED, WAS TOLD NORMAL DUE TO AIR GETTING INTO ENGINE CAUSING A MISFIRE SHOULD BE FINE NOW

1/7/2019 CAR SPUTTERED TWICE WHILE DRIVING, FELT LIKE IT SHUT OFF

BROUGHT CAR TO DEALER AND THE CAR WAS LOW BY 1 ½ QUARTS OF OIL STARTED OIL CONSUMPTION TESTING. WHEN CAR STALLS OUT IT IS WHILE YOU ARE DRIVING AND HAPPENS WITHOUT WARNING, I WAS IN THE MIDDLE OF AN INTERSECTION THE FIRST TIME IT HAPPENED TO ME. I COULD HAVE BEEN KILLED TO "SAVE THEIR ENGINE"

**NHTSA ID Number:** 11169992
**Complaint Submitted** January 14, 2019
**Incident Date** October 18, 2018
**Consumer Location** LOYALL, KY
**Vehicle Identification Number** 1C4PJLAB5GW****
**Summary of Complaint**
VEHICLE SHUT OFF WHILE MY HUSBAND WAS DRIVING.TOOK VEHICLE TO DEALERSHIP. WAS 3 QUARTS LOW. WE HAVE BEEN TOLD BY THE DEALERSHIP THAT THEIR HANDS ARE TIED, THAT THIS ENGINE USES ABOUT A QUART OF OIL EVERY 1000 MILES BUT THE ENGINE IS DESIGNED TO SHUT OFF BEFORE IT WOULD BLOW ENGINE. MY HUSBAND TOLD THE DEALERSHIP THAT IF THEY PUT AN ENGINE IN A VEHICLE THAT USES OILS THIS WAY THEY SHOULD LET PEOPLE

KNOW. WE HAVE TALKED TO CHRYSLER WITH NOTHING OTHER THAN HAVE AN OIL CONSUMPTION TEST DONE WHICH WE DID. WE NOW KEEP OIL AND CHECK ON A REGULAR BASIS

**NHTSA ID Number:** 11170151
**Complaint Submitted** January 15, 2019
**Incident Date** January 14, 2019
**Consumer Location** ALLENDALE, MI
**Vehicle Identification Number** 1C4PJMCB9GW****
**Summary of Complaint**
OUR 2016 JEEP CHEROKEE (LATITUDE 4WD) HAS BEEN STALLING AFTER A COLD START. THE BATTERY INDICATOR FLASHES AND THEN REGISTERS A MESSAGE TO PLACE THE CAR IN P TO SHIFT INTO GEAR. I HAVE BEEN ABLE TO RESTART THE CAR AFTER WAITING 30-60 SEC, SOMETIMES WHILE IN TRAFFIC. THE VEHICLE WAS AT THE DEALERSHIP ON 1/14/19 AND I WAS TOLD THAT THERE WASN'T ANY OIL ON THE DIPSTICK. THE ENGINE IS POSSIBLY BURNING OIL BUT THERE ARE NO INDICATORS OR STATUS UPDATES WHEN THE SYSTEM IS CHECKED. I WAS TOLD BY THE DEALERSHIP THAT THEY ARE AWARE OF AN ENGINE ISSUE WITH THE 2016 JEEP CHEROKEE. AN OIL CONSUMPTION TEST IS NEEDED BEFORE THE ENGINE CAN BE REPLACED (IF NEEDED). OIL CONSUMPTION TEST INITIATED 1/14/19. CHRYSLER/JEEP IS AWARE OF THIS ISSUE AND HAS NOT ISSUED A SAFETY RECALL. NEGLIGENCE BY CHRYSLER FOR NOT RESPONDING TO THIS SIGNIFICANT DEFECT AND SAFETY ISSUE.

**NHTSA ID Number:** 11196844
**Complaint Submitted** April 17, 2019
**Incident Date** April 11, 2019
**Consumer Location** ORLANDO, FL
**Vehicle Identification Number** 1C4PJLDB4GW****
**Summary of Complaint**
WHILE DRIVING THE VEHICLE AFTER JUST A COUPLE MINUTES IN MY SUBDIVISION THE VEHICLE STALLED & WOULD MOVE. I MADE 2 TURNS, ONE RIGHT & ONE LEFT THEN IT STALLED. THE "CHARGING SYSTEM LIGHT" WENT ON & SAID "SHIFT TO P THEN DESIRED GEAR". AFTER A FEW MINUTES IT RESTARTED. THE JEEP MANUAL INDICATED NOT TO DRIVE IT WITH THIS CODE SO I HAD IT TOWED TO DEALER & THEY DID A PCM FLASH UPDATE. THEY TESTED THE OIL LEVEL & SAID IT WAS FINE. NEXT MORNING THE VEHICLE WOULD NOT START.

AGAIN TOWED IT TO DEALER. THEY KEPT IT OVERNIGHT & CHANGED THE BATTERY. THEY DROVE THE VEHICLE, BUT COULDN'T GET IT TO REPLICATE WHAT HAPPENED & INDICATED THERE WERE NO STORED CODES. THE FOLLOWING MORNING THE VEHICLE STARTED, I BEGAN DRIVING AROUND THE CORNER IN THE SUBDIVISION AFTER TURNING RIGHT AND AGAIN THE VEHICLE JUST STALLED WITH SAME INDICATOR LIGHT & MESSAGE AS THE FIRST TIME. BROUGHT IT BACK TO THE DEALER & THEY SAID THE OIL WAS LOW, THOUGH THE VEHICLE INDICATED 47% OIL LIFE WITH ABOUT 3,800 MILES SINCE LAST OIL CHANGE, WHICH WAS LESS THAN 2 MONTHS AGO. DEALER TOLD ME TO DRIVE IT FOR 1,000 MILES & THEN BRING IT BACK SO THEY CAN DO AN OIL CONSUMPTION TEST. VERY UNSAFE TO DRIVE WHEN IT STALLS, AS THE VEHICLE DOES NOT MOVE, IT JUST SHUTS OFF & DIDN'T COAST SO I COULD MOVE OVER. THIS IS A SAFETY RISK & DO NOT FEEL SAFE DRIVING IT, IF THIS HAD HAPPENED IN TRAFFIC OR ON THE HIGHWAY IT COULD HAVE CAUSED A CRASH. I WAS TOLD BY THE DEALER THIS IS A KNOWN ISSUE BY CHRYSLER & THAT THE VEHICLE SHUTS DOWN TO PROTECT THE ENGINE. THERE WAS NO PREVIOUS WARNING LIGHTS OR CHECK ENGINE NOTIFICATION PRIOR TO IT HAPPENING.

**NHTSA ID Number:** 11218931
**Complaint Submitted** June 10, 2019
**Incident Date** June 6, 2019
**Consumer Location** WILMINGTON, DE
**Vehicle Identification Number** 1C4PJMCS6GW****
**Summary of Complaint**
VEHICLE STALLS DURING DECELERATION INTO RIGHT HAND TURNS. EXTREMELY DANGEROUS. HUNDREDS OF COMPLAINTS ABOUT THE SAME ISSUE OCCURRING UNDER THE SAME CIRCUMSTANCES. DEALERSHIP IS DENYING ANY PROBLEMS EXIST AND CANNOT DUPLICATE ISSUE. ONLINE COMPLAINTS STATE THAT SOME DEALERSHIPS STATING IT IS DUE TO LOW OIL AND OIL CONSUMPTION IS VERY HIGH AND PROBLEM CAN OCCUR EVEN WITH VEHICLE MAINTAINED TO MANUFACTURERS SPECIFICATIONS. I HAVE BEEN ALMOST REAR ENDED SEVERAL TIMES DUE TO THIS ISSUE AND CHRYSLER NEEDS TO RECALL THESE VEHICLES AND MAKE IT RIGHT NO MATTER THE COST. NO WARNING OR TROUBLE LIGHTS PRIOR TO COMPLETE LOSS OF POWER. THEY JUST RECALLED THE 2019 MODELS FOR THIS VERY PROBLEM BUT THEY NEED TO RECALL PRIOR YEARS

EXPERIENCING THE SAME ISSUES. THIS IS A SERIOUS SAFETY ISSUE ESPECIALLY WHEN ENTERING THE HIGHWAY WERE CARS OUR TRAVELING AT A HIGH RATE OF SPEED.

**NHTSA ID Number:** 11229659
**Complaint Submitted** July 5, 2019
**Incident Date** May 6, 2019
**Consumer Location** NEWBURGH, IN
**Vehicle Identification Number** 1C4PJLDB8GW****
**Summary of Complaint**
VEHICLE STALLS AND CUTS OFF WHILE DRIVING AND STEERING WHEEL LOCKED UP WITHOUT WARNING. NO CHECK ENGINE LIGHTS ON AND NO EXPLANATION. AFTER SEVERAL TIMES IT WAS FOUND THAT THE ENGINE WAS COMPLETELY OUT OF OIL. OIL CONSUMPTION TEST RESULTED IN AN ENGINE REPLACMENT FROM SCRATCHING ON INSIDE CYLINDER WALLS. NEW ENGINE 11-2017. NEW ENGINE IS STARTING TO DO THE SAME THING AND IS BURNING OIL. CAR WILL SHUT OFF.

**NHTSA ID Number:** 11278049
**Complaint Submitted** November 4, 2019
**Incident Date** January 1, 2019
**Consumer Location** Unknown
**Vehicle Identification Number** 1C4PJMAB4GW****
TL* THE CONTACT OWNS A 2016 JEEP CHEROKEE. WHILE DRIVING VARIOUS SPEEDS, THE VEHICLE STALLED. THE CONTACT CHANGED THE BATTERY AND NOTICED THAT THE OIL WAS LOW. THERE WERE NO WARNING INDICATORS ILLUMINATED. THE CONTACT CALLED VATLAND CHRYSLER DODGE JEEP RAM (855 SOUTH, US-1, VERO BEACH, FL 32962, (772) 567-6633) AND AN OIL CONSUMPTION TEST WAS COMPLETED. THE DEALER DIAGNOSED THAT THE ENGINE NEEDED TO BE REPLACED. THE VEHICLE WAS REPAIRED, BUT THE FAILURE RECURRED. THE MANUFACTURER WAS NOT CONTACTED. THE FAILURE MILEAGE WAS 36,000.

**NHTSA ID Number:** 11281724
**Complaint Submitted** November 22, 2019
**Incident Date** June 11, 2018
**Consumer Location** DEL VALLE, TX
**Vehicle Identification Number** 1C4PJLAB6GW****

**Summary of Complaint**

FAULTY ENGINE WITH EXCESSIVE OIL CONSUMPTION. ENGINE PISTON BLOWN AT 54K, ON BRAND NEW 2016 JEEP CHEROKEE, AND CONSEQUENTLY REPAIRED UNDER MANUFACTURER WARRANTY. FCA AND DEALERSHIP DIFFICULT TO WORK WITH AND ATTEMPTED EVERYTHING TO AVOID THE REPAIR UNTIL I OBTAINED LEGAL COUNSEL. THE VEHICLE STILL RANDOMLY SHUTS OFF WHILE BEING OPERATED WHICH MAKES IT A DANGER TO ALL.

I HAVE ALSO EXPERIENCED ISSUES WITH THE TRANSMISSION, WHICH THE DEALERSHIP SAID STEMMED FROM THE ELECTRICAL SYSTEM. THE VEHICLE WOULD GET "STUCK" IN A PARTICULAR AND CAUSE THE VEHICLE TO "JUMP" WHILE ATTEMPTING TO IDLE DOWN.

LASTLY, THE SERVICE SHIFTER LIGHT HAS COME ON. THE LIGHT COMES ON WHILE THE VEHICLE IS IN MOTION AND DOES NOT APPEAR TO EFFECT THE OPERATION OF THE VEHICLE. NEVERTHELESS, THIS IS ANOTHER PROBLEM ADDED TO THE ENGINE AND TRANSMISSION ISSUES.

THIS VEHICLE IS TRASH AND NEEDS TO BE COMPLETELY RECALLED. SHAME ON FCA FOR SELLING THIS VEHICLE WITH A TON OF DEFECTS. SHAME ON ANY AUTHORITY THAT DOES NOT INVESTIGATE THE CLAIMS REGARDING THIS VEHICLE, OR DOES IT TAKE A CATASTROPHIC EVENT TO GATHER YOUR ATTENTION.

**NHTSA ID Number:** 11289244
**Complaint Submitted** December 16, 2019
**Incident Date** November 14, 2019
**Consumer Location** CONWAY, SC
**Vehicle Identification Number** 1C4PJLCB0GW****
**Summary of Complaint**
I HAVE THE 2.4L IN MY CHEROKEE. THE SAME AS OTHER JEEP MODELS AND I HAVE HAD THE SAME OIL CONSUMPTION ISSUE THAT THIS ENGINE LINE HAS. JEEP JUST SHUT OFF AND HAD TO RESTART. NO WARNING OR LIGHTS ON DASH TO INDICATE LOW OIL. I HAD JUST A DROP OF OIL ON THE DIPSTICK. ONLY DROVE JUST OVER 5000 MILES. DEALER SAID ITS NORMAL TO BURN OIL AND FCA KNOWS ABOUT THE ISSUE BUT WILL NOT REPAIR. THEY SAY ABOUT 70% OF THE 2.4 ARE AFFECTED ACROSS ALL MODELS. WITH ALL THE ISSUES I SEE ON

FORUMS AND SOCIAL MEDIA IT SEEMS SOMETHING SHOULD BE DONE
BEFORE WE GET TO THE THRESHOLD OF UNACCEPTABLE ACCIDENTS
AND DEATH. ALL MAINTENANCE HAS BEEN DONE AT A FCA DEALER.
HARD TO BELIEVE IT JUST STARTED TO BURN OIL.

**2017 Jeep Cherokee**

**NHTSA ID Number:** 11140566
**Complaint Submitted** October 16, 2018
**Incident Date** October 15, 2018
**Consumer Location** NISKAYUNA, NY
**Vehicle Identification Number** 1C4PJMCB3HW****
**Summary of Complaint**
TL* THE CONTACT OWNS A 2017 JEEP CHEROKEE. WHILE DRIVING
APPROXIMATELY 20 MPH, THE VEHICLE STALLED AND ALL THE
WARNING INDICATORS ILLUMINATED ON THE INSTRUMENT PANEL.
THE CONTACT COASTED THE VEHICLE TO THE SIDE OF THE ROAD,
WAITED A FEW MINUTES, AND THE VEHICLE RESTARTED NORMALLY.
THE CONTACT ALSO STATED THAT THE FAILURE OCCURRED
APPROXIMATELY SIX TIMES WITHIN TWO MONTHS. THE VEHICLE WAS
TAKEN TO THE DEALER (LIA CHRYSLER JEEP DODGE RAM, 2116
CENTRAL AVENUE, SCHENECTADY, NY 12304) WHERE IT WAS
DETERMINED THAT THE ENGINE SHUT OFF BECAUSE IT WAS BURNING
TOO MUCH OIL. THE DEALER STATED THAT THE ENGINE WAS
PROGRAMMED TO SHUT OFF AS A PREVENTIVE MEASURE AND THAT
THE MANUFACTURER WAS AWARE; HOWEVER, THERE WAS NO
REMEDY. THE CONTACT WAS ASKED TO MONITOR THE OIL
CONSUMPTION FAILURE. THE VEHICLE WAS NOT REPAIRED. THE
MANUFACTURER WAS NOTIFIED OF THE FAILURE. THE APPROXIMATE
FAILURE MILEAGE WAS 23,500.

**NHTSA ID Number:** 11172530
**Complaint Submitted** January 28, 2019
**Incident Date** January 26, 2019
**Consumer Location** AUBURN, MA
**Vehicle Identification Number** 1C4PJMB1HW6****
**Summary of Complaint**
2017 JEEP CHEROKEE STALLS ON RIGHT HAND TURNS USUALLY WITH
AN INCLINE, BUT TWO DAYS AGO ON THE LEVEL SECONDARY ROAD
IT STALLED . THERE IS AN OIL CONSUMPTION, OIL SENSOR, OR OIL

PUMP PROBLEM WITH THESE CARS. THIS IS A VERY UNSAFE AND DANGEROUS FAIL SAFE. WHEN THE CAR SHUTS OFF DRIVER AND OCCUPANTS ARE AT RISK OF REAR END COLLISION. PROBLEM HAS HAPPENED 6 TIMES TO US.

**NHTSA ID Number:** 11173618
**Complaint Submitted** February 1, 2019
**Incident Date** February 1, 2019
**Consumer Location** COLUMBIAVILLE, MI
**Vehicle Identification Number** 1C4PJMDB8HW****
**Summary of Complaint**
MY CAR WAS IN MOTION GOING TO STOP AND STALLED GOING 15 MILES PER HOUR. LOST POWER BRAKES POWER STEERING AND ALMOST WAS UNABLE TO STOP HAD TO VEER OFF ROAD TO AVOID GOING INTO INTERSECTION. CAR STARTED UP AGAIN AFTER 2ND ATTEMPT. TOOK IT TO THE DEALER. THEY CHECKED THE OIL AND SAID THE OIL WASN'T READING ON THE DIPSTICK. IT HAD BEEN LESS THAN 4,000 MILES SINCE MY LAST OIL CHANGE. AFTER DOING AN OIL CHANGE THEN DOING AN OIL CONSUMPTION TEST AFTER ONLY 1000 MILES MY VECHICLE SHOWED THAT IT USED 1/2 QUART OF OIL. THIS HAS BEEN AN ONGOING ISSUE THEY HAVE HAD WITH 2.4 ENGINE WHICH HAS BEEN KNOWN BY CHRYSLER, HOWEVER THEIR NEGLIGENCE OF NOT NOTIFYING THE PUBLIC OR CORRECTING THE ISSUE IS GOING TO CAUSE INJURY AND HARM NOT ONLY TO THE PEOPLE THAT ARE DRIVING THESE VEHICLES BUT ALSO ANYONE THAT IS IN THE WAY OF THE VEHICLE WHEN IT DOES NOT STOP. I WAS INFORMED THAT IT IS ACCEPTABLE TO LOOSE 1/2 QUART EVERY 1000 MILES. BUT WHEN BUYING THE VEHICLE I WAS TOLD THAT THE OIL LIFE GAUGE WOULD INSTRUCT ME WHEN IT WAS TIME FOR AN OIL CHANGE APPROX EVERY 5000-6000MILES. GOING BY THAT I STILL HAD OVER 50% OIL LIFE WHEN MY CAR STALLED AND I HAD NO OIL READING ON THE DIPSTICK. AS I HAVE BEEN READING UP ON THIS ISSUE THAT HAS BEEN REPORTED SEVERAL TIMES I LEARNED THAT THE CAR STALLS AS A SAFETY MECHANISM TO AVOID HARMING THE ENGINE. IT HAS BEEN HAPPENING FOR YEARS. WHAT ARE THEY GOING TO DO TO PROTECT THE PEOPLE THAT ARE IN THE VEHICLES.

**NHTSA ID Number:** 11189983
**Complaint Submitted** March 19, 2019
**Incident Date** March 1, 2018

**Consumer Location** RINDGE, NH
**Vehicle Identification Number** 1C4PJMDB9HW****
**Summary of Complaint**
TL* THE CONTACT OWNS A 2017 JEEP CHEROKEE. THE CONTACT STATED THAT THE VEHICLE STALLED MORE THAN ONCE. THE FAILURE OCCURRED INTERMITTENTLY AND VARIOUS WARNING INDICATORS ILLUMINATED ON THE INSTRUMENT PANEL. KEENE CHRYSLER DODGE JEEP RAM (410 WINCHESTER ST, KEENE, NH 03431, (603) 357-0808) WAS MADE AWARE OF THE FAILURE AND INDICATED THAT AN OIL CONSUMPTION TEST MAY BE NEEDED. THE DEALER DID NOT TEST DRIVE THE VEHICLE. THE VEHICLE WAS NOT REPAIRED. THE MANUFACTURER WAS NOTIFIED. THE APPROXIMATE FAILURE MILEAGE WAS 23,000.

**NHTSA ID Number:** 11195382
**Complaint Submitted** April 10, 2019
**Incident Date** January 25, 2019
**Consumer Location** WINDER, GA
**Vehicle Identification Number** 1C4PJLAB9HW****
**Summary of Complaint**
WHEN MAKING A LEFT HAND TURN, VEHICLE STALLED OUT COMPLETELY, JUST SHUT OFF, UPON TAKING TO THE DEALERSHIP, THEY BEGAN AN OIL CONSUMPTION TEST AND FOUND IT TO BE USING OIL, HAVING TO ADD 1 QUART EVERY 1,000 MILES, AFTER READING FORUMS, CHRYSLER HAS HAD A PROBLEM WITH THIS FOR A FEW YEARS ON THEIR 2.4 ENGINES, AND IT IS NOT DOING ANYTHING ABOUT IT. THEY TOLD ME THE ENGINE SHUTTING OFF WAS A FEATURE WHEN THE OIL GETS LOW, SO IT DOESN'T CAUSE FURTHER ENGINE DAMAGE. IF I WOULD HAVE BEEN ON A BUSY ROAD WITH TRAFFIC, THIS COULD HAVE BEEN SERIOUS. THE LINK SHOWS YOU ONE OF THE MANY FORUMS I HAVE FOUND REGARDING THIS ISSUE. I AM VERY FAITHFUL ON OIL CHANGES, SO THIS WAS NOT DUE TO ANY TYPE OF NEGLIGENCE ON MY PART REGARDING THE OIL.

HTTP://WWW.CARPROBLEMZOO.COM/JEEP/CHEROKEE/2016/POWER-TRAIN-PROBLEMS.PHP

**NHTSA ID Number:** 11209195
**Complaint Submitted** May 22, 2019
**Incident Date** May 22, 2019

**Consumer Location** MCKINNEY, TX
**Vehicle Identification Number** 1C4PJLAB3HW****
**Summary of Complaint**
I BOUGHT MY CAR BRAND NEW IN MAY OF 2017 AFTER 48,000 MILES THE "SERVICE SHIFTER" LIGHT CAME ON AND I TOOK IT INTO MY SERVICE DEPT AND THEY HAD TO REPLACE THE SHIFTER. I WAS TOLD FOR THIS MAKE AND MODEL REPLACING THE SHIFTER WAS NOT A BIG DEAL. AFTER 56,000 MILES I CAME IN WITH A TRANSMISSION ISSUE. I WAS 600 MILES FROM AN OIL CHANGE AND MY CAR WAS ACTING LIKE IT NEEDED THE OIL CHANGED AND I TOOK IT IN TO MY SERVICE DEPT AND THEY DID AN OIL CONSUMPTION TEST ON IT AND ENDED UP HAVING TO REPLACE THE WHOLE ENGINE. NOW I AM AT 62817 MILES AND THE "SERVICE SHIFTER" LIGHT IS BACK ON. BOTH TIMES THE SERVICE SHIFTER LIGHT CAME ON MY VEHICLE WAS AT REST BUT CONTINUED AS I WAS DRIVING. WHEN THEY REPLACED MY ENGINE THE VEHICLE WOULD SPUTTER AND JERK AS I WAS DRIVING AND STALLED OUT BEFORE I COULD GET IT TO THE DEALERSHIP.

**NHTSA ID Number:** 11240292
**Complaint Submitted** July 29, 2019
**Incident Date** January 2, 2019
**Consumer Location** LANSING, IL
**Vehicle Identification Number** 1C4PJMCB5HW****
**Summary of Complaint**
TL* THE CONTACT OWNS A 2017 JEEP CHEROKEE. THE CONTACT STATED THAT THE VEHICLE WAS BURNING OIL. NAPLETON'S RIVER OAKS CHRYSLER DODGE JEEP RAM (17225 TORRENCE AVE, LANSING, IL 60438, (708) 782-4768) PERFORMED AN OIL CONSUMPTION TEST AND CONFIRMED THAT THERE WAS A FAILURE. WHEN THE CONTACT WENT ON A SHORT ROAD TRIP, HE NOTICED THAT THE OIL LEVEL WAS CLOSE TO TWO QUARTS LOW. THE MANUFACTURER PROVIDED A CASE NUMBER AND ASSIGNED A CASE MANAGER TO CALL HIM BACK. THE VEHICLE WAS CURRENTLY UNDER A THREE YEAR WARRANTY. THE CONTACT FELT THAT THE MANUFACTURER AND DEALER KNEW OF THE FAILURE PRIOR TO SELLING HIM THE VEHICLE. THE FAILURE MILEAGE WAS 23,485.

**NHTSA ID Number:** 11242336
**Complaint Submitted** August 7, 2019
**Incident Date** August 3, 2018

**Consumer Location** GLASSBORO, NJ
**Vehicle Identification Number** 1C4PJMCB3HW****
**Summary of Complaint**
TL* THE CONTACT OWNS A 2017 JEEP CHEROKEE. THE CONTACT
STATED THAT THE VEHICLE WAS CONSUMING AN EXCESSIVE
AMOUNT OF OIL. ADDITIONAL OIL WAS ADDED TO THE VEHICLE.
THERE WERE NO WARNING INDICATORS ILLUMINATED. THE VEHICLE
WAS TAKEN TO TURNERSVILLE CHRYSLER JEEP (3100 ROUTE 42,
SICKLERVILLE, NJ 08081) AND LILLISTON CHRYSLER DODGE JEEP (1501
N 2ND ST #47, MILLVILLE, NJ 08332, (856) 825-1937) WHERE AN OIL
CONSUMPTION TEST WAS PERFORMED AND DETERMINED THAT THE
VEHICLE WAS WORKING AS DESIGNED. THE VEHICLE WAS NOT
DIAGNOSED OR REPAIRED. THE MANUFACTURER WAS CONTACTED
AND REFERRED THE CONTACT TO NHTSA. THE FAILURE MILEAGE
WAS 4,000.

**NHTSA ID Number:** 11269382
**Complaint Submitted** October 18, 2019
**Incident Date** October 10, 2019
**Consumer Location** MORTON GROVE, IL
**Vehicle Identification Number** 1C4PJLCB4HW****
**Summary of Complaint**
MY CAR HAS THE 2.4 L ENGINE. IT HAS BEEN BURNING OFF A LOT OF
OIL. THE DEALER CHANGED THE OIL AT 12,200 MILES ON APRIL 2, 2019.
WE CHECKED THE OIL LEVEL LAST WEEK AND IT WAS LOW BY 2
QUARTS. WE TOOK IT BACK TO DEALER AND THE CHANGED OIL AND
STARTED A OIL CONSUMPTION TEST. WE ARE BOTH RETIRED AND
DRIVE ONLY ABOUT 6,000 MILES PER YEAR.

WE PURCHASED THE JEEP NEW IN MARCH 2017 WITH 11 MILES

AT 5500 MILES IN NOVEMBER 2017 WE ALSO HAD A "OIL LEAK"
SYMPTOMS.

GOOGLE THIS PROBLEM ON THE INTERNET REVEALS MANY
CUSTOMERS OF THIS 2.4L JEEP AND CHRYSLER ENGINE HAVE
PROBLEMS OF OIL " BLOWING OUT" .

THE DEALER SAID NO "LOW OIL " LIGHT WILL WARN YOU OF LOW OIL PROBLEM.

THEY SAID THE CAR WILL STOP RUNNING WHILE DRIVING.

I FIND THIS RESULT TO BE UNSAFE AND UNACCEPTABLE.

WHAT IS THE NHTSA DOING ABOUT THIS COMMON PROBLEM?

**NHTSA ID Number:** 11291083
**Complaint Submitted** December 24, 2019
**Incident Date** January 12, 2019
**Consumer Location** HAMPSTEAD, MD
**Vehicle Identification Number** 1C4PJLCB4HW****
**Summary of Complaint**
MY ENGINE CONSUMES OIL. I CANNOT EVEN REACH 2000 MILES BETWEEN OIL CHANGES. MY CAR WILL JUST CUT OFF WHILE I AM DRIVING (AT ANY SPEED INCLUDING HIGHWAY SPEEDS AND TURNS). WHEN THIS FIRST HAPPENED I CHECKED THE OIL AND THE ENGINE WAS COMPLETELY EMPTY OF OIL. IT DIDNT EVEN REGISTER ON THE DIPSTICK. I HAVE HAD OVER 6 OIL CHANGES SINCE I BOUGHT MY CAR IN 01/2019 (LESS THAN A YEAR). I HAVE HAD OIL CONSUMPTION TESTING COMPLETED AND EVERYTHING "COMES BACK IN RANGE". THE ENGINE HAS BEEN INSPECTED AND NOTHING IS LEAKING OR FAULTY. MY CAR TAKES FULL SYNTHETIC OIL WHICH SHOULD LAST WAY LONGER THAN THAT. I AM AWARE THIS IS AN OVERALL ISSUE WITH 2017 JEEPS OF ALL MODELS. THE SERVICE MANAGER AT THE DEALERSHIP DIDNT SEEM LIKE HE KNOW MUCH OF ANYTHING AND TRIED TO TELL ME THAT THIS WAS NORMAL. I HAVE NEVER HAD A VEHICLE THAT COMPLETELY DEPLETES ITS OIL SUPPLY WITHIN 2000 MILES. HE THEN REFERRED ME TO MOPARS CORPORATE LINE WHO THEN REFERRED ME TO NHTSA TO FILE A REPORT.

**NHTSA ID Number:** 11301739
**Complaint Submitted** January 24, 2020
**Incident Date** January 13, 2020
**Consumer Location** SHOREWOOD, IL
**Vehicle Identification Number** 1C4PJMCB0HW****
**Summary of Complaint**

I BOUGHT THIS VEHICLE BRAND NEW. SINCE ABOUT 30K I HAVE BEEN COMPLAINING THAT IT IS RANDOMLY SHUTTING OFF WITHOUT WARNING, REGARDLESS OF SPEED. NO ENGINE POWER, AND NO POWER STEERING. I HAVE BEEN TOLD THIS IS A FAIL SAFE DUE TO LOW OIL. I HAVE FOLLOWED THE FCA GUIDELINES AND DEALERS FOR OIL CHANGES AND CANT REALLY MAKE BETWEEN CHANGES. I HAVE DONE MULTIPLE OIL CONSUMPTION TESTS BETWEEN TWO DEALERS BC I AM TOLD IT DOESNT BURN ENOUGH FOR FCA STANDARDS TO REPLACE THE ENGINE. I HAVE CALLED AFTER IT DIED OUT TO ASK FOR A TOW IN AND HAVE BEEN DENIED AND TOLD IT JUST MEANS ITS TIME FOR AN OIL CHANGE. I HAVE TO HAVE AN IGNITION COIL REPLACED ON TWO SEPARATE INCIDENTS, REPROGRAMMING OF THE SHIFTER PCM, AND REPLACED THE PCM. IT WASNT TILL MY LATEST INCIDENT THAT I RECORDED IT AND POSTED THE VIDEO TO TWITTER THAT AN FCA REP REACHED OUT TO ME TO "HELP". I WAS TOLD I STILL NEED TO DO OIL TESTING BC I HAVE TO FAIL 3 IN A ROW FOR FURTHER TESTING REGARDLESS OF A HISTORY OF THE PROBLEM CONTINUING AND NOT GETTING BETTER. 1ST TEST IT WAS ONLY HALF A QUART. DIDNT EVEN MAKE IT TO THE 2ND BEFORE THE CAR SHOOK VIOLENTLY, LOST POWER, WOULDN'T ACCELERATE AND I HAD TO BE TOWED IN. 1ST WAS TOLD THE MULTIAIR ACTUATOR WENT OUT AND FCA AGREED TO PAY FOR IT, AS IM AT 73K. THEN I HEAR NOTHING FROM ANYONE FOR 8 DAYS TILL I CALL THE DEALER AND IM TOLD THEY ARE WAITING ON SPARK PLUGS. 20MINS LATER THE FCA REP CALLS AND SAYS THE ENGINE NEEDS TO BE REPLACED. THEY FOUND, METAL SHAVINGS INSIDE, SCORCHING, A PIECE OF THE EXHAUST VALVE MISSING AND LOST INSIDE THE ENGINE. HOWEVER FCA WILL ONLY PAY FOR 1500 LEAVING THE REST OF THE BILL TO ME FOR SOMETHING THATS NOT MY FAULT AND AN ISSUE THEY CONTINUE TO IGNORE. HAD THEY INVESTIGATED THE PROBLEM EARLIER REGARDLESS OF THEIR OIL BURNING RULES THEY WOULD HAVE FOUND THE VALVE WAS CRACKED. FCA SAYS THEY ARE NOT SAYING ITS MY FAULT BUT ARE HIDING BEHIND THE WARRANTY.*DT*JB

**NHTSA ID Number:** 11311670
**Complaint Submitted** February 26, 2020
**Incident Date** February 26, 2020
**Consumer Location** CARLISLE, OH
**Vehicle Identification Number** 1C4PJLAB5HW****
**Summary of Complaint**

TL* THE CONTACT OWNS A 2017 JEEP CHEROKEE SPORT. THE CONTACT STATED THAT WHILE DRIVING 35 MPH, THE VEHICLE STALLED WITHOUT WARNING. THE CONTACT STATED THAT THE FAILURE RECURRED 6 TIMES WITHIN TEN DAYS. THE VEHICLE WAS TAKEN TO LEBANON CHRYSLER DODGE JEEP RAM (518 W MAIN ST, LEBANON, OH 45038) WHERE THE CONTACT WAS INFORMED TO DRIVE THE VEHICLE FOR 2000 MILES AND TO THEN HAVE THE VEHICLE TESTED FOR OIL CONSUMPTION. THE CONTACT WAS INFORMED THAT DEPENDING ON THE RESULT, THE MANUFACTURER MAY CHOOSE TO REPLACE THE ENGINE FREE OF CHARGE. THE OIL WAS TOPPED OF HOWEVER, NO ADDITIONAL MECHANICAL REPAIRS WERE PERFORMED. THE MANUFACTURER WAS NOTIFIED OF THE FAILURE. THE APPROXIMATE FAILURE MILEAGE WAS 40,732.

**NHTSA ID Number:** 11320614
**Complaint Submitted** April 8, 2020
**Incident Date** January 1, 2020
**Consumer Location** PLAINFIELD, IL
**Vehicle Identification Number** 1C4PJLAB7HW****
**Summary of Complaint**
THIS CAR BURNS OIL AT AN EXTREME RATE, I'VE HAD IT CHECKED OUT FOR CONSUMPTION TESTS AFTER EVERY 1,000 MILES- IT IS ALWAYS LOW ON OIL. WITH NO ANSWERS FROM JEEP WHO IS PERFORMING THESE TASKS. CURRENTLY THE CAR HAS BEEN SINCE ABOUT 25,000 MILES- (IM SITTING AT 51,000 NOW) SHAKING BETWEEN GEARS, THE RPM GAUGE TAC JUMPS AROUND, THE CAR SEEMS TO STRUGGLE RUNNING. EVERY TIME THE CAR IS TAKEN IN - I'M TOLD THE CAR IS RUNNING CORRECTLY EVEN WITH HIGH OIL CONSUMPTION AS WELL AS ISSUES WITH TRANSMISSION AND THAT THIS IS JEEPS STANDARD. I HAVE YET TO HAVE ANYTHING RESOLVED SINCE I'VE BEEN TOLD THERE ARE ZERO PROBLEMS OR THE DEALERSHIP CANNOT REPLICATE THE ISSUES I'VE HAD. A LESS THAN 3 YEAR OLD CAR SHOULD NOT BE BURNING MORE THAN A QUART OF OIL EVERY 1,000 MILES. THIS IS A CAR THAT HAS A STANDARD OF GETTING OIL CHANGES EVERY 6,000 MILES. HOW IS THIS FOLLOWING JEEPS STANDARD. IF I FOLLOWED THIS STANDARD I WOULD BE PULLING MY CAR INTO A DEALERSHIP EVERY RECOMMENDED 6,000 MILES WITH ZERO OIL. I'VE HAD A STARTER EXPLODE IN MY ENGINE, HAD IT FIXED FOR IT TO ONLY DO THE SAME ISSUE A WEEK LATER. WHEN IN MOTION MY ENTIRE CAR HOPPS AROUND, ITS NEARLY

IMPOSSIBLE TO TAKE IT ON THE EXPRESSWAY BECAUSE I KNOW ITS SO DANGEROUS. I CANNOT TRUST THIS CAR GOING OVER 55 MILES AN HOUR. I'VE GIVEN UP HOPE IN JEEP AND STILL CONTINUE TO GET MY REGULAR WORK DONE TO KEEP THE CAR BARELY FUNCTIONING. 51,000 MILES. A CAR THAT AS GOTTEN AN OIL CHANGE EVERY 1,000 MILES THE LAST TWO YEARS. AND HAS HAD COMPLETE REGULAR WORK DONE ON IT. THIS IS NOT OKAY. THIS IS DANGEROUS. *TR

**2018 Jeep Cherokee**

**NHTSA ID Number:** 11128650
**Complaint Submitted** September 11, 2018
**Incident Date** March 6, 2018
**Consumer Location** Unknown
**Vehicle Identification Number** 1C4PJMCB9JD****
**Summary of Complaint**
ON TWO DIFFERENT OCCASIONS THE ENGINE SHUT OFF UNEXPECTEDLY AND WITHOUT WARNING WHILE DRIVING. ONCE ON A HILL, THE NEXT TIME ON A HIGHWAY. THERE WERE NO INDICATOR LIGHTS OR OTHER WARNING SYSTEMS IN PLACE. WHEN IT HAPPENED THE STEERING FAILED AS DID ALL BRAKING SYSTEMS. THE CAR WAS BROUGHT BACK TO THE DEALERSHIP. BOTH TIMES OIL WAS BELOW READABLE LEVEL. IT WAS ALSO LOW PRIOR TO DEALER RECOMMENDED OIL CHANGE PERIOD. I WAS TOLD AN OIL CONSUMPTION TEST NEEDED TO BE DONE, BUT IT WAS SAFE TO DRIVE. WHEN OIL CONSUMPTION WAS DEEMED LOW, I WAS TOLD THAT JEEP CORPORATION REQUIRED THAT THE TEST BE REPEATED AND TO DRIVE ANOTHER 1,000 MILES. I CONTACTED CUSTOMER RELATIONS AND WAS TOLD "INDEPENDENT DEALERSHIPS CAN DECIDE HOW TO HANDLE THIS PROBLEM". THEN IT WAS RECOMMENDED THAT I SEE IF A DIFFERENT DEALER MIGHT BE MORE HELPFUL. NO SAFETY ACTIONS WERE TAKEN BY THE DEALERSHIP'S SERVICE DEPARTMENT.

**NHTSA ID Number:** 11196790
**Complaint Submitted** April 16, 2019
**Incident Date** April 16, 2019
**Consumer Location** COLUMBIA, SC
**Vehicle Identification Number** 1C4PJLCB4JD****
**Summary of Complaint**

MY JEEP CHEROKEE HAS BEEN SHUTTING OFF WHILE DRIVING. THIS CAR WAS PURCHASED BRAND NEW. THIS HAS HAPPENED SEVERAL TIMES. THE ORIGINAL DEALERSHIP, KEFFER CHRYSLER JEEP IN CHARLOTTE, NC, HAS NOT RETURNED ANY OF MY CALLS ABOUT THIS ISSUE SO I'VE HAD TO GO TO ANOTHER DEALERSHIP TO GET THIS ISSUE RESOLVED. I HAVE TO TAKE THE VEHICLE FOR OIL CONSUMPTION TESTS BUT I DO NOT FEEL SAFE IN THIS VEHICLE BECAUSE OF THE FACT THAT IT SHUTS OFF WHILE DRIVING. THE LAST TIME IT SHUT DOWN I WAS ON A MAIN HIGHWAY AND WAS ALMOST HIT. *DT*JB

CONSUMER STATED CAR COMPLETELY SHUT OFF, LOSING CONTROL OF THE VEHICLE. THERE WAS NO WARNING SIGN, WHICH CAUSED SEVERAL ACCIDENTS.*JB

**NHTSA ID Number:** 11205982
**Complaint Submitted** May 7, 2019
**Incident Date** May 7, 2019
**Consumer Location** MURFREESBORO, TN
**Vehicle Identification Number** 1C4PJLCB8JD****
**Summary of Complaint**
THIS VEHICLE CONSISTENTLY IS 1 QUART LOW ON OIL DURING EACH OIL CHANGE, AND THERE IS NO OIL ON THE DIPSTICK, DESPITE THE FACT I GET MY OIL CHANGED PRIOR TO THE RECOMMENDED MILEAGE, AND LESS THAN EVERY 3 MONTHS. I AM USING SYNTHETIC OIL IN THE CAR. I HAVE TAKEN IT TO THE ORIGINAL DEALERSHIP, THEN AN OIL CHANGE SHOP TWICE, AND THEN ANOTHER DEALERSHIP TO LOOK AT THE ISSUE. THE LAST DEALERSHIP ADVISED ME THEY WOULD DO AN OIL CONSUMPTION TEST AND THAT I NEEDED TO CHECK MY OIL DIPSTICK FREQUENTLY AS THE ENGINE WILL SHUT OFF IF THE OIL GETS TOO LOW. NO INDICATOR LIGHT HAS EVER DISPLAYED INDICATING AN ISSUE WITH THE LOW OIL OR OIL PRESSURE. MANY TIMES THE DISPLAY SHOWS I HAVE 40% OR MORE OIL LIFE LEFT, DESPITE THE FACT THE CAR WILL BE 1 QUART LOW ON OIL, WITH NO OIL ON THE DIPSTICK. THE CAR HAS 26500 MILES ON IT. THE FIRST TIME THE ISSUE WAS NOTED WAS WHEN MY CAR DID SHUT OFF IN DRIVE, AND I PULLED IT INTO AN OIL CHANGE PLACE WHO ADVISED ME THERE WAS NOT ENOUGH OIL IN THE ENGINE. THE CAR HAD JUST HIT THE MILEAGE MARK TO BE CHANGED. THIS OCCURRED IN THE FALL OF 2018.

**NHTSA ID Number:** 11207950
**Complaint Submitted** May 16, 2019
**Incident Date** April 24, 2019
**Consumer Location** HIGHLAND, IN
**Vehicle Identification Number** 1C4PJMCB4JD****
**Summary of Complaint**
VEHICLE STARTED STALLING RANDOMLY. IT START WITH A CHIME ON TURNS AND PROGRESSED TO THIS. TOOK IT TO DEALER AND THEY SAID IT WAS LOW IN OIL JUST HAD OIL CHANGED 3 MONTHS PRIOR. THEY FOUND OFF VALVE WAS BAD REPLACED. VEHICLE THEN STARTED BURNING GAS 20 MILES AND HALF TANK. TOOK BACK TO SEWER FOR OIL CONSUMPTION TEST. PROBLEM WITH STALLING STARTED AGAIN. DEALER COULDN'T REPLICATE ISSUE. *DT*JB

**NHTSA ID Number:** 11217470
**Complaint Submitted** June 3, 2019
**Incident Date** October 27, 2017
**Consumer Location** BENNINGTON, NE
**Vehicle Identification Number** N/A
**Summary of Complaint**
- 2.4L EXCESSIVE OIL CONSUMPTION

- NEW ENGINE AT 8K MILES

- EMISSIONS ISSUES TRIPPING THE CHECK ENGINE LIGHT

- AIR CONDITIONER WENT OUT

- COMPUTER/ELECTRICAL ISSUES WITH DASH AND INTERIOR

- TRANSMISSION STALLING IN TRAFFIC.

- CANNOT MAINTAIN SPEED WITH CRUISE CONTROL

- ONCE PARTS ARE REMOVED FOR REPAIR THEY CANNOT BE REPLACED PROPERLY AND END UP FALLING OFF.

FCA AMERICA KNOW ABOUT ALL THESE ISSUES AND CONTINUES TO PRODUCE THESE CARS AT A PRICE WAY ABOVE THEIR VALUE.

BOTTOM LINE THEY ARE A FRAUDULENT BUSINESS THAT IS PRODUCING CRAPPY VEHICLES.

**NHTSA ID Number:** 11244811
**Complaint Submitted** August 18, 2019
**Incident Date** August 18, 2019
**Consumer Location** JAY, ME
**Vehicle Identification Number** 1C4PJMLB4JD****
**Summary of Complaint**
I WAS DRIVING DOWN THE ROAD WHEN MY 2018 JEEP CHEROKEE SUDDENLY STALLED WITHOUT WARNING SHUTTING ALL SYSTEMS DOWN. I WAS STUCK IN THE MIDDLE OF MY LANE WITH KNOW MEANS OF MOVING MY VEHICLE TO A SAFE AREA. I CALLED TRIPLE A AND WAITED 1.5 HOURS IN THE MIDDLE OF THE ROAD FOR A WRECKER. APPARENTLY MY VEHICLE WAS LOW ON OIL SO IT SHUTDOWN. HOWEVER I WAS NOT DUE FOR AN OIL CHANGE AND MY OIL LIFE WAS AT 13%. MY VEHICLE WARNING LIGHTS DID NOT ALERT ME THAT I WAS LOW ON OIL. I MADE A COMPLAINT TO MY SERVICE PERSON AT CHARLIE'S IN AUGUSTA MAINE SEVERAL MONTHS AGO WHEN I TOOK THE VEHICLE IN FOR AN OIL CHANGE AT 8000 MILES AND IT WAS 2 QUARTS LOW. THEY TOLD ME IT'S COMMON FOR A VEHICLE TO USE THAT MUCH OIL BETWEEN OIL CHANGES. THEY DID AN OIL CCONSUMPTION TEST AND SAID IT WAS NORMAL. JEEP SAYS YOU CAN USE A QUART EVERY 800 MILES. THAT IS 7.5 QUARTS BETWEEN OIL CHANGES IN A NEW VEHICLE. UNACCEPTABLE AND NOT SAFE FOR A VEHICLE TO SHUTDOWN DRIVING DOWN THE ROAD WITHOUT ANY WARNING.

CONSUMER STATED THIS IS THE FIRST TIME

IT HAS STALLED DUE TO LOW OIL PRESSURE. HOWEVER A FEW OIL CHANGES AGO CHARLIES DID AN OIL CHANGE AND TOLD ME MY OIL LEVELS WERE LOW. I THOUGHT THIS UNUSUAL AND THEY DID AN OIL CONSUMPTION TEST WITH NO FINDINGS. AT THIS TIME THEY DID NOT TELL ME THERE WAS AN OIL CONSUMPTION SERVICE BULLETIN ON THIS VEHICLE.

*JB

**NHTSA ID Number:** 11254585
**Complaint Submitted** September 10, 2019
**Incident Date** August 19, 2019
**Consumer Location** CANAL FULTON, OH
**Vehicle Identification Number** 1C4PJMLB6JD****
**Summary of Complaint**
25,000 MILES WAS TURNING RIGHT ONTO RAMP TO ENTER HIGHWAY
WHEN BATTERY CAME ON AND ENGINE STALLED RIGHT WHEN I
BEGAN TO ACCELERATE. TOOK TO DEALERSHIP WHERE THEY
INITIATED AN OIL CONSUMPTION TEST. 1,000 MILES INTO OIL
CONSUMPTION TEST ENGINE LIGHT CAME ON AND STAYED ON. CAR
WAS ONLY 1/2 QUART LOW ON OIL AND WAS IN THE PROCESS OF A
CONTROLLED OIL CONSUMPTION TEST. HAVE READ AN
OVERWHELMING AMOUNT OF REPORTS OF 2018 CHEROKEES WITH
THE SAME 2.4L ENGINE STALLING WHILE THE DRIVERS IS ACTIVELY
DRIVING VEHICLE ANYWHERE FROM 25 MPH TO 70 MPH ON THE
HIGHWAY.

**NHTSA ID Number:** 11280871
**Complaint Submitted** November 18, 2019
**Incident Date** November 15, 2019
**Consumer Location** ROUND LAKE, IL
**Vehicle Identification Number** 1C4PJMLB0JD****
**Summary of Complaint**
MY 2018 JEEP CHEROKEE LATITUDE HAS BEEN STALLING DUE TO HIGH
OIL CONSUMPTION (PER THE DEALER). THE STALLS HAPPEN WHILE
DRIVING WHEN BRAKING OR MAKING TURNS. THERE IS NO WARNING,
THE ENGINE JUST SHUTS OFF, WITH LOSS OF POWER STEERING. WHEN
THIS OCCURS, NEED TO COME TO A COMPLETE STOP, PUT THE
VEHICLE IN PARK AND WAIT A COUPLE MINUTES. AS YOU CAN
IMAGINE, THIS IS EXTREMELY DANGEROUS AS IT HAS HAPPENED ON
THE HIGHWAY AND IN CITY DRIVING. IN TWO SCENARIOS, I WAS
ALMOST REAR ENDED AND IN ANOTHER, I STALLED IN THE MIDDLE
OF A BUSY INTERSECTION.

I'VE TAKEN THE JEEP TO MY DEALERSHIP WHO TELLS ME THAT THIS
IS A KNOWN ISSUE AND THEY CAN'T DO ANYTHING ABOUT IT. THEY
SUGGESTED I DO AN "OIL CONSUMPTION TEST" TO SEE IF THE ENGINE
IS PERFORMING AS DESIGNED, WHICH ENTAILS ME BRINGING THE
VEHICLE TO THE DEALERSHIP EVERY 1,000 MILES TO CHECK OIL

LEVELS (EXTREMELY INCONVENIENT). I'VE ALSO OPENED A CASE WITH CHRYSLER/FIAT WHO SAYS I NEED TO COMPLETE THE CONSUMPTION TEST BEFORE THEY CAN MAKE ANY DETERMINATION.

I'VE RESEARCHED THIS ISSUE AND THERE ARE HUNDREDS OF JEEP OWNERS COMPLAINING OF THE SAME ISSUE. CHRYSLER/FIAT NEEDS TO DO SOMETHING ABOUT THIS ISSUE AS IT IS EXTREMELY DANGEROUS.

PLEASE LET ME KNOW IF THERE IS ANY ADDITIONAL INFORMATION NEEDED.

**NHTSA ID Number:** 11301851
**Complaint Submitted** January 25, 2020
**Incident Date** December 4, 2019
**Consumer Location** OAK FOREST, IL
**Vehicle Identification Number** 1C4PJMCB8JD****
**Summary of Complaint**
HAVE HAD SEVERAL ISSUES WITH THIS CHEROKEE, MY OIL PRESSURE LIGHT WOULD COME ON WHEN I WOULD TAKE SUDDEN TURN, I TOOK IT IN TO MY LOCAL DEALER AND THEY STATED TO START AN OIL CONSUMPTION TEST, IT APPEARS THE MOTOR EQUIPPED IN THE CHEROKEE WAS BURNING OIL AND THEY COULDN'T DETERMINE WHERE THE OIL WAS GOING, ALSO DURING THIS TIME, MY "SERVICE SHIFTER" LIGHT CAME ON MY DASH AND ALL OF THE SHIFTER LIGHTS WOULD COME ON AT THE SAME TIME, THIS WOULD HAPPEN PERIODICALLY, THEY DECIDED THEY NEEDED TO REPLACE MOTOR DUE TO THE OIL ISSUE, I ASKED ABOUT THE SERVICE SHIFTER ISSUE, THEY STATED THAT THEY COULD NOT FIND ANY FAULTS WITH THE SERVICE SHIFTER, SURE ENOUGH 3 WEEKS LATER MY SERVICE SHIFTER LIGHT CAME ON AGAIN AND WOULDN'T GO OFF, I WAS UNABLE TO TELL WHICH GEAR I WAS IN BECAUSE OF THIS BECAUSE OF ALL OF THE GEAR LIGHTS WERE ON SIMULTANEOUSLY, NEEDLESS TO SAY, THE DEALER DOES NOT HAVE AN ANSWER FOR THIS ISSUE, I WOULD LIKE TO REQUEST THIS ISSUE BE DOCUMENTED AND REPAIRED OR RECALLED.

**NHTSA ID Number:** 11309608
**Complaint Submitted** February 17, 2020
**Incident Date** December 9, 2019

46

**Consumer Location** DALLAS, GA
**Vehicle Identification Number** 1C4PJLLB4JD****
**Summary of Complaint**
MY 2018 JEEP CHEROKEE LATITUDE PLUS SHUT OFF WHILE DRIVING.
THE FIRST TIME (12/8/2019 @ 1200 HRS) I WAS PULLING UP TO A STOP
SIGN AND IT JUST SHUT OFF. NO DASH INDICATOR WARNING LIGHTS
AND IT HAD PLENTY OF FUEL. THE SECOND TIME (12/9/2019 @ APPRX
1600 HRS)I WAS TURNING LEFT ONTO A VERY BUSY CITY STREET AND
IT SHUT OFF. I WAS ABLE TO COAST TO THE SIDE OF THE ROAD SO I
WOULDN'T GET HIT. AGAIN NO WARNINGS AT ALL. AFTER APPRX 10
MINUTES CAR WAS ABLE TO RESTART. DROVE STRAIGHT TO DALLAS
DODGE(APPRX 23 MILES.) THEY SAID IT WAS LOW ON OIL. SHOULD
ADD OIL OR GET OIL CHANGE. BUT SINCE THEY WERE CLOSING THEY
DID NOT HAVE ANYONE WHO COULD HELP. ALSO SAID AN OIL
CONSUMPTION TEST NEEDED TO BE DONE, BUT THEY COULD NOT
PERFORM IT. OIL CHANGE PLACES WERE CLOSED. I DROVE TO AUTO
ZONE AND PURCHASED A 5 QT BOTTLE OF SYNTHETIC OIL. ADDED 3
QTS. TO FILL. 16-DEC TOOK CAR TO APPOINTMENT @ ED VOYLES.
THEY HAD TO ADD 1.5 QTS OF OIL. SAID TO BRING IT BACK IN 1000
MILES OR IF OIL GOT LOW BEFORE THAT, BRING IT IN SO THEY CAN
MEASURE IT AND DOCUMENT AMOUNT OF TIME AND MILEAGE.

4-JAN 2ND OIL CONSUMPTION TEST AT ED VOYLES. THEY HAD TO ADD
1 QT. SAID TO COME BACK IN 1000 MILES

1/15/2020 3RD OIL CONSUMPTION TEST. REQUIRED 2 QUARTS TO BE
ADDED. SERVICE DEPT SAID ENGINE NEEDS TO BE REPLACED. THEY
WILL CALL CHRYSLER/JEEP WARRANTY TO ORDER NEW ENGINE.
HOWEVER, THEY SAID THEY WILL NOT PROVIDE A COURTESY
VEHICLE I WILL HAVE TO RENT ONE.

**NHTSA ID Number:** 11310335
**Complaint Submitted** February 20, 2020
**Incident Date** February 20, 2020
**Consumer Location** CLIFTON HEIGHTS, PA
**Vehicle Identification Number** 1C4PJMCB5JD****
**Summary of Complaint**
IRREGULAR OIL CONSUMPTION IN THE 2.4 LITER MODEL OF THE JEEP
CHEROKEE. WHILE DRIVING ON THE HIGHWAY THE CAR SHUT OFF

DUE TO LOW OIL PRESSURE. THERE WAS NOT ANY WARNING AND THE CAR WAS NOT DUE FOR AN OIL CHANGE.

## 2019 Jeep Cherokee

**NHTSA ID Number:** 11131830
**Complaint Submitted** September 26, 2018
**Incident Date** September 25, 2018
**Consumer Location** ABINGTON, MA
**Vehicle Identification Number** 1C4PJMLBXKD****
**Summary of Complaint**
MY NEW CAR HAS 2,800 MILES DUE FOR AN OIL CHANGE AT 5 MONTHS/5,000 MILES. THE ENGINE FAILED ONCE FOR NO KNOWN CAUSE AFTER 2 WEEKS IN THE REPAIR SHOP. NOW MY CAR DIED WHILE IN MOTION ON BUSY ROADS AND A HIGHWAY RAMP AT SPEEDS BETWEEN 15-40 MPH WITHOUT WARNING OR LIGHTS. THIS IS SLA SAFETY HAZARD AS THE STEERING GOES AND CAR JUST COMES TO A STOP WITHOUT ANY WARNING. I HAD IT TOWED AFTER IT'S 5TH TIME IN 4 DAYS STOPPING WHILE IN MOTION AND SHUTTING DOWN. JEEP TOLD ME IT'S EMPTY ON OIL BUT YET THE OIL LIGHT INDICATOR DOESN'T COME ON. THEY SAID IT IS A KNOWN ISSUE WITHOUT A FIX FOR ALL 2014-2019 JEEP CHEROKEES. THEY ARE AWARE BUT ARE NOT FIXING OR ADDRESSING THE OIL CONSUMPTION WITHOUT LIGHT ISSUE THAT PUTS DRIVERS IN MOTION AT RISK OF AN ACCIDENT OR LOSING THEIR LIFE. IF NO WARNING IS COMING ON THAT YOUR OIL IS EMPTY LONG BEFORE A DIE OIL CHANGE AND MY CAR CAN JUST DIE WHILE IN MOTION ALONG WITH OTHERS AS AGAIN THEY STATED IT'S A KNOWN ISSUE IS A ROAD HAZARD FOR ANYONE IN THESE CARS. MY CAR IS 3 MONTHS OLD AND I FEEL UNSAFE DRIVING IT ON ANY ROADS FOR FEAR I WILL BE HIT BY ANOTHER DRIVER AS IT'S JUST LOSING POWER AND SHUTTING DOWN IN THE STREET IN MOTION. JEEP CANNOT FIX THIS BUT KNOWS ABOUT IT.

**NHTSA ID Number:** 11151746
**Complaint Submitted** November 15, 2018
**Incident Date** November 14, 2018
**Consumer Location** PHILADELPHIA, PA
**Vehicle Identification Number** 11C4PJMDX6K****
**Summary of Complaint**

MY CAR SHUT DOWN TWICE WHILE DRIVING ON THE EXPRESSWAY. THERE WAS PLENTY OF GAS AND NO REASON FOR IT TO SHUT DOWN. ALL OF THE DASHBOARD LIGHTS FLASHED AND THEN THERE WAS NO ABILITY TO STEER OR CONTROL THE CAR. I HAD BREAK, SWITCH THE GEARS FROM DRIVE TO PARK AND THEN RESTART THE CAR. LUCKILY TRAFFIC WAS SLOWED OR ELSE MY CHILD AND I WOULD'VE BEEN HIT FROM BEHIND. I TOOK THE CAR TO THE DEALERSHIP AND WAS TOLD THAT THE OIL WAS LOW AND IT COULD BE EXCESSIVE OIL CONSUMPTION. THAT COULD HAVE LEAD TO THE STALLING. THERE WERE NO WARNING LIGHTS INVOLVED.

**NHTSA ID Number:** 11184562
**Complaint Submitted** March 6, 2019
**Incident Date** October 1, 2018
**Consumer Location** AGAWAM, MA
**Vehicle Identification Number** 1C4PJMLB0KD****
**Summary of Complaint**
TL* THE CONTACT OWNS A 2019 JEEP CHEROKEE. WHILE DRIVING LOW SPEEDS, THE ENGINE STALLED. THE CONTACT PULLED OVER AND RESTARTED THE VEHICLE AFTER NUMEROUS ATTEMPTS. THERE WERE NO WARNING INDICATORS ILLUMINATED. THE CONTACT SCHEDULED AN APPOINTMENT WITH METRO CHRYSLER DODGE JEEP RAM (650 MEMORIAL DR C, CHICOPEE, MA 01020, (413) 783-9911) FOR DIAGNOSTIC TESTING. THE DEALER STATED THAT THEY WOULD CHECK THE OIL CONSUMPTION. THE MANUFACTURER WAS NOTIFIED. THE FAILURE MILEAGE WAS 2,500.

**NHTSA ID Number:** 11221983
**Complaint Submitted** June 23, 2019
**Incident Date** December 23, 2018
**Consumer Location** HOUSTON, TX
**Vehicle Identification Number** 1C4PJLLB4KD****
**Summary of Complaint**
MY 2019 IS ABOUT TO HAVE IT'S 3RD OIL CHANGE, APPARENTLY IT'S SUPPOSED TO GO EVERY 3,000 MILES TO GET AN OIL CHANGE. WHEN I CALLED THE DEALERSHIP THE GUY THAT'S IN SERVICES DIDN'T CARE OF MY CONCERN REGARDING THE CHEROKEE TURNING OFF WHILE DRIVING DURING TRAFFIC ESPECIALLY IN THE FREEWAYS, ALL HE KEPT SAYING YUP YUP YUP. HE KEPT TELLING ME HE HAS A PAPER STATING THAT JEEP CHEROKEES NEW MODELS ARE BUILT LIKE THAT

NOW. ALL HE OFFERED WAS TO DO AN OIL CONSUMPTION TEST
WHICH I HAVE TO MAKE AN APPT FOR AND GO EVERY 1,000 MILES TO
GET IT READ. I MENTIONED THAT THE COMPASS HAS THE SAME TYPE
ENGINE, HOWEVER, WITH THE COMPASS I WOULD GO 5,000 MILES OR
MORE. I CANNOT CONTINUE TO PAY FOR A CAR THAT PUTS ME AND
MY FAMILY AT RISK FOR ACCIDENT. MY CAR TURNS OFF
COMPLETELY ALL THE LIGHTS ON THE DASH BOARD TURNS ON
BEFORE TURNING OFF AND STATES IT'S THE BATTERY WHEN IT'S NOT
THE BATTERY. WHY HASNT THIS BEEN RECALLED OR FIX MY
CHRYSLER OR FIAT! THE FIRST TIME IT HAPPENED WAS AROUND
CHRISTMAS TIME THEN 3 MONTHS LATER. I HAD TO GET MY FIRST OIL
CHANGE BEFORE THE 3 MONTHS OF GETTING IT.

**NHTSA ID Number:** 11229741
**Complaint Submitted** July 6, 2019
**Incident Date** June 29, 2019
**Consumer Location** GLENVIEW, IL
**Vehicle Identification Number** 1C4PJLLB4KD****
**Summary of Complaint**
VEHICLE WITH 23 K MILES WITH OIL CONSUMPTION AND COOLANT
PROBLEMS, WITH NO INDICATOR WARNING OF LOW OIL OR COOLANT
LEVEL. THIS VEHICLE COULD SHUT OFF WITH NO WARNING, WHICH
COULD CAUSE AN ACCIDENT. THIS IS A BRAND NEW VEHICLE THAT
NOW WILL HAVE TO GO THROUGH OIL CONSUMPTION PROGRAM.
ACCORDING TO NUMEROUS ONLINE COMPLAINTS, THIS ISSUE HAS
BEEN ONGOING. THIS COULD BE A POTENTIALLY HUGE SAFETY ISSUE
THAT NEEDS TO BE ADDRESSED AND/OR RECALLED IMMEDIATELY.

**NHTSA ID Number:** 11241209
**Complaint Submitted** August 1, 2019
**Incident Date** July 17, 2019
**Consumer Location** POTOMAC, MD
**Vehicle Identification Number** 1C4PJLCB5KD****
**Summary of Complaint**
THE ENGINE SHUTS OFF WITHOUT WARNING WHEN OIL LEVEL RUNS
LOW. HOWEVER, THERE IS NO INDICATOR SHOWING OI LEVEL IS
LOW. CAR WAS DRIVEN JUST 3500 MILES FROM DATE OF PURCHASE
AND ENGINE HAS A CONFIRMED OIL CONSUMPTION ISSUE. THIS OIL
CONSUMPTION ISSUE IS A KNOWN DEFECT AND ENGINE IS DESIGNED

TO SHUT OFF AUTOMATICALLY WITHOUT WARNING WHILE THE CAR IS IN MOTION!

**NHTSA ID Number:** 11244517
**Complaint Submitted** August 16, 2019
**Incident Date** August 12, 2019
**Consumer Location** DECATUR, IL
**Vehicle Identification Number** 1C4PJLLB3KD****
**Summary of Complaint**
2019 JEEP CHEROKEE LATITUDE STALLS WHILE THE VEHICLE IS IN DRIVE. THE ENTIRE VEHICLE SHUTS DOWN, THE BATTERY LIGHT DISPLAYS, AND THE VEHICLE MUST BE STOPPED, PUT IN PARK, AND RESTARTED. THIS ISSUE WAS NOTED BY A RECALL EARLIER THIS YEAR BY JEEP, BUT SERVICE FOR THE RECALL WAS INEFFECTIVE AND ISSUE REMAINS. BOTH EXPERIENCES WERE WHILE THE CAR WAS IN MOTION (DRIVING) AT APPROXIMATELY 35 MILES PER HOUR BOTH ON LOW GRADE INCLINES. THE FIRST EXPERIENCE WAS WITH LESS THAN 1,000 MILES ON THE VEHICLE AND THE 2ND EXPERIENCE WAS AT APPROXIMATELY 35,000 MILES. ALSO, THE SPEED CONTROL OF THE VEHICLE IS INCONSISTENT WITH BOTH LURCHING AT TAKE OFF AND SLOW ACCELERATION. *DT *DT

CONSUMER STATED THE JEEP WAS TAKEN INTO THE DEALERSHIP FOR THE FINAL LEG OF THE OIL CONSUMPTION TEST. UPON SPEAKING WITH THE DEALERSHIP, THEY STATED THAT, IN THE LAST WEEK, JEEP ACKNOWLEDGED AN ENGINE OIL CONSUMPTION ISSUE WITH THIS MAKE AND MODEL. WE WERE FURTHER TOLD THAT A NEW ENGINE WILL BE ORDERED FOR THE JEEP BUT BECAUSE OF THE MASS AMOUNT NEEDED, IT IS A 2-3 MONTH WAIT. IN THE WAIT TIME, WE HAVE BEEN INSTRUCTED TO CHECK AND PURCHASE OIL FOR THE JEEP EVERY 2-3 WEEKS OR AS NEEDED.*JB

**NHTSA ID Number:** 11266789
**Complaint Submitted** October 7, 2019
**Incident Date** October 5, 2019
**Consumer Location** PALM COAST, FL
**Vehicle Identification Number** 1C4PJLCB4KD****
**Summary of Complaint**
EVERYTIME I SLOWED DOWN MY JEEP WOULD CUT OFF. I FIGURED OUT I COULD GET IT TO RESTART IN NEUTRAL AS I'M FINDING

SOMEWHERE TO COAST OFF ROAD, BUT WOULD HAVE TO PUT IN PARK TO SHIFT BACK TO DRIVE. I MADE IT TO DEALER AND THEY SAID IT VERY COMMON PROBLEM AND HOPEFULLY A RECALL WILL BE SOON BECAUSE THEY DONT KNOW HOW TO FIX THE PROBLEM. THE PROBLEM SEEMS TO BE THE JEEP USING OIL AND THEN THE ENGINE STARTS SHUTTING DOWN TO PROTECT FURTHER DAMAGE. THEY FILLED WITH OIL AND IT RAN FINE.. THE DEALERS TEMPORARY SOLUTION IS TO DO A OIL CONSUMPTION TEST TO TURN INTO MOPAR. SO I HAVE TO HAVE THEM CHECK THE OIL EVERY 1000 MILES. THE FIRST 1000 IT USED VERY LITTLE AND THEY SAID GO AHEAD AND TRY ANOTHER 1000 AND COME BACK. I MADE IT TO ABOUT 500 MILES AND NOW MY JEEP WILL NOT START. THANKFULLY IT IS IN MY DRIVEWAY AND I DIDN'T BREAK DOWN ON THE STREET AGAIN. I'M GOING TO TOP OFF THE OIL AND SEE IF THAT DOES ANYTHING. I'M AFRAID OF ANOTHER PROBLEM BECAUSE IT'S NOT MAKING ANY NOISE WHEN I TRY STARTING. ALSO, FEBRUARY 2019 I DID GET THE RECALL FIXED (POWER CONTROL MODULE) FROM THE DEALER. SO WHEN I WENT BACK FOR THIS ISSUE THEY TOLD ME I'D HAVE TO PAY THEM $130 FOR THEM TO EVEN TAKE A LOOK. I WAS SURPRISED TO BE TREATED LIKE THIS WITH A BRAND NEW VEHICLE SO I WENT TO THE DEALER IN THE NEXT COUNTY AND THEY TOLD ME ABOUT THE OIL CONSUMPTION PROBLEM AND DIDN'T CHARGE ME! ANOTHER THING IS THE SCREEN/INSTRUMENT PANEL HAS WENT OUT A FEW TIMES. ONCE THE ORIGINAL DEALER RESET IT, BUT IT STILL GOES OUT SOMETIMES OR IT GETS STUCK ON THE DIAL/KEYPAD SCREEN. BOTTOM LINE: NOW MY 2019 JEEP IS STUCK IN MY DRIVEWAY AND THERE DOESN'T SEEM TO BE ANY SOLUTION.

**NHTSA ID Number:** 11282251
**Complaint Submitted** November 25, 2019
**Incident Date** November 24, 2019
**Consumer Location** WADSWORTH, OH
**Vehicle Identification Number** 1C4PJMLB4KD****
**Summary of Complaint**
TL* THE CONTACT OWNS A 2019 JEEP CHEROKEE. WHILE DRIVING APPROXIMATELY 15 MPH, THE VEHICLE STALLED, LOST BRAKING AND STEERING ABILITY, AND THE BATTERY WARNING INDICATOR ILLUMINATED. THE CONTACT WAIT A FEW SECONDS AND THE VEHICLE RESTARTED NORMALLY. THE CONTACT STATED THAT THE FAILURES OCCURRED FIVE OTHER TIMES. THE VEHICLE WAS TAKEN

TO MEDINA CHRYSLER JEEP (3205 MEDINA RD, MEDINA, OH 44256) WHERE IT WAS DETERMINED THAT IT WAS NORMAL FOR THE VEHICLE TO CONSUME AN EXCESSIVE AMOUNT OF OIL. THE DEALER FURTHER STATED THAT IF THE OWNER DID NOT KEEP TRACK OF THE OIL CONSUMPTION, "IT WAS NORMAL FOR THE ENGINE TO SEIZE". THE VEHICLE WAS NOT REPAIRED. THE MANUFACTURER WAS NOTIFIED OF THE FAILURE. THE CONTACT WAS ADVISED TO READ THE OWNER'S MANUAL ON HOW TO MAINTAIN OIL CONSUMPTION FOR THAT TYPE OF ENGINE. THE APPROXIMATE FAILURE MILEAGE WAS 29,995.

**NHTSA ID Number:** 11292217
**Complaint Submitted** December 31, 2019
**Incident Date** December 26, 2019
**Consumer Location** VINCENTOWN, NJ
**Vehicle Identification Number** 1C4PJMLB5KD****
**Summary of Complaint**
JEEP HAS A SAFETY FEATURE SO THEY SAY THAT CAUSES THE CAR TO TURN OFF WHILE DRIVING IF THE OIL IN YOUR BRAND NEW VEHICLE GETS LOW. THIS HAPPENED MANY TIMES ONCE IN THE MIDDLE OF AN INTERSECTION. I CALLED MY DEALER WHO TOLD ME ITS NORMAL AND TO CHANGE MY OIL EVEN THOUGH MY ONBOARD DASH SAID I WAS FINE NO OIL WARNING LIGHT JUST THE CAR TURNS OFF WHILE DRIVING. VERY DANGEROUS AND IT IS NOT EASY TO RESTART . I WAS SLOWING DOWN FOR A REDLIGHT THE LIGHT TURNED GREEN AND MY CAR TURNED OFF CAUSING DRIVER BEHIND ME TO ALMOST HIT ME I WAS PANICKED. THIS HAPPENED MANY TIMES MORE AND I CONTACTED JEEP DEALER AND THEY TOLD ME TO CHANGE MY OIL AND IT WONT HAPPEN AGAIN. TO HAVE A CAR SHUT OFF INSTEAD OF AN OIL WARNING LIGHT IS EXTREMELY DANGEROUS WHY NOT USE THE LIGHT IT CAME WITH. THAT IS NOT A SAFETY DESIGN FOR ANYONE BUT JEEP SO THEY DONT HAVE TO REPLACE BRAND NEW CARS THAT BURN OVER 3 QUARTS OF OIL EVERY 4000 MILES. THEY ARENT WORRIED ABOUT THE DRIVERS STUCK IN THE MIDDLE OF AN INTERSECTION WAITING AND PRAYING THEIR CAR RESTARTS. I HAVE VIDEO OF IT DOING IT MY NEIGHBORHOOD AND NEVER ONCE DOES THE OIL LIGHT COME ON. THE CAR ACTUALLY DIES WHILE IN MOTION NOT JUST STOPPED. I HAVE A VIDEO OF IT BUT IT IS 3 MINUTES LONG AND IT WILL NOT UPLOAD I GUESS DUE TO THE LENGTH OF IT. IT HAS HAPPENED MANY TIME SINCE DECEMEBER FIRST TIMES I JUST THOUGHT THE CAR WAS COLD DUE TO OUTSIDE TEMPERATURE AND

THE BARS ON THE DASH INDICATING THE CAR WAS COLD. TO SAY I PURCHASED A BRAND NEW CAR AND DID NOT EXPECT TO HAVE TO ADD 3 QUARTS OF OIL EVERY 5000 MILES IS AN UNDERSTATEMENT TO FEAR FOR MY OWN SAFETY DRIVING MY CAR IS CRAZY. I HAVE CHANGED THE OIL AND NOW I HAVE TO CONSTANTLY MONITOR IT SO I CAN BE SAFE THIS SHOULD NEVER BE THE CASE AND DODGE KNOWS IT DOES THIS AND DOES NOTHING BUT OFFER AN OIL CONSUMPTION CHECK EVERY 1000 MILES. HORRIBLE

**NHTSA ID Number:** 11297282
**Complaint Submitted** January 6, 2020
**Incident Date** December 19, 2019
**Consumer Location** TUCSON, AZ
**Vehicle Identification Number** 1C4PJLLB4KD****
**Summary of Complaint**
ON DEC 19TH OF 2019 I WAS LEAVING WORK WHEN I MADE A RIGHT TURN DURING BUSY TRAFFIC WHEN MY 2019 JEEP CHEROKEE SUDDENLY STALLED ON ME. I HAD TO PULL OVER AND RESTART THE CAR. THE CAR DID TURN BACK ON. AFTER SPEAKING WITH MY LOCAL DEALER, THEY TOLD ME THAT THE CAR WAS ALMOST OUT OF OIL HOWEVER NO LIGHT WAS ON THEN OR AT THE TIME OF THE STALL. I WAS INFORMED THIS IS A "SAFETY" FEATURE TO PREVENT THE ENGINE FROM HURTING ITSELF IF THE OIL GETS TOO LOW. AN OIL CONSUMPTION TEST WAS STARTED. THE CAR ONLY HAD 12590 MILES AT THE TIME OF THE INCIDENT. THIS IS ALSO THE SECOND OIL TEST THAT HAS BEEN DONE THE FIRST ONE WAS DONE BACK IN MAY OF 2019 WHEN THE CAR WAS AT AROUND 6000 MILES.

**NHTSA ID Number:** 11302169
**Complaint Submitted** January 27, 2020
**Incident Date** January 23, 2020
**Consumer Location** MONROE, NJ
**Vehicle Identification Number** 1C4PJMLB4KD****
**Summary of Complaint**
JEEP ONLY HAS 30000 MILES. BOUGHT BRAND NEW. CAR RECENTLY STARTED STALLING WHEN SLOWING DOWN. APPARENTLY JEEP DESIGNED THE ENGINE TO STALL WITH LOW OIL. TOOK CAR TO DEALERSHIP AND THEY SAID THIS IS A KNOWN ISSUE AND THAT THE 4 CYLINDER JEEP CONSUMES MORE OIL AND AN OIL CHANGE WILL NEED TO BE EVERY 3000 MILES ON A BRAND NEW CAR. THERE IS A

LARGE AMOUNT OF SIMILAR COMPLAINTS FROM OTHER PEOPLE ONLINE AND EVENTUALLY LEADS TO AN ENGINE REPLACEMENT. NOT ONLY IS THE OIL CONSUMPTION OUTRAGEOUS FOR A NEW CAR BUT THE STALLING IS COMPLETELY UNSAFE AS WE HAVE AN 11 MONTH OLD.

**NHTSA ID Number:** 11302228
**Complaint Submitted** January 27, 2020
**Incident Date** January 1, 2020
**Consumer Location** GLENVIEW, IL
**Vehicle Identification Number** 1C4PJLLB4KD****
**Summary of Complaint**
PREVIOUSLY, I REPORTED ISSUES WITH OIL CONSUMPTION, WHICH EVENTUALLY REQUIRED AN ENGINE REPLACEMENT. I NOW HAVE AN ISSUE WITH STEERING WHEEL, FEELS LIKE IT IS TRYING TO CORRECT ITSELF WHEN DRIVING REGULAR STREETS AND HIGHWAY WITH NO ISSUES OF ALIGNMENT, TIRES, ETC. APPT WITH NAPLETON'S ARLINGTON HEIGHTS ON 1/23/2020 DID NOT MENTION ANYTHING THAT WAS DONE TO LOOK FOR ISSUE, OTHER THAN RECALL SOFTWARE UPDATE OF 18VA9182, WHICH THEY SAID WOULD SOLVE THE PROBLEM. HOWEVER, THE PROBLEM PERSISTS. IN ADDITION, I JUST RECEIVED A SAFETY RECALL NOTICE FROM FCA, STATING THAT WHEN I HAD TAKEN MY VEHICLE IN FOR RECALL #18V739, THAT MY VEHICLE WAS NOT PROPERLY INSPECTED AND THE RECALL WAS CLOSED. I TOLD THE DEALERSHIP THIS WAS DONE COMPLETED AND THEY SAID THEY WOULD DO THE UPDATE, HOWEVER, THEY HAD NOT COMPLETED THE CORRECT ONE, AND THE PROBLEM WITH STEERING STILL PERSISTS. I AM WORRIED THIS ISSUE IS A SAFETY CONCERN, AND WOULD LIKE TO BE CONTACTED TO HAVE THIS PROBLEM ADDRESSED.

**NHTSA ID Number:** 11317157
**Complaint Submitted** March 9, 2020
**Incident Date** March 7, 2020
**Consumer Location** TALIHINA, OK
**Vehicle Identification Number** 1C4PJLDB7KD****
**Summary of Complaint**
EXCESSIVE ENGINE OIL CONSUMPTION. NO LEAKS BUT HAVE TO ADD ENGINE OIL EVERY 1,000 - 2,000 MILES. THE CAR IS BRAND NEW LESS THAN 10,000 MILES ON IT. IT SHOULD NOT BE USING ENGINE OIL. HAVE

HAD CARS BEFORE THAT NEVER USED OIL. THIS CAR SHOULDN'T BE
GOING THROUGH THIS MUCH OIL THIS FAST. I HAD TO TOP OFF THE
ENGINE OIL TWICE AND IT'S GOT LESS THAN 2,500 MILES ON IT.

## 2015 Jeep Renegade

**NHTSA ID Number:** 10914458
**Complaint Submitted** October 7, 2016
**Incident Date** September 5, 2016
**Consumer Location** WEST POINT, KY
**Vehicle Identification Number** ZACCJBAT3FP****
**Summary of Complaint**
TL* THE CONTACT OWNS A 2015 JEEP RENEGADE. WHILE DRIVING 2
MPH, THE VEHICLE STALLED WITHOUT WARNING. THE CONTACT WAS
ABLE TO RESTART THE VEHICLE. AFTER INSPECTING THE VEHICLE,
THE DIPSTICK SHOWED NO OIL IN THE ENGINE. THE VEHICLE WAS
TAKEN TO THE DEALER TO BE DIAGNOSED. THE DEALER WAS NOT
ABLE TO PRODUCE A FAULT CODE FOR THE VEHICLE STALLING. THE
CONTACT WAS ALSO INFORMED THAT THE OIL CONSUMPTION WAS
NORMAL. THE VEHICLE WAS NOT REPAIRED. THE MANUFACTURER
WAS NOT NOTIFIED OF THE FAILURE. THE APPROXIMATE FAILURE
MILEAGE WAS 18,000.

**NHTSA ID Number:** 11133008
**Complaint Submitted** October 2, 2018
**Incident Date** March 9, 2018
**Consumer Location** PEORIA, AZ
**Vehicle Identification Number** ZACCJABT2FP****
**Summary of Complaint**
I BOUGHT A 2015 JEEP RENEGADE FROM THIS DEALERSHIP BRAND
NEW. ALL SERVICE HAS BEEN DONE AT EITHER THIS JEEP DEALERSHIP
OR THE ONE IN LIMA OHIO WHERE I LIVED FOR A BRIEF TIME.
BEGINNING IN MARCH OF 2018 MY VEHICLE STALLED WHILE RUNNING
WITH NO WARNING WHATSOEVER. AFTER SEVERAL MINUTES IT
RESTARTED. I TOOK IT TO THE DEALERSHIP WHO TOLD ME IT WAS
BECAUSE I NEEDED AN OIL CHANGE AND BECAUSE OF THE CHANGE
IN TEMPERATURE FROM OHIO TO ARIZONA. IT THEN HAPPENED
AGAIN TWO MORE TIMES ONCE ON THE FREEWAY-ALL AGAIN WITH
NO WARNINGS. JEEP THEN HAD MY CAR IN AUGUST FOR NEARLY A
MONTH-I WAS TOLD IT STALLS DUE TO LOW OIL PRESSURE AND TO

DO AN OIL CONSUMPTION TEST MEANING I DROVE IT FOR 1200 MILES AND THEN RETURNED IT TO THEM. I WAS THEN TOLD THAT MY OIL CONSUMPTION IS "WITHIN MANUFACTURER SPECIFICATIONS" SO THE DEALERSHIP WOULD NOT BE DOING ANY REPAIRS AND THAT I NEED TO CHECK MY OIL LEVEL AT EACH GAS FILL UP AND ADD OIL AS NEEDED IN BETWEEN OILS CHANGES. THIS IS NOT IN THE MANUAL AND THIS CAR IS STILL UNDER 36,000 MILES AND UNTIL OCTOBER 30 THE BUMBER TO BUMBER WARRANTY. I WAS TOLD BY DUSTIN THE MANAGER OF THE SERVICE DEPARTMENT TO CONTACT CHRYSLER AS THEY WOULD HAVE TO AUTHORIZE ANY REPAIRS OR CHANGES. I WAS TOLD BY CHRYSLER THAT THERE IS NOTHING TO FIX AND GIVEN THE SAME RECOMMENDATION TO CHECK MY OIL AT EACH GAS FILL UP AND ADD OIL. THIS CAR HAS NO OIL LIGHT, NO CHECK ENGINE LIGHT OR ANY WARNING OF ANY KIND BEFORE IT JUST STALLS WHILE DRIVING. I DO NOT FEEL SAFE DRIVING THIS CAR AND DO NOT TRUST THAT THIS AN AN ACCEPTABLE LOSS OF OIL AND THAT THEY CAN SET AN EXPECTATION THAT IS NOT LISTED ANYWHERE IN THE MANUAL.

**NHTSA ID Number:** 11252239
**Complaint Submitted** August 29, 2019
**Incident Date** August 1, 2019
**Consumer Location** VENTURA, CA
**Vehicle Identification Number** ZACCJADT3FP****
**Summary of Complaint**
EXCESSIVE OIL CONSUMPTION . 30000 MILES IN THE ENGINE AND IT GOES THROUGH OIL MORE OFTEN THAN THE RECOMMENDED OIL CHANGES. MAJOR ACCIDENT ISSUE, CAUSED BY ENGINE STALLINGS DUE TO UNEXPECTEDLY LOW OIL. ENGINE STALLED WHILE DRIVING 65MPH ON THE FREEWAY

**2016 Jeep Renegade**

**NHTSA ID Number:** 10991001
**Complaint Submitted** May 22, 2017
**Incident Date** January 21, 2017
**Consumer Location** MONTAGUE, NJ
**Vehicle Identification Number** N/A
**Summary of Complaint**
ONE DAY I WAS DRIVING AND MY JEEP STALLED OUT ON ME. IT TOOK A FEW MINUTES TO GET IT STARTED AGAIN. IT HAPPENED A FEW

MORE TIMES WITHIN A 2 WEEK PERIOD AND THEN AS I WAS TURNING
THE LOW OIL PRESSURE LIGHT FLASHED ON FOR A SPLIT SECOND. I
TOOK MY JEEP IN TO GET AN OIL CHANGE (BROUGHT IT IN UNDER
REQUESTED MILEAGE) AND TOLD DEALERSHIP OF THE STALLING AND
LOW OIL PRESSURE LIGHT. THEY TOLD ME THAT THERE WAS NO OIL
IN THE JEEP AT ALL AND I TOLD THEM THAT WAS IMPOSSIBLE
BECAUSE THEY DID THE LAST OIL CHANGE I BROUGHT IT IN UNDER
THE REQUESTED MILEAGE FOR THIS OIL CHANGE. THEY TOLD ME TO
COME AT 4000 MILES INSTEAD. AT APPROXIMATELY 4000 AFTER
GETTING OIL CHANGE MY CAR AGAIN STALLED OUT AS I WAS
DRIVING. MY HUSBAND CHECKED THE OIL AND AGAIN IT WAS "BONE
DRY" THE JEEP IS BURNING OIL EXCESSIVELY. HAVE TO DO OIL
CONSUMPTION TEST WITH DEALERSHIP. THERE ARE NO WARNING
LIGHTS THAT COME ON TO STATE THAT OIL IS LOW. HAVE TO CHECK
OIL LEVEL WEEKLY TO MAKE SURE THERE'S OIL IN CAR. IF THE OIL
GETS TOO LOW THE JEEP STALLS OUT UNEXPECTEDLU WHILE IN
MOTION. DOES NOT START BACK UP FOR AT LEAST 3 MINUTES. I WAS
DRIVING WITH MY 8 YEAR OLD AND 2 YEAR OLD AND THE IT STALLED
OUT UNEXPECTEDLY WHILE IN MOTION. LUCKILY THIS HAPPENED ON
A SIDE ROAD BUT IT HAS HAPPENED 3 OTHER TIMES. ONE TIME WAS
GETTING ONTO THE HIGHWAY. THIS IS VERY DANGEROUS. A NEW CAR
SHOULD NOT BE CONSUMING OIL TO THE POINT THAT IT NEEDS TO BE
CHECKED WEEKLY.

**NHTSA ID Number:** 11233247
**Complaint Submitted** July 18, 2019
**Incident Date** June 21, 2019
**Consumer Location** YACOLT, WA
**Vehicle Identification Number** ZACCJBBT1GP****
**Summary of Complaint**
DRIVING DOWN A LONG WINDING HILL WHEN ACCELERATION AND
BRAKES WENT OUT. I WAS ABLE TO STOP THE CAR WITH THE
EMERGENCY BRAKE. NO WARNING LIGHTS BEFORE OR DURING.
TOWED TO DEALERSHIP WHERE I WAS TOLD THAT IT HAD BURNED
THROUGH 4 QUARTS OF OIL AND THAT I NEEDED TO TAKE IT BACK TO
DO AN OIL CONSUMPTION TEST. THERE IS NO WAY I'M GETTING BACK
INTO A VEHICLE THAT HAS NO BRAKES DURING SAFE MODE AND HAS
NO WARNING THAT ANYTHING IS WRONG. JEEP NEEDS TO GET THESE
OFF OF THE ROAD BEFORE IT KILLS SOMEONE

**NHTSA ID Number:** 11277211
**Complaint Submitted** October 30, 2019
**Incident Date** October 23, 2019
**Consumer Location** HAMILTON SQUARE, NJ
**Vehicle Identification Number** ZACCJBDT0GP****
**Summary of Complaint**
UPDATE TO COMPLAINT # 11270456 REPORTED ON 10/23/19. I CALLED
JEEP DIRECTLY TO REPORT THE ISSUE AND THEY INSTRUCTED ME
NOT TO PICK THE CAR. THEY CALLED DEALERSHIP DIRECTLY. THEY
ARE AWARE OF AN "OIL CONSUMPTION ISSUE" WITH 2016 RENEGADES
WHICH IS RELATED TO THE CAR STALLING/GOING INTO NEUTRAL
AND THE GEAR SHIFTING ISSUE. SINCE THEY DID AN OIL CHANGE ON
10/22/19, THEY WANT ME TO PUT 1,000 MILES ON THE CAR & BRING IT
BACK FOR AN OIL CONSUMPTION TEST. DEPENDING ON THE RESULTS
OF THAT TEST, THEY MAY HAVE TO REPLACE THE ENGINE.

**2017 Jeep Renegade**

**NHTSA ID Number:** 11129130
**Complaint Submitted** September 12, 2018
**Incident Date** January 19, 2018
**Consumer Location** CARSON, CA
**Vehicle Identification Number** ZACCJBCBXHP****
**Summary of Complaint**
TL* THE CONTACT OWNS A 2017 JEEP RENEGADE. WHETHER THE
VEHICLE WAS IN REVERSE OR AT A STOP LIGHT, IT BEGAN TO SHAKE
WITHOUT WARNING. IN ADDITION, THE FRONT DRIVER SIDE WINDOW
FAILED TO CLOSE. THE VEHICLE WAS TAKEN TO BRAVO CHRYSLER
DODGE JEEP RAM OF ALHAMBRA (LOCATED AT 1100 W MAIN ST,
ALHAMBRA, CA 91801, (626) 283-52120) WHERE IT WAS DIAGNOSED
THAT THE WINDOW TINT WAS THE CAUSE OF THE WINDOW FAILURE,
AND THE OIL WAS AT AN UNSAFE LEVEL AND NEEDED TO BE
CLEANED. AN OIL CONSUMPTION TEST WAS COMPLETED AND THE
CONTACT WAS INFORMED THAT THE OIL WAS AT AN IMPROPER
LEVEL. THE VEHICLE WAS REPAIRED, BUT THE FAILURES RECURRED.
THE MANUFACTURER WAS NOT NOTIFIED OF THE FAILURES. THE
APPROXIMATE FAILURE MILEAGE WAS 3,570.

**NHTSA ID Number:** 11129890
**Complaint Submitted** September 17, 2018
**Incident Date** September 16, 2018
**Consumer Location** CLERMONT, FL
**Vehicle Identification Number** ZACCJAAB2HP****
**Summary of Complaint**
TL* THE CONTACT OWNS A 2017 JEEP RENEGADE. WHILE DRIVING 30
MPH UPHILL, THE VEHICLE STALLED AND SEVERAL UNKNOWN
WARNING INDICATORS ILLUMINATED. WHEN THE VEHICLE WAS
TURNED OFF, ALL THE WARNING INDICATORS WENT AWAY. THE
VEHICLE WAS TAKEN TO NAPLETON CLERMONT
CHRYSLER/JEEP/DODGE (15859 FL-50, CLERMONT, FL 34711) AND THEY
FOUND THAT THERE WAS NO OIL ON THE DIPSTICK. THE OIL WAS
TOPPED OFF AND THE CONTACT WAS ADVISED TO RETURN FOR AN
OIL CONSUMPTION TEST. THE VEHICLE WAS NOT REPAIRED. ALSO, IN
JULY 2018, THE OIL PRESSURE AND SERVICE ENGINE SOON WARNING
INDICATORS ILLUMINATED AND THE VEHICLE STALLED WHILE
TRAVELING UPHILL. FURTHERMORE, ON MARCH 24, 2018, THE CHECK
ENGINE WARNING INDICATOR ILLUMINATED AND THE VEHICLE
STALLED. THE VEHICLE WAS TAKEN TO BACK TO THE DEALER WHERE
IT WAS DIAGNOSED THAT THE TOTAL POWER CONTROL AND TOTAL
CONTROL MODULE NEEDED TO BE REPAIRED. THE MANUFACTURER
WAS NOT NOTIFIED OF THE FAILURES. THE APPROXIMATE FAILURE
MILEAGE WAS 34,800.

**NHTSA ID Number:** 11144409
**Complaint Submitted** October 31, 2018
**Incident Date** February 11, 2018
**Consumer Location** MILWAUKEE, WI
**Vehicle Identification Number** ZACCJAAB9HP****
**Summary of Complaint**
TL* THE CONTACT OWNS A 2017 JEEP RENEGADE. THE CONTACT
STATED THAT EVERY MONTH A QUARTER OF OIL NEEDED TO BE
ADDED TO THE VEHICLE. THE VEHICLE WAS TAKEN TO NYLE
MAXWELL CHRYSLER DODGE JEEP RAM OF AUSTIN (13401 RANCH RD
620 N, AUSTIN, TX 78717, (512) 518-1097) WHERE THEY STATED THAT
THEY WOULD HAVE TO DO AN OIL CONSUMPTION TEST. THE
CONTACT MENTIONED THAT THE DEALER PUT MORE OIL IN THE
VEHICLE BUT NOT SURE IF THE VEHICLE WAS REPAIRED. THE

MANUFACTURER WAS NOT MADE AWARE OF THE FAILURE. THE
FAILURE MILEAGE WAS UNKNOWN. *LN UPDATED 12/11/18*JB

**NHTSA ID Number:** 11162589
**Complaint Submitted** December 19, 2018
**Incident Date** December 17, 2018
**Consumer Location** GLEN BURNIE, MD
**Vehicle Identification Number** ZACCJBAB8HP****
**Summary of Complaint**
MY VEHICLE STARTED TO SHUT OFF WITHOUT WARNING ON 3
OCCASIONS. I CHECKED MY OIL AND I SAW THAT IT WAS RUNNING
LOW SO I PUT 2 QUARTS OF OIL IN ON THURSDAY 12/13/18. I CHECKED
AND THE OIL STICK AND THE LEVEL WAS AT THE MEDIUM LEVEL ON
THE STICK. I TOOK MY CAR TO THE DEALER 12/17/18 TO HAVE IT
LOOKED AT. I WAS TOLD THAT I HAD NO OIL IN MY CAR WHICH WAS
IMPOSSIBLE SINCE I HAD JUST PUT OIL IN THE CAR. THE DEALER
RECOMMENDED THAT I DRIVE 500 MILES AND THEN COME BACK FOR
AN OIL CONSUMPTION TEST.

**NHTSA ID Number:** 11183643
**Complaint Submitted** March 2, 2019
**Incident Date** February 4, 2019
**Consumer Location** SHORELINE, WA
**Vehicle Identification Number** ZACCJBDB2HP****
**Summary of Complaint**
OIL CONSUMPTION. NEEDED 1QUART OF OIL EVERY 1000 MILES. IT
WILL STALL WHEN LOW ON OIL.

**NHTSA ID Number:** 11194199
**Complaint Submitted** April 5, 2019
**Incident Date** July 10, 2018
**Consumer Location** HORN LAKE, MS
**Vehicle Identification Number** ZACCJAAB7HP****
**Summary of Complaint**
VEHICLE'S OIL CONSUMPTION IS HIGHER THAN OWNER MANUAL
INDICATES. ENGINE IS CONSUMING APPROX. A LITER EVERY 750-1,000
MILES. HAVE BROUGHT VEHICLE IN FOR SERVICE DUE TO LOW OIL
LIGHT COMING ON AND WAS TOLD THAT THE 2.4 ENGINE TENDS TO
BURN OIL AND THIS WAS NORMAL. THEY ADVISED THAT I JUST CHECK
THE OIL LEVELS AND ADD OIL WHEN LOW. THIS FIRST STARTED

SHORTLY AFTER BUYING THE VEHICLE AND CONTINUE AS OF TODAY 04/05/19.*

*DT

CONSUMER STATED DEALER INDICATED THAT THIS TYPE OF ENGINE BURNS OIL AND THAT CONSUMER COULD COME MONTHLY TO HAVE THE OIL CHECKED. THERE IS NO VISIBLE LEAK. CONSUMER HAD THE OIL CHANGED FOUR TIMES AT ROUGHLY 22,000 MILES.*JB

**NHTSA ID Number:** 11195523
**Complaint Submitted** April 10, 2019
**Incident Date** March 1, 2019
**Consumer Location** LOS ANGELES, CA
**Vehicle Identification Number** ZACCJADBXHP****
**Summary of Complaint**
MY 2017 RENEGADE JEEP IS STALLING AT STOP LIGHTS, STOP SIGNS, OR AS I ACCELERATE TO LEAVE A STOP LIGHT OR STOP SIGN. I ALMOST GOT HIT BY A 18 WHEELER TRUCK 2 WEEKS AGO BECAUSE THE JEEP STALLED AND I COULD NOT MOVE OUT OF THE TRUCK'S WAY.

MY JEEP ALSO ACCELERATES, OR LOSES POWER. IT IS RATTLING SINCE 3 MONTHS AFTER I BOUGHT IT. IT HAS A PROBLEM WITH MASSIVE OIL CONSUMPTION AND I AM AFRAID I MAY HAVE A FIRE. I HAVE ALERTED RUSSELL WESTBROOK JEEP DEALERSHIP WHERE I BOUGHT IT 9/10/2017. THESE PROBLEMS HAVE GOTTEN WORSE SINCE 3/01/2019. *JS

**NHTSA ID Number:** 11203083
**Complaint Submitted** April 23, 2019
**Incident Date** May 16, 2018
**Consumer Location** MAYSVILLE, NC
**Vehicle Identification Number** N/A
**Summary of Complaint**
TL* THE CONTACT OWNS A 2017 JEEP RENEGADE. AFTER RECENTLY PURCHASING THE VEHICLE, THE CONTACT STATED THAT IT STALLED WITHOUT WARNING AND "LOW OIL PRESSURE" APPEARED ON THE INSTRUMENT PANEL. ALSO, THE ENGINE LEAKED OIL AND THE ACCELERATOR PEDAL SEIZED MORE THAN ONCE. THE VEHICLE WAS

TOWED TO NATIONAL DODGE OF JACKSONVILLE (2223 N MARINE BLVD, JACKSONVILLE, NC 28546, (910) 347-3777) WHERE IT WAS DIAGNOSED THAT OIL WAS NEEDED. THE VEHICLE WAS REPAIRED. THE DEALER INFORMED THE CONTACT TO COME BACK FOR AN OIL CONSUMPTION TEST AFTER FIVE HUNDRED MILES. WHEN THE CONTACT RETURNED, THERE WAS NO OIL IN THE VEHICLE. THE MANUFACTURER WAS MADE AWARE OF THE FAILURE AND A CASE WAS OPENED. THE VIN WAS UNKNOWN. THE FAILURE MILEAGE WAS 11,050.

**NHTSA ID Number:** 11209440
**Complaint Submitted** May 23, 2019
**Incident Date** May 22, 2019
**Consumer Location** FAIRFAX, VA
**Vehicle Identification Number** ZACCJBBB2HP****
**Summary of Complaint**
I PURCHASED MY 2017 JEEP RENEGADE BRAND NEW AT THE END OF JANUARY 2018. I WAS TOLD TO BRING MY CAR IN AT 5000 MILES FOR AN OIL CHANGE. RIGHT BEFORE MY OIL CHANGE WAS DUE, WHILE DRIVING IN A PARKING LOT, I MADE A TURN AND SAW A LOW ENGINE PRESSURE LIGHT AND THEN MY ENGINE TURNED OFF WHILE DRIVING. MY HUSBAND & I MET WITH THE JEEP DEALER AND THE SHOP MANAGER SAID THE ENGINE WAS JUST "BREAKING IN" AND USED UP THE OIL. THIS WASN'T SOMETHING WE HAD HEARD OF BEFORE. THEY DID AN OIL CONSUMPTION TEST AND AFTER ALL THAT WAS DONE, THEY SAID IT WAS FINE AND IT WOULDN'T HAPPEN AGAIN. I'VE TAKEN MY CAR IN LIKE CLOCK-WORK TO HAVE THE OIL CHANGED. THIS WEEK, WITH STILL 300 MILES TO GO UNTIL MY NEXT OIL CHANGE, MY LOW OIL PRESSURE LIGHT CAME ON AND MY CAR TURNED OFF WHILE DRIVING DOWN A HILL ON A BUSY MAIN ROAD. THE DEALERSHIP IS TELLING ME AGAIN "THIS CAR JUST USES OIL". THEY CONFIRMED I WAS 2.5 QUARTS LOW. WE HAVE 2 RENEGADES IN THE FAMILY, MY DAUGHTER'S 2015 RENEGADE THAT WE BOUGHT IN 2017 WITH ONLY 2500 MILES ON IT DOESN'T HAVE THIS PROBLEM. I AM NOW GETTING A SECOND OIL CONSUMPTION TEST RUN. THIS IS DANGEROUS AND SCARY. I SEE THERE WAS A RECALL ON 2017 JEEP RENEGADES FOR A CRACKED OIL PUMP ISSUE. MY CAR IS NOT INCLUDED IN THAT YET IT HAS THE SAME SYMPTOMS. I BOUGHT A BRAND NEW CAR SO THAT I WOULDN'T HAVE "USED CAR" ISSUES. THIS IS UNACCEPTABLE AND I'M

GETTING NERVOUS MY CAR WILL JUST TURN OFF AND I WILL BE IN AN ACCIDENT THE NEXT TIME AS I'VE BEEN LUCKY SO FAR.

**NHTSA ID Number:** 11209936
**Complaint Submitted** May 25, 2019
**Incident Date** May 14, 2019
**Consumer Location** Unknown
**Vehicle Identification Number** ZACCJBDB8HP****
**Summary of Complaint**
OIL CONSUMPTION ISSUES. CAR SHUTS OFF WHILE DRIVING WITHOUT ANY WARNING. THIS ALMOST CAUSED ME TO BE INVOLVED IN A CAR CRASH. THIS OCCURRED THREE TIMES WITHIN 24 HOURS WITH MY CAR. TOOK THE CAR TO JEEP SERVICE AND THE ATTENDANT STATED THAT THIS CAR "CONSUMES 1 QUART OF OIL EVERY 1,000 MILES" AND THAT I SHOULD CALL CORPORATE. WHEN I BROUGHT THE CAR TO JEEP IT WAS OUT OF OIL WITH NO WARNING OF A NEED FOR AN OIL CHANGE OR THAT I WAS LOW ON OIL.

WHEN I BOUGHT THIS CAR FROM THE DEALERSHIP I WAS NOT MADE AWARE THAT I WOULD NEED TO CHANGE THE OIL THIS OFTEN AND THAT THIS CAR "CONSUMES" THIS MUCH OIL REQUIRING CONSTANT SERVICE. IT IS ALSO NOT STATED IN THE OWNERS MANUAL.

THE ISSUE WITH THIS CAR COULD CAUSE A HORRIBLE COLLISION, AS WHILE THE CAR IS IN MOTION IT COMPLETELY TURNS OFF THE ENGINE. WHEN THIS HAPPENED TO ME I WAS IN THE MIDDLE OF A TURN AND WHEN I PRESSED THE GAS TO ACCELERATE THE CAR JUST ROLLED BECAUSE THE ENGINE WAS SHUT OFF AND I HAD NO POWER STEERING. AS THIS OCCURRED ANOTHER CAR WAS COMING, LUCKILY THEY HAD A STOP SIGN.

**NHTSA ID Number:** 11240908
**Complaint Submitted** July 31, 2019
**Incident Date** July 29, 2019
**Consumer Location** WEYMOUTH, MA
**Vehicle Identification Number** ZACCJBBB7HP****
**Summary of Complaint**
EXTREME OIL CONSUMPTION, WHICH CAN CAUSE THE OIL TO GO UNUSUALLY LOW, CAUSING STALLS AT SPEED.

AFTER SOME ONLINE RESEARCHING, THIS APPEARS TO BE A LARGER ISSUE THAT JEEP HAS NOT YET ACKNOWLEDGED. I HAD MY OIL CHANGED AT THE DEALERSHIP ON 4/20/19, AND I'VE GONE JUST ABOUT 3K MILES SINCE THEN. I STARTED STALLING WHILE DRIVING, AND CHECKED THE OIL, AND IT WAS PRETTY MUCH BONE DRY. 5.5 QUARTS OF OIL GONE IN 3 MONTHS/3K MILES (NOTE - THE JEEP RECOMMENDED INTERVAL IS: "BASED ON ENGINE OPERATION CONDITIONS, THE OIL CHANGE INDICATOR MESSAGE WILL ILLUMINATE IN THE INSTRUMENT CLUSTER", IN OTHER WORDS, THERE IS NO RECOMMENDED INTERVAL FOR NORMAL DRIVING, YOU ARE TO RELY ON THE OIL CHANGE INDICATOR LIGHT TO ALERT YOU. FOR "SEVERE DUTY", I.E.: THE VEHICLE IS OPERATED IN A DUSTY AND OFF ROAD ENVIRONMENT OR IS OPERATED PREDOMINATELY AT IDLE OR ONLY VERY LOW ENGINE RPM'S, JEEP RECOMMENDS OIL CHANGES AT 4K MILES.

THIS IS THE 2ND TIME I HAVE EXPERIENCED THIS ISSUE WITH THIS VEHICLE. THE FIRST TIME, AFTER SOME SCARY STALLS (AT SPEED, THE VEHICLE LOSES ALL POWER AND NEEDS TO BE RESTARTED, AND THE CHANGE OIL INDICATOR COMES ON), I BROUGHT IT IN FOR SERVICE, AND WAS TOLD THAT I JUST MUST'VE BURNED THROUGH A LOT. NOW I KNOW THAT IS NOT THE CASE. OTHER THAN BEING AN INCONVENIENCE (HAVING TO CONSTANTLY CHECK OIL ON A TWO YEAR OLD VEHICLE), THIS IS A SAFETY ISSUE. THE VEHICLE JUST STALLS OUT, DIES, AND THE INDICATOR LIGHT COMES ON. AT SPEED, THIS COULD BE DEADLY.

FROM RESEARCHING ONLINE, I FOUND THAT YOU NEED TO ASK FOR AN OIL CONSUMPTION TEST AT THE DEALERSHIP. MANY ARE GETTING ENGINES REPLACED AS A RESULT. I AM GOING TO SCHEDULE ANOTHER APPOINTMENT WITH THE DEALER AND SEE WHAT THEY CAN FIND.

**NHTSA ID Number:** 11255244
**Complaint Submitted September 13, 2019**
**Incident Date** September 8, 2018
**Consumer Location** CEDARVILLE, WV
**Vehicle Identification Number** ZACCJBCB0HP****
**Summary of Complaint**

TL* THE CONTACT OWNS A 2017 JEEP RENEGADE. WHILE DRIVING VARIOUS SPEEDS, THE VEHICLE STALLED, BUT WAS UNABLE TO RESTART. THE VEHICLE USED AN EXCESSIVE AMOUNT OF OIL (APPROXIMATELY FIVE TO SEVEN QUARTS PER MONTH). THERE WERE NO WARNING INDICATORS ILLUMINATED. THE VEHICLE WAS TAKEN TO ASTORG DODGE CHRYSLER JEEP (1501 7TH ST, PARKERSBURG, WV, (304) 485-8585) WHO STATED THAT THE VEHICLE WAS WORKING AS DESIGNED AND PERFORMED AN OIL CONSUMPTION TEST. THE VEHICLE WAS NOT DIAGNOSED OR REPAIRED. THE MANUFACTURER WAS CONTACTED AND REFERRED THE CONTACT TO NHTSA. THE FAILURE MILEAGE WAS 68,000.

**NHTSA ID Number:** 11266061
**Complaint Submitted** October 4, 2019
**Incident Date** May 1, 2019
**Consumer Location** RAVENNA, OH
**Vehicle Identification Number** ZACCJBBB1HP****
**Summary of Complaint**
TL* THE CONTACT LEASED A 2017 JEEP RENEGADE. WHILE DRIVING 20 MPH, THE VEHICLE STALLED WITHOUT WARNING. THE VEHICLE WAS ABLE TO RESTART AND WAS TAKEN TO KLABEN CHRYSLER JEEP DODGE RAM (1106 W MAIN ST, KENT, OH 44240, (330) 673-3139) WHERE IT WAS DIAGNOSED THAT AN OIL CONSUMPTION TEST WAS NEEDED. THE VEHICLE WAS NOT REPAIRED AND THE FAILURE RECURRED. THE MANUFACTURER WAS NOT CONTACTED. THE FAILURE MILEAGE WAS 18,400.
**NHTSA ID Number:** 11292394
**Complaint Submitted** January 1, 2020
**Incident Date** December 18, 2019
**Consumer Location** PLAINSBORO, NJ
**Vehicle Identification Number** ZACCJBBB8HP****
**Summary of Complaint**
ENGINE STALLED TWO TIMES ON DIFFERENT OCCASIONS WHILE DRIVING. THIS OCCURRED BOTH TIMES WHILE TURNING ON A CITY STREET AT AN INTERSECTION. VEHICLE BROUGHT TO DEALERSHIP SAME DAY OF SECOND OCCURRENCE. SERVICE DEPARTMENT FOUND NO OIL ON DIPSTICK. OIL CONSUMPTION TEST BEING PERFORMED AT THIS TIME.

**NHTSA ID Number:** 11301222
**Complaint Submitted** January 22, 2020
**Incident Date** January 22, 2020
**Consumer Location** MIDWAY, GA
**Vehicle Identification Number** ZACCJABB7HP****
**Summary of Complaint**
I WAS DRIVING MY JEEP RENEGADE AND IT JUST CUT OFF IN THE MIDDLE OF ME DRIVING FOR NO REASON, THE ONLY THING THAT IT SHOWED ON THE DASH WAS YOU MUST PUT YOUR CAR IN PARK TO SHIFT. THERE WERE NO WARNING LIGHTS OR ANYTHING. I TOOK IT TO THE JEEP DEALER THEY PLUGGED IT IN SAID THERE ARE NO CODES IT'S FINE. I LEFT WENT ACROSS THE STREET TO WORK. WHEN I LEFT I PULLED OUT INTO TRAFFIC AND IT CUTOFF. I GOT IT STARTED AFTER A FEW TRIES AND STARTED ON MY WAY TO THE DEALERSHIP. WHEN I WENT TO PULL IN IT CUTOFF AGAIN. SERVICE PLUGS IT IN, NO CODES, HE WANTED ME TO DRIVE IT HOME AND COME BACK IN THE MORNING. I'M LIKE IT CUTOFF TWICE IN TRAFFIC, YOUR KEEPING IT. HE CALLS THIS MORNING SAYS IT NEEDS A NEW MOTOR THERE WASN'T ANY OIL IN IT. THEN HE CALLS BACK LATER SAYS CHRYSLER SAYS I HAVE TO DO AN OIL CONSUMPTION TEST AND THAT THEY ARE DESIGNED TO CUTOFF IF THERE IS NO OIL PRESSURE. WHAT IF I WAS GOING 70 DOWN THE INTERSTATE AND IT CUTOFF. WHAT IF MY 16 YEAR OLD DAUGHTER WAS DRIVING IT AND IT CUTOFF. IN LOOKING UP PROBLEMS WITH THIS VEHICLE IT IS A KNOWN FACT AND HAPPENS ALL THE TIME. HOW CAN THEY SELL A VEHICLE THAT JUST SHUTS OFF WHEN IT FEELS LIKE IT WITH NO WARNING OR WARNING LIGHTS.

## 2018 Jeep Renegade

**NHTSA ID Number:** 11182075
**Complaint Submitted** February 23, 2019
**Incident Date** February 22, 2019
**Consumer Location** ORLANDO, KY
**Vehicle Identification Number** ZACCJBBB3JP****
**Summary of Complaint**
I WAS DRIVING TO WORK ON A RURAL AREA ROAD, GOING DOWNHILL AND WAS PRECEDING TO TURN RIGHT. I RECEIVE A WARNING THAT I HAD LOW OIL PRESSURE AND THE VEHICLE STALLED. I READ OTHERS HAVE EXPERIENCED THE VEHICLE TO SHUTDOWN COMPLETELY , BUT THIS DID NOT HAPPEN TO ME THIS TIME. WHEN YOU CHECK THE OIL

IT IS IN FACT LOW. THE ENGINES OIL CONSUMPTION IS RIDICULOUS. YOUR ENGINE MAY CONSUME OVER THREE QUARTERS OF THE REQUIRED OIL BETWEEN OIL CHANGES. MINE WAS BARELY TOUCHING THE DIP STICK AND THE VEHICLE HOLDS 5.5 QUARTS OF OIL. THE DEALERSHIP IS NOT HELPFUL AS THEY SAY IT IS A COMMON OCCURRENCE WITH THE ENGINE AND THEY WILL JUST DOCUMENT IT IF I HAVE TROUBLE LATER ON. THIS IS SOMETHING THAT SHOULD NOT BE HAPPENING TO ANY NEW VEHICLE AND IT'S NOT COMMON FOR A VEHICLE TO USE THREE QUARTERS OF THE REQUIRED OIL WITHIN AN OIL CHANGE. MY VEHICLE ONLY HAS 5,249 MILES ON IT AND THE FIRST OIL CHANGE. AS A CONSUMER WE SHOULD NOT BE EXPECTED TO KEEP CHECK OF THE OIL CONSUMPTION ON A VEHICLE THAT IS BRAND NEW.

**NHTSA ID Number:** 11186159
**Complaint Submitted** March 12, 2019
**Incident Date** March 9, 2019
**Consumer Location** WYLIE, TX
**Vehicle Identification Number** ZACCJABB9JP****
**Summary of Complaint**
I HAVE A 2018 JEEP RENEGADE THAT I FIRST HAD THIS PROBLEM WITH AT 5000 MILES. TOOK IT TO DEALERSHIP, THEY SAID THEY CHANGED OIL, AND THAT I HAD TO DRIVE IT FOR 1000 MILES, MIND YOU IT HAD BEEN STALLING IN TRAFFIC, IF DURING THE 1000 MILE TEST STALLING OCCURED TO BRING IT BACK TO SERVICE DEPT. IF NO STALLING OCCURED THEN I WAS GOOD. WELL AFTER 4000+ MILES IT HAPPENED AGAIN THIS TIME WHEN I WAS 300 MILES AWAY FROM HOME, AND IN VERY HEAVY TRAFFIC. STICKER DEALERSHIP PUT ON MY WINDOW WAS FOR OIL CHANGE AT 10087 MILES, I WAS AT 9600. HAD CAR TOWED BY ROADSIDE ASSISTANCE AND WAITED FOR MONDAY MORNING TO GO TO DEALERSHIP. FIRST DEALERSHIP LITERALLY SENT ME A TEXT TELLING ME I HAD TO PAY 135.00 DIAGNOSIS LABOR COST UP FRONT, WHILE MY CAR IS UNDER WARRANTY, I TOLD THEM NOT TO TOUCH THE CAR AND HAD IT TOWED TO ANOTHER DEALER. THEY ALSO GAVE ME A VERY HARD TIME, BUT FINALLY AFTER 5 HOURS TOLD ME IT AGAIN WAS "OIL CONSUMPTION" ISSUE, THAT THEY WOULD DO OIL CHANGE, AND THAT I AM TO TAKE IT IN TO DEALERSHIP AT 1000 MILES REGARDLESS OF ISSUE HAPPENING AGAIN. OH AND THEY TRIED CHARGING ME 78.25 FOR OIL CHANGE, WHICH WAS QUICKLY CHANGED TO 0 BY SERVICE MANAGER WHO

SAID I SHOULD NOT BE CHARGED ANYTHING SINCE MY CAR IS UNDER 10000 MILES. SO WHAT I AM SUPPOSED TO GO TO DEALERSHIP EVERY 1000 MILES??? I MISSED A DAY OF WORK CAUSE OF THIS.THIS IS COMPLETELY UNACCEPTABLE AND A HUGE SAFETY ISSUE.

**NHTSA ID Number:** 11205915
**Complaint Submitted** May 6, 2019
**Incident Date** April 24, 2019
**Consumer Location** SAN DIEGO, CA
**Vehicle Identification Number** ZACCJADBOJP****
**Summary of Complaint**
I BOUGHT A BRAND NEW 2018 JEEP RENEGADE. AT APPROXIMATELY 2,500 MILES THE CAR WOULD SHUT OFF ON ME WHILE DRIVING. NO WARNING LIGHTS CAME ON. IT SHUT OFF TWICE WHILE DRIVING STRAIGHT AND TWICE WHILE MAKING LEFT HAND TURNS. AFTER THE FIRST TIME IT SHUT OFF, IT DIDN'T HAVE THE PICKUP IT HAD BEFORE AND SEEMED TO SPUTTER. I TOOK IT TO A JEEP DEALERSHIP AND THEY SAID THAT I WAS OUT OF OIL. THEY TOPPED IT OFF AND SENT ME ON MY WAY.

AT 5,500 MILES MY CAR SHUT OFF ON ME AGAIN WHILE DRIVING. THIS WAS VERY SCARY. IT OCCURRED WHILE MAKING A LEFT HAND TURN AT A LARGE INTERSECTION. I THOUGHT I WAS GOING TO GET HIT. LOST ALL POWER STEERING AND CAR TOOK TIME TO RESTART. AGAIN, THE CAR SPUTTERED AFTER THAT AND TURNED OFF A COUPLE OF MORE TIMES BEFORE I COULD GET BACK TO DEALERSHIP.

MY CAR IS NOW IN FOR AN OIL CONSUMPTION TEST. I HAVE RESEARCHED THIS ISSUE AND SEE THAT THERE ARE MANY OTHER COMPLAINTS OF THE SAME ISSUE. A BRAND NEW CAR SHOULD NOT BE SHUTTING OFF WHILE DRIVING. THIS IS A SAFETY ISSUE. SOME WARNING LIGHT NEEDS TO IDENTIFY THERE IS A PROBLEM. CHECKING THE OIL EVERY 1,000 MILES IS UNACCEPTABLE FOR A NEW CAR.

THIS IS VERY DANGEROUS. WILL IT TAKE LIVES LOST FOR ACTION TO BE TAKEN?

**NHTSA ID Number:** 11222662
**Complaint Submitted** June 26, 2019
**Incident Date** November 19, 2018
**Consumer Location** BOHEMIA, NY
**Vehicle Identification Number** ZACCJBCBXJP****
**Summary of Complaint**
I HAD PURCHASED A BRAND NEW 2018 JEEP RENEGADE TRAILHAWK
AND BEFORE IT HAD EVEN REACHED THE APPROPRIATE MILEAGE TO
BRING THE VEHICLE IN FOR ITS FIRST STANDARD SERVICE, I HAD
DISCOVERED THE ENGINE WAS BURNING AN EXCESSIVE AMOUNT OF
OIL. THE VECHILE HAS STALLED ON ME BEFORE WHILE THE CAR WAS
IN MOTION AND WHILST DRIVING ON BUSY HIGHWAYS. I HAVE MADE
MULTIPLE COMPLAINTS WITH THE DEALERSHIP AND MADE
ATTEMPTS TO HAVE THE ISSUE CORRECTED (OIL CONSUMPTION TEST,
REPLACING THE PCV VALVE) AND YET THE ISSUE STILL EXISTS. JEEP
STAFF MEMBERS THROUGH THE DEALERSHIP ALONG WITH MEMBERS
FROM JEEP HEADQUARTERS KEEP ATTEMPTING TO INFORM ME "IT'S
NORMAL, JUST KEEP PUTTING OIL IN IT.." I AM NOT SATISFIED WITH
THIS RESPONSE. I DO NOT FEEL SAFE DRIVING THIS VEHICLE. IT IS NOT
ONLY HAZARDOUS TO MYSELF AS THE DRIVER, BUT ALSO THE PUBLIC
WHEN THE CAR DOES STALL.

**NHTSA ID Number:** 11233907
**Complaint Submitted** July 22, 2019
**Incident Date** July 21, 2019
**Consumer Location** GREER, SC
**Vehicle Identification Number** ZACCJABBXJP****
**Summary of Complaint**
PURCHASED VEHICLE IN MARCH, WENT TO HAVE FIRST OIL CHANGE
DONE AND THERE WAS A PROBLEM WITH THE OIL CONSUMPTION. THE
DEALERSHIP HAD ME COME IN EVERY 1000 MILES AND AFTER THE 3RD
TIME THE DEALERSHIP SAID THE PROBLEM WASN'T GETTING BETTER
AND THEY WOULD NEED TO REPLACE MY ENGINE. SO AT 3000 MILES I
HAD TO GET MY ENGINE REPLACEMENT. THE DAY I PICKED MY
VEHICLE UP FROM THE SERVICE SHOP WHILE DRIVING DOING 40 MPH
THE CAR SEIZED UP ON ME AND I HAD TO MAKE MY WAY TO SAFETY
AND RESTART THE VEHICLE. I INFORMED MY CASE MANAGER AND
WAS TOLD IF IT HAPPENED AGAIN TAKE IT INTO THE SHOP. MONTH
LATER ON MY WAY HOME WITH THE KIDS IN THE JEEP DOING 50 MPH
THE VEHICLE SEIZED UP AGAIN AND I HAD TO PULL OFF TO SAFETY

70

AND RESTART THE VEHICLE. I TOOK THE JEEP IN TO THE DEALERSHIP THAT SAME DAY. 4 DAYS LATER THE DEALERSHIP SAID THEY FIXED IT AND I COULD COME PICK IT. ON SUNDAY, JULY 21ST I WAS HEADING OUT OF TOWN ON THE HIGHWAY DOING 70 MPH AND THE VEHICLE SEIZED UP ON ME. WENT FROM 70 MPH TO 44 MPH WHICH ALMOST CAUSED AN ACCIDENT. THERE WAS 7 LANES OF TRAFFIC AND CONSTRUCTION GOING ON WHICH MADE IT HARD TO GET OFF TO THE SIDE. AFTER THAT IT TOOK ME 15 MINUTES TO GET BACK ON THE HWY AND WORK MY WAY ACROSS 7 LINES OF TRAFFIC. ONCE I MADE IT TO THE RIGHT LANE I HEARD A THUMP AND MY VEHICLE WOULD NOT EXCEL FASTER THAN 30 MPH. I FINALLY MADE IT OFF THE HWY AND WHILE SITTING AT THE LIGHT THE VEHICLE SEIZED UP AGAIN AND I HAD TO RESTART IT 3 TIMES TO MAKE IT THROUGH THE LIGHT.

**NHTSA ID Number:** 11240439
**Complaint Submitted** July 29, 2019
**Incident Date** May 31, 2019
**Consumer Location** WORCESTER, MA
**Vehicle Identification Number** ZACCJBBB7JP****
**Summary of Complaint**
BRAND NEW JEEP RENEGADE 2018 PURCHASED JAN. AFTER ONE APPROX. 2MOS. TECH IN CAR NOT WORKING AND THEN ENGINE LIGHT ON FOR A WEEK. BROUGHT TO HARR IN WORC. COULD NOT FIGURE OUT. REPORTED TO CUSTOMER CARE FOR A CASE NUMBER. RADIO THEN BLACKED OUT/THEN THE SAFETY ISSUE OCCURRED. THE CAR STALLED OUT IN ONCOMING TRAFFIC GOING APPROX. 40 TO 50 WITH MY KIDS IN CAR. SAME DAY CONTACTED JEEP CUST. CARE WHO WERE TO MAKE ME AND APPOINTMENT WITH RENTAL IN MILLBURY. NO RENTAL WAS EVER BOOKED. LOST WORK TIME. MILLBURY TOLD ME IT WAS A KNOWN OIL ISSUE AND WHEN LOW THE CAR WILL STALL TO PROTECT THE ENGINE NOT THE PASSENGERS. THEY TOLD US THERE IS NO RECALL DUE TO THE FACT THAT NOBODY HAS DIED OR BEEN HURT YET. N I PURCHASED THE VEHICLE FROM STATION JEEP/MANSFIELD, THE STICKER SAID DEC. 6TH/9000 MILES.

WHEN I LAST WENT TO THEM FOR THE OIL CONSUMPTION TEST, THEY PUT ANOTHER STICKER ON UNDER IT WITH SAME DATE DEC 6TH BUT AT 5000 MILES. I WAS TOLD BY THE GIRL AT THE SERVICE DESK AND LIONEL THAT I AM TO HAVE IT CHECKED NOW AFTER 500 MILES. THEY BOTH EXPLAINED THIS OIL ISSUE TO ME IN DETAIL STATING THAT

THE CAR BURNS FAST AND IS KNOWN TO STALL. THERE ARE MANY MANY SIMILAR COMPLAINTS ON LINE. NO WARNING SIGNS FOR OIL HAVE EVER COME ON MY DASHBOARD. I AM IN CONTACT WITH FIAT CHRYSLER IN MICHIGAN WHO HAVE NOT DONE A THING BUT TO OFFER WARRANTY AND A NUMBER IN CASE MY CAR STALLS AGAIN. I AM MOST RECENTLY HAVING A FEW OTHER TECH ISSUES...WHICH I WAS TOLD IS RELATED TO THE OIL BEING LOW. SOMETHING NEEDS TO BE DONE BEFORE WE ARE SERIOUSLY HURT OR WORSE.*DT

CONSUMER CONTACTED FIAT CHRYSLER.*JB

**NHTSA ID Number:** 11253290
**Complaint Submitted** September 4, 2019
**Incident Date** July 24, 2019
**Consumer Location** MARYSVILLE, WA
**Vehicle Identification Number** ZACCJBBB0JP****
**Summary of Complaint**
NEW JEEP RENEGADE, EXCESSIVE OIL CONSUMPTION ON 2.4L MULTIAIR ENGINE. THERE IS POTENTIAL FOR LOW OIL SENSORS TO SHUT DOWN ENGINE IN TRAFFIC, OR WORSE FOR ENGINE TO FREEZE UP. MY FIRST INCIDENT WAS AT 2800 MILES, 2500 SINCE OIL CHANGE. THE ENGINE WAS 3.5 QUARTS LOW. FEARING DAMAGE OR SHUT DOWN I TOPPED IT OFF AND TOOK IT TO THE DEALER. DEALER ONLY CHECKED THE DIPSTICK, AND SINCE I HAD JUST FILLED IT THEY DECLARED THEY DIDN'T SEE A PROBLEM. 2ND TIME WAS 700 MILES LATER (TOWN DRIVING), 1 QUART LOW, I MADE THE SAME MISTAKE OF TOPPING IT OFF, AND THE DEALER AGAIN SAID NO PROBLEM. 3RD TIME I DID NOT TOP OFF, AND THEY NOW ADMIT IT'S USING TOO MUCH OIL FINDING IT LOW BY 1.2 QUARTS IN 1500 MILES (HIGHWAY DRIVING). BUT THEY INDICATE THEY CAN'T ADDRESS THE ISSUE UNTIL 7500 MILES ARE ON THE CAR PER FCA (MANUFACTURER) GUIDELINES. IN ADDITION FCA SAYS THAT 1 QT PER 2000 MILES IS "NORMAL". I AM NOW AT 5300 MILES, SO IT REMAINS UNFIXED AND POTENTIALLY DANGEROUS TO DRIVE IF I OR MY WIFE FAIL TO ADD OIL EVERY 1000 MILES. MY TWO PROBLEMS ARE A) THE CAR ENGINE IS DEFECTIVE AND SHOULD BE REPLACED OR FIXED PROMPTLY AS THE WARRANTY WOULD INDICATE B) AS A PURCHASER OF A NEW CAR I SHOULD HAVE BEEN ADVISED IN EITHER THE WARRANTY BY OTHER SIGNATURE DOCUMENT THAT THE CAR WOULD POTENTIALLY USE 1 QUART EVERY 2000 MILES UNDER "NORMAL" USE. I ATTACH THE

JEEP SERVICE BULLETIN ON EXCESS OIL USE. I HAVE SERVICE
DOCUMENTS FROM MY DEALER TO SUBSTANTIATE MY REQUESTS
FOR RELIEF AND A FIX, WHICH I STILL WAIT FOR. THERE IS NO SINGLE
INCIDENT, THIS IS AN ON GOING PROBLEM THAT FCA IS NOT
ADDRESSING (SIMILAR TO THE TOYOTA 2AZ-FE ENGINE CLASS
ACTION SUIT). ASK ABOUT MY SPEED ON THIS FORM I HAVE SAID 50,
BUT IT VARIED FROM 20 TO 65MPH OVER A PERIOD OF TIME.

**NHTSA ID Number:** 11258026
**Complaint Submitted September 25, 2019**
**Incident Date** September 20, 2019
**Consumer Location** TRAINER, PA
**Vehicle Identification Number** ZACCJBAB2JP****
**Summary of Complaint**
MY JEEP RENEGADE HAS 16000 MILES ON IT. IT HAS BEEN IN THE SHOP
4 TO 5 TIMES FOR BURNING OIL. WHEN THE OIL GETS LOW THE ENGINE
SHUTS OFF WHILE I'M DRIVING. I WAS TOLD I NEED TO DO AN OIL
CONSUMPTION TEST AND IT MUST BURN A CERTAIN AMOUNT OF OIL
FOR IT TO QUALIFY FOR A NEW ENGINE. IT HAS SHUT OFF TWICE
WHILE MY 8 MONTH OLD TWINS WERE IN THE CAR. BOTH TIMES I WAS
ON A CITY ROAD. THE FIRST TIME I DID AN OIL CONSUMPTION TEST I
BROUGHT IT BACK AFTER ABOUT 1500 MILES AND THEY TOLD ME IT
WASN'T LOW. I STOPPED TAKING IT SINCE MY LAST OIL CHANGE AND
IN 3000 MILES IT BURNED ENOUGH OIL FOR IT TO SHUT OFF WHILE
DRIVING. I BROUGHT IT BACK TO THE DEALERSHIP AND THEY WANT
ME TO DO ANOTHER TEST EVEN THOUGH IT HAS A LONG HISTORY OF
BURNING OIL.

**NHTSA ID Number:** 11265440
**Complaint Submitted** October 1, 2019
**Incident Date** September 13, 2019
**Consumer Location** REMLAP, AL
**Vehicle Identification Number** ZACCJABB0JP****
**Summary of Complaint**
MY RENEGADE FIRST GAVE ME "ISSUES" BEFORE THE FIRST OIL
CHANGE DUE DATE. JUST 2 MONTHS AFTER PURCHASING THE
VEHICLE BRAND NEW, IT SHUT DOWN WHILE DRIVING BACK FROM
MY BEACH VACATION. I WAS DRIVING 70 MPH ON INTERSTATE 65 AND
IT JUST COMPLETELY SHUT OFF. I HAD TO COAST FROM THE FLOW OF
TRAFFIC ONTO THE SIDE OF THE INTERSTATE. MY 8 YEAR OLD SON

WAS ALSO WITH ME DURING THIS FIRST OF SEVERAL DANGEROUS ENCOUNTERS. IT TOOK ME ABOUT 6 OR 7 ATTEMPTS AT RESTARTING MY CAR AND GETTING BACK IN TRAFFIC BEFORE I FINALLY MADE IT SAFELY HOME THAT DAY. EACH OF THOSE ATTEMPTS FIRST RESULTED IN THE CAR SHUTTING OFF AND ME COASTING TO THE SIDE OF THE INTERSTATE TO AVOID AN ACCIDENT.

EVERY TIME MY CAR IS CLOSE TO AN OIL CHANGE, WITHIN ABOUT 300-500 MILES, IT EXPERIENCES THE ABOVE SCENARIO. IT HAS TAKEN SEVERAL MONTHS TO FINALLY FIND THE PATTERN AND REALIZE THE PROBLEM.

THE PROBLEM IS THAT THE ENGINE IS BURNING AN EXCESSIVE AMOUNT OF OIL, RUNNING THE CAR LOW ON OIL, AND THEN THE SAFETY FEATURE SHUTS OFF THE CAR COMPLETELY. THIS HAPPENS WITHOUT ANY TYPE OF WARNING; NO LIGHTS OR ANY TYPE OF SIGNAL. THIS SUMMER, I HAD TO COMPLETE AN OIL CONSUMPTION TEST ON MY VEHICLE. THIS CONSISTED OF ME DRIVING TO THE DEALERSHIP EVERY 1,000 MILES FOR THEM TO CHECK MY OIL, CHART HOW MUCH IT USED, AND FILL IT BACK UP WITH OIL. THE DISTANCE FROM MY HOUSE TO THE DEALERSHIP IS 35 MILES; QUICKEST ROUTE BEING A 46 MINUTE DRIVE. I HAD TO REPEAT THIS PROCESS 5 TOTAL TIMES. AT THE END OF THE 5,000 MILES I WAS TOLD BY MY SERVICE TECHNICIAN (ALLAN) THAT I MISSED THE CUT OFF FOR RECEIVING A NEW ENGINE BY ABOUT ½ QUART OF OIL. HE ALSO EXPRESSED THAT HIS PERSONAL OPINION MAY BE DIFFERENT, BUT THAT THE STANDARD/GUIDELINES WAS WHAT HE HAD TO GO BY FOR DIAGNOSING THE RESULTS.

**NHTSA ID Number:** 11288135
**Complaint Submitted** December 10, 2019
**Incident Date** December 5, 2018
**Consumer Location** DRUMS, PA
**Vehicle Identification Number** ZACCJBBBXJP****
**Summary of Complaint**
TL* THE CONTACT OWNS A 2018 JEEP RENEGADE. THE CONTACT STATED THAT THE OIL IN THE VEHICLE ONLY LASTED 200 MILES. WHILE DRIVING, THE VEHICLE SHOOK, LOST ELECTRICAL POWER, AND STALLED. THE CONTACT POWERED OFF THE ENGINE AND RESTARTED THE VEHICLE. WHEN THE VEHICLE WAS RESTARTED, A

GRINDING NOISE OCCURRED. IN ADDITION, THE INSTRUMENT PANEL INDICATED TO "STEP ON BRAKE, PRESS THE START BUTTON". THE CONTACT DID AS INSTRUCTED AND THE VEHICLE WAS ABLE TO DRIVE NORMALLY; HOWEVER, THE FAILURE RECURRED NUMEROUS TIMES. FURTHERMORE, WHEN THE VEHICLE WAS TURNED OFF, THE RADIO REMAINED ON INTERMITTENTLY. THE VEHICLE WAS TAKEN TO MOTOR WORLD CHRYSLER DODGE JEEP RAM (150 MOTORWORLD DR, WILKES-BARRE, PA 18702, (888) 459-2493) AND WAS INFORMED THAT AN OIL CHANGE AND OIL CONSUMPTION TEST WERE NEEDED. THE OIL WAS CHANGED. THE DEALER COULD NOT LOCATE A FAILURE WITH THE RADIO. THE MANUFACTURER WAS MADE AWARE OF THE FAILURES AND PROVIDED CASE NUMBER: 71429369. THE FAILURE MILEAGE WAS APPROXIMATELY 29,000.

**NHTSA ID Number:** 11288657
**Complaint Submitted** December 12, 2019
**Incident Date** December 11, 2019
**Consumer Location** ARLINGTON, VA
**Vehicle Identification Number** ZACCJBCB3JP****
**Summary of Complaint**
TWICE NOW CAR HAS JUST STALLED/SHUT OFF WITHOUT WARNING. ENGINE LIGHT AT THAT TIME SUDDENLY SHOWS "LOW ENGINE OIL PRESSURE". TAKEN TO DEALER TWICE AND OIL LEVEL LOW-->OIL CHANGE DONE AND PROBLEM RESOLVED FOR ~ 3K MILES. FIRST TIME HAPPENED AROUND 4-5K MILES AFTER OIL CHANGE, 2ND TIME HAPPENED AROUND 4K AFTER OIL CHANGE. OIL CONSUMPTION TEST AT 1K AFTER LAST OIL CHANGE SHOWS ENGINE IS BURNING AT LEAST 1/2 QUART OF OIL. DEALERSHIP STATES JEEP IS STATING THIS IS WITHIN NORMAL AND THAT I SHOULD GET OIL CHANGED/TOPPED OFF EVERY 3K MILES. THIS IS DANGEROUS AND UNACCEPTABLE THAT OIL CONSUMPTION IS SO HIGH THAT MY ENGINE RANDOMLY STALLS BECAUSE OF LOW ENGINE OIL.

**NHTSA ID Number:** 11300068
**Complaint Submitted** January 17, 2020
**Incident Date** January 10, 2020
**Consumer Location** Unknown
**Vehicle Identification Number** ZACCJABB3JP****
**Summary of Complaint**

TL* THE CONTACT OWNS A 2018 JEEP RENEGADE. THE CONTACT STATED THAT WHILE DRIVING 25 MPH, THE VEHICLE LOST MOTIVE POWER. AN UNKNOWN WARNING LIGHT WAS ILLUMINATED. THE VEHICLE WAS TOWED TO THE MIRACLE CHRYSLER DODGE JEEP DEALER (615-206-4869, LOCATED AT 1290 NASHVILLE PIKE, GALLATIN, TN 37066) WHERE IT WAS DIAGNOSED THAT THE VEHICLE WAS ALMOST OUT OF OIL. THE VEHICLE WAS KEPT AT THE DEALER'S FOR ABOUT A WEEK AND NO OTHER FAILURE WAS DIAGNOSED. THE TECHNICIAN PERFORMED AN OIL CONSUMPTION TEST. THE CONTACT WAS CONCERNED THAT THE ISSUE WAS NOT RESOLVED. THE MANUFACTURER WAS MADE AWARE OF THE FAILURE. THE FAILURE MILEAGE WAS APPROXIMATELY 34,000.

**NHTSA ID Number:** 11307623
**Complaint Submitted** February 7, 2020
**Incident Date** February 6, 2020
**Consumer Location** FREDERICKSBURG, VA
**Vehicle Identification Number** ZACCJBAB5JP****
**Summary of Complaint**
CAR POWERS OFF WHEN DRIVING. IT HAS HAPPENED 3 TIMES THIS WEEK. IT SHUTS OFF SO YOU CAN'T GIVE IT ANY GAS AND SAYS ON THE SCREEN "PLACE VEHICLE IN P AND HIT THE START BUTTON" THIS HAPPENED 3 TIMES THIS MORNING AND THE DEALER SAID IT MIGHT BE OIL CONSUMPTION AND I'M NOW DOING A TEST FOR THAT WHICH THEY SAID THEY MIGHT HAVE TO REPLACE THE ENGINE.

**NHTSA ID Number:** 11309987
**Complaint Submitted** February 18, 2020
**Incident Date** December 31, 2019
**Consumer Location** COLUMBUS, OH
**Vehicle Identification Number** ZACCJBABXJP****
**Summary of Complaint**
VEHICLE SHUT OFF TWICE WHILE IN MOTION WITH NO WARNING. CHANGED OIL AT 12000 MILES. AT 14,500 MILES THE VEHICLE FLASHED A LOW OIL PRESSURE SIGN AND SHUT OFF WHILE MOVING ON A 45MPH ROAD. IT THEN STRUGGLED TO RESTART. HAD THE VEHICLE TOWED TO THE DEALERSHIP WHERE THEY CONFIRMED THERE WAS NO OIL. I AM NOW DOING AN OIL CONSUMPTION TEST PER THE DEALERSHIP'S INSTRUCTIONS AND THE DEALERSHIP CONFIRMED ON THE 3RD TEST (16000 MILEAGE) AFTER 1500 MILES THAT THE VEHICLE

BURNED A QUART OF OIL SO FAR. WE ARE CONTINUING THE TESTS. THE VEHICLE DOES NOT WARN OF LOW OIL OR GIVE WARNING WHEN IT IS SHUTTING OFF. IT WILL COMPLETELY SHUT OFF WHILE IN MOTION, LEAVING THE DRIVER TO ATTEMPT TO COAST TO A SAFE AREA. THE DASH WILL THEN READ "PLACE GEAR IN P AND PRESS BUTTON TO TURN ON" THIS HAS OCCURRED TWICE - THE FIRST TIME THAT REQUIRED THE OIL CHANGE AT 12000 IN NOVEMBER 4, 2019 AND THE SECOND AT 14,500 ON DECEMBER 31, 2019. IN SUMMARY, THE VEHICLE BURNED THROUGH 5 QUARTS OF OIL IN A LITTLE OVER 2000 MILES AND SHUT OFF WITH NO WARNING, AND IS BEGINNING THE PROCESS AGAIN WHILE BEING MONITORED UNDER THE DEALERSHIP.

**NHTSA ID Number:** 11310083
**Complaint Submitted** February 19, 2020
**Incident Date** December 7, 2019
**Consumer Location** CHANDLER, AZ
**Vehicle Identification Number** ZACCJBBBXJP****
**Summary of Complaint**
TL* THE CONTACT OWNS A 2018 JEEP RENEGADE LATITUDE. THE CONTACT STATED WHILE HIS DAUGHTER WAS DRIVING AT APPROXIMATELY 35 MPH, THE LOW OIL PRESSURE WARNING LIGHT ILLUMINATED. THE VEHICLE WAS TAKEN TO AN INDEPENDENT MECHANIC TO BE INSPECTED. THE OIL WAS TOPPED OFF. AN UNKNOWN DEALER WAS THEN CONTACTED AND INFORMED OF THE FAILURE. THE CONTACT WAS INFORMED THAT DUE TO A RELATED OIL CONSUMPTION ISSUE WITH SIMILAR VEHICLES, A QUART OF OIL MAY BE NECESSARY TO BE ADDED AT 1,000 MILES INTERVAL. THE CONTACT WAS INFORMED THAT THE MANUFACTURER WAS WORKING TO REMEDY THE FAILURE. THE MANUFACTURER WAS CONTACTED AND INFORMED OF THE FAILURE. THE MANUFACTURER WAS ABLE TO CONFIRM THE INFORMATION PROVIDED BY THE DEALER. THE APPROXIMATE FAILURE MILEAGE WAS 4,500.

## 2019 Jeep Renegade

**NHTSA ID Number:** 11277341
**Complaint Submitted** October 31, 2019
**Incident Date** August 27, 2019
**Consumer Location** FREEHOLD, NJ
**Vehicle Identification Number** ZACNJBBB1KP****

**Summary of Complaint**
2019 JEEP RENEGADE LATITUDE PURCHASED BRAND NEW IN APRIL 2019.

BURING OIL ISSUES: (FIRST STARTED ON 8/27) - 4600 MILES IN. LOW PRESSURE LIGHT CAME ON. HAD TO ADD 3 QUARTS OF OIL SAE 0-20. DIDN'T CONTACT DEALER THOUGHT THEY JUST MISS CALCULATED THE QUARTS OF OIL AND ADDED IT MYSELF. (8/31) -4698 MILES IN. GOT THE FIRST OIL CHANGE (A FEW DAYS LATER AFTER I ADDED 3 QUARTS) JUST TO MAKE SURE THERE WAS A FULL 5.5 QUARTS STARTING FRESH). (10/22) -6980 MILES IN. (ONLY 2000+ MILES INTO NEW OIL CHANGE) NOW THE "OIL CHANGE REQUIRED" LIGHT IS ON, BEING LOW ON OIL. I HAVE A SERVICE DATE SCHEDULED WITH THE JEEP DEALER FOR 11/2/2019. I'M NOT TOPPING IT OFF THE OIL ON PURPOSE OUT SO THEY CAN DIAGNOSE THE PROBLEM THE WAY IT IS AND IT'S RECORDED. ALSO BEEN RESEARCHING ONLINE AND IT LOOKS LIKE I'M NOT THE ONLY ONE WITH THIS PROBLEM (THEIR ARE MAY). SEEMS THE 2.4L ENGINE IS BURNING THROUGH OIL (AVERAGING 1 QUART EVERY 1000 MILES). THIS IS DANGEROUS AND TOTALLY UNACCEPTABLE IN A BRAND NEW VEHICLE. CHRYSLER NEEDS TO STEP UP, TAKE RESPONSIBILITY AND FIX THE PROBLEM IMMEDIATELY BEFORE SOMEONE STALLS IN MID-DRIVE AND GETS KILLED. SOME PEOPLE EXPERIENCE NO WARNING LIGHTS AT ALL UNTIL IT'S HAPPENING. I'M SURE THE DEALER WILL COME UP WITH MANY EXCUSES ON 11/2 SO I'M BEING PRO-ACTIVE WITH REPORTING MY ISSUES. I'M JUST SURPRISED WITH ALL ON-GOING REPORTS AND COMPLAINTS I READ ONLINE THE 2.4L ENGINES EXCESSIVE OIL CONSUMPTION IS NOT ALREADY A MAJOR PRIORY RECALL FOR THE JEEP RENEGADE. SAFETY NEEDS TO COME FIRST!!

**2017 Jeep Compass**

**NHTSA ID Number:** 11195365
**Complaint Submitted** April 10, 2019
**Incident Date** March 8, 2019
**Consumer Location** NEWINGTON, CT
**Vehicle Identification Number** 3C4NJDAB1HT****
**Summary of Complaint**
MY DAUGHTER PURCHASED A BRAND NEW 2017 JEEP COMPASS FROM PAPAS DODGE IN NEW BRITAIN, CT. THE STOP/START FEATURE ON

THIS VEHICLE INTERMITTENTLY FAILS. WHEN THIS OCCURS THE VEHICLE IS IN MOTION AND THE ENGINE STALLS CAUSING LOSS OF STEERING AND BRAKES. THE DEALER APPARENTLY CAN NOT EMULATE THE PROBLEM BUT THEY DO NOT DRIVE IT ON A DAILY BASIS. MY DAUGHTER IS TERRIFIED TO DRIVE THIS CAR AND WAS ALMOST IN AN ACCIDENT AS A RESULT. ALSO, THIS VEHICLE HAS EXCESSIVE OIL CONSUMPTION. HAVE TO ADD 1 1/2 QUART BETWEEN OIL CHANGES.

**NHTSA ID Number:** 11265624
**Complaint Submitted** October 2, 2019
**Incident Date** August 19, 2019
**Consumer Location** CROWN POINT, IN
**Vehicle Identification Number** 3C4NJDAB4HT****
**Summary of Complaint**
TL* THE CONTACT OWNS A 2017 JEEP COMPASS. THE CONTACT STATED THAT THE VEHICLE BURNED EXCESSIVE OIL. THE VEHICLE WAS TAKEN TO JAMES CHRYSLER DODGE JEEP RAM (13007 WICKER AVE, CEDAR LAKE, IN 46303, (219) 267-1226) WHERE THE VEHICLE WAS TESTED FOR OIL CONSUMPTION EVERY 500 MILES. THE VEHICLE WAS NOT DIAGNOSED OR REPAIRED. THE MANUFACTURER WAS NOT MADE AWARE OF THE FAILURE. THE FAILURE MILEAGE WAS 21,008. *BF*JB

**NHTSA ID Number:** 11289341
**Complaint Submitted** December 16, 2019
**Incident Date** December 13, 2019
**Consumer Location** SALEM, IN
**Vehicle Identification Number** 3C4NJDDB8HT****
**Summary of Complaint**
ENGINE STALLS AT ANY SPEED DUE TO LOW OIL. 2.4 ENGINE HAS EXCESSIVE OIL CONSUMPTION TO THE DEGREE OF SHUTTING DOWN IN BETWEEN 5000 MILE OIL CHANGES. ENGINE HAS 30,000 MILES AND USES 3 QUARTS BETWEEN CHANGES "APPARENTLY". CHRYSLER SAYS 1 QUART PER 2000 MILES!!! ON A NEW VEHICLE, THIS IS TOTALLY UNACCEPTABLE!

**NHTSA ID Number:** 11301719
**Complaint Submitted** January 24, 2020
**Incident Date** November 7, 2017
**Consumer Location** CARLISLE, PA

**Vehicle Identification Number** 3C4NJDAB8HT****
**Summary of Complaint**
ENGINE HAS EXCESSIVE OIL CONSUMPTION WHICH CAUSES THE
VEHICLE TO JUST STALL OUT. RECOMMENDED 5000 OIL CHANGES BUT
DEALERS WILL SAY 3000 AND TO CHECK OIL EVERY 2 DAYS BECAUSE
IT MAY NEED 4-5 QTS BETWEEN OIL CHANGES. THIS STARTED WITHIN
5 MONTHS OF DRIVING IT OFF THE SHOWROOM FLOOR. DEALER AND
CHRYSLER CORP ARE AWARE OF ISSUES BUT NO FIX HAS BEEN
DISCOVERED NOT DO THEY CARE. MY DAUGHTER AND HER 2 BABIES
WERE ALMOST KILLED WHEN IT JUST STALLED EXITING A MAJOR
FREEWAY AND AN 18 WHEELER RIGHT BEHIND HER...CASE MANAGER
(3RD CASE SINCE 2017) AT FCA WAS "OH, SO SCARY". THIS IS A
SERIOUS, DEADLY ISSUE AND DEALERS OMIT THINGS FROM THE
SYSTEM, PERFORM THE CONSUMPTION TESTS IMPROPERLY OR DON'T
RECORD THEM AT ALL SO THEY WILL NOT HAVE TO DO WHAT'S
RIGHT.

THE VEHICLE WILL TOTALLY SHUT DOWN WHILE TURNING,
EMERGENCY BRAKE WILL APPLY AND IT TAKES A BIT TO GET IT
STARTED AGAIN. SOMETIMES LIGHTS ON DASH WILL ALL FLASH ON
OR SOMETIMES JUST THE OIL LIGHT (EVEN WITHIN 2 WEEKS OF AN OIL
CHANGE).

**NHTSA ID Number:** 11307060
**Complaint Submitted** February 4, 2020
**Incident Date** October 1, 2017
**Consumer Location** FERN PARK, FL
**Vehicle Identification Number** 3C4NJDDBXHT****
**Summary of Complaint**
I PURCHASED MY 2017 JEEP COMPASS TRAIL HAWK BRAND NEW, MY
PRODUCTION DATE IS APRIL 26, 2017. I HAVE HAD ENDLESS ISSUES W/
THIS VEHICLE, I HAVE OWNED OTHER JEEPS AND NEVER HAD THESE
ISSUES. IT STARTED W/ MY RADIO MAKING THIS CRAZY
INDESCRIBABLY LOUD SOUND ALONG W/ FREEZING THE SCREEN.
TURNING OFF THE RADIO WOULD NOT STOP THE SOUND, NOT EVEN
TURNING OFF THE ENTIRE VEHICLE WOULD STOP THE SOUND. SERV
DEPT COULD NEVER REPLICATE, I BROUGHT IT IN ONE TIME WHEN
RADIO WAS ON A NON-EXISTENT PHONE CALL AND ACTING UP. THEY
TOOK MY CAR AND TURNED IT OFF, NEXT DAY TOLD ME THEY
COULDN'T REPLICATE. I DEMANDED THAT THE GIRL WHO TOOK MY

CAR IN AND SAW WHAT WAS GOING ON SPEAK WITH THE TECH TO EXPLAIN WHAT SHE SAW. THEY AGREED TO ORDER ME A NEW RADIO. ADDITIONALLY I BEGAN HAVING ISSUES W/ JEEP THROWING ON RANDOM DASH INDICATOR LIGHTS AND NOT STARTING. TCM PIN WAS SPREADING AND CAUSING INDICATORS B BATTERY CONTROLLING STOP/START TESTED BAD. THEY REPLACED. I HAD ALREADY REPLACED MY A BATTERY A DAY OR SO BEFORE. DAMAGE WIRES FOUND AT FUSE BOX (THEY BLAMED ME) I HAVE MADE ZERO MODS TO CAR OR EVEN LIFTED THE HOOD MYSELF. BCM REPLACED. I HAD ISSUE W/ ENGINE CUTTING OFF WHILE DRIVING IN ROAD & PULLING EBRAKE BEFORE I'M DUE FOR OIL CHANGE. HAD OIL CONSUMPTION TEST DONE AND THEY SAY IT'S FINE, THIS IS BECAUSE CHRYSLER MAKES UP THE CONSUMPTION STANDARD. SO YOU WILL ALWAYS BE "FINE." THIS IT TO PREVENT YOU FROM GETTING TO COMPRESSION TEST. I GO IN MANY TIMES FOR THIS SAME ISSUE. EVENTUALLY, I DEMAND WITH FCA THAT THEY ALLOW COMPRESSION TEST AND REPLACE MY ENGINE WHEN THEY DISCOVER IT'S DUE TO OIL CONSUMP. TECH REPORTS OIL LOW, SPRK PLUG CYL 3 IS OIL FOULED, COMPRESS. TEST DONE AIR IS FELT FROM OIL FILL, BORE SCOPE OF CYL 3 WALLS ARE SCORED AND HAVE OIL ON THEM. FCA APPROVES NEW ENGINE FOR ME. AFTER NEW ENG. I DRIVE 13 MI ENG IS OVER HEATING. T-STAT CLAMP REPLACED. DO NOT GIVE UP & DOCUMENT WELL!

## 2018 Jeep Compass

**NHTSA ID Number:** 11118493
**Complaint Submitted** August 8, 2018
**Incident Date** August 2, 2018
**Consumer Location** CLINTON TOWNSHIP, MI
**Vehicle Identification Number** 3C4NJDCB7JT****
**Summary of Complaint**
TL* THE CONTACT OWNS A 2018 JEEP COMPASS. WHILE DRIVING 45 MPH, THE VEHICLE STALLED AND THE OIL PRESSURE LOW WARNING INDICATOR ILLUMINATED. THE VEHICLE WAS TAKEN TO MIKE RIEHL'S ROSEVILLE CHRYSLER DODGE JEEP RAM (25800 GRATIOT AVE, ROSEVILLE, MI 48066, 586-859-2500) WHERE IT WAS DIAGNOSED THAT THERE WAS EXCESSIVE OIL CONSUMPTION. THE VEHICLE WAS REPAIRED. THE MANUFACTURER WAS NOT NOTIFIED OF THE FAILURE. THE FAILURE MILEAGE WAS APPROXIMATELY 6,200.

**NHTSA ID Number:** 11160961
**Complaint Submitted** December 12, 2018
**Incident Date** November 27, 2018
**Consumer Location** MOORESVILLE, NC
**Vehicle Identification Number** 3C4NJDAB3JT****
**Summary of Complaint**
ON NOVEMBER 27, 2018, I WAS MAKING A LEFT TURN WITH ONCOMING
TRAFFIC AND THE VEHICLE STOPPED RUNNING MIDWAY THRU THE
TURN. I WAS ALMOST IN A CRASH. I GOT THE VEHICLE OFF THE ROAD
AND PUT THE VEHICLE IN PARK. I STARTED THE ENGINE. YOU COULD
NOT HEAR IT RUNNING BUT THE RPM GAUGE REGISTERD AROUN 5-500
RPM. I PUT THE CAR IN DRIVE AND IT BEGAN TO RUN. I CALL THE
DEALER IMMEDIATELY AND THE SOONEST I COULD GET TO THE
DEALER WAS THE 29TH. I DELIVERED THE CAR TO THE DEALER EARLY
ON THE 29TH. THE DEAL CALLED ME AROUND 5:30 PM THE SAME DAY
TO EXPLAIN THE CAR WAS LOW ON OIL AND THIS CAUSED THE CAR
TO SHUT OFF. THEY ASKED ME TO DO A OIL CONSUMPTION TEST. I
RETURNED THE CAR ON DECEMBER THE 7. I STARTED THE CAR THAT
MORNING AND IT SOUNDED LIKE THE CAR HAD NO OIL IT WHILE IT
WAS RUNNING. THE DEALER KEPT THE CAR FOR 10-15 MIN AND
RETURNED IT TO ME AND TOLD ME IT WAS FINE. THERE WAS NO
INDICATION THE OIL WAS LOW. SINCE THEN I SPOKE TO AJ AT THE
DEALER AND HE TOLD ME THE CAR WAS THREE QUARTS LOW ON OIL
WHEN I BROUGHT IT IN ON DECEMBER 27TH. I WAS TOLD THAT THIS
IS A SAFETY FEATURE FOR THE VEHICLE WHEN THE OIL GETS LOW. I
HAVE HAD ALL SERVICE DONE AT THE DEALER. I DO NOT TRUST THIS
VEHICLE. THIS IS GOING TO GET SOMEONE KILLED.

**NHTSA ID Number:** 11185722
**Complaint Submitted** March 11, 2019
**Incident Date** December 31, 2018
**Consumer Location** LA PUENTE, CA
**Vehicle Identification Number** 3C4NJDDB4JT****
**Summary of Complaint**
THE ENGINE SHUTS OFF WITH NO WARNING WHILE IN MOTION, WE
EXPERIENCED THIS 3 TIMES IN THE PAST FEW MONTHS. THE LAST
TIME IT HAPPENED WE ALMOST GOT REAR-ENDED BY A SEMI TRUCK
WHILE DRIVING ON THE STREET, LUCKILY THE DRIVER WAS ABLE TO
PULL AROUND US HONKING HIS HORN THE WHOLE WAY THROUGH.

I CALLED JEEP/ CHRYSLER CORPORATE TO EXPRESS THE SAFETY CONCERNS AND THEY ADVISED THAT "THE ENGINE WAS DESIGNED TO SHUT OFF WHEN THE OIL WAS LOW TO PROTECT ITSELF". I REPLIED THAT THE VALUE OF AN ENGINE DOES NOT COMPARE TO THE SAFETY OF MY FAMILY OR OTHER MOTORIST. THE DEALERSHIP TRACED THE ISSUE BACK TO THE OIL CONSUMPTION ON THE 4 CYLINDER ENGINES, THEY CLAIM THAT THROUGH THEIR OWN GUIDELINES IT IS OK FOR THE JEEP COMPASS TO BURN 1 QUART OF OIL EVERY 2,000 MILES (SEEMS HIGH). THE ENGINE BURNS THROUGH OIL AT AN ALARMING RATE AND IS DESIGNED TO SHUT OFF WHEN THE OIL IS LOW. THE 2018 JEEP COMPASS DOES NOT HAVE AN OIL PRESSURE GAUGE SO DRIVERS DO NOT HAVE A WARNING AS TO WHEN THE VEHICLE MAY POTENTIALLY SHUT-OFF. I COMPLAINED ABOUT THAT AS WELL AND THEIR RESPONSE WAS FOR ME TO CHECK AND ADD OIL EVERY TIME I PUMP GAS, SOMETHING YOU DON'T EXPECT TO DO ON A NEW VEHICLE. I WAS TOLD BY THE SERVICE MANAGER THAT THERE ARE A LOT OF COMPLAINTS ABOUT THE SAME ISSUE BUT HIS HANDS WERE TIED UNTIL CHRYSLER ISSUES A RECALL.

**NHTSA ID Number:** 11193610
**Complaint Submitted** April 3, 2019
**Incident Date** February 14, 2019
**Consumer Location** ABINGTON, MA
**Vehicle Identification Number** 3C4NJDBB4JT****
**Summary of Complaint**
TL* THE CONTACT OWNS A 2018 JEEP COMPASS. THE CONTACT STATED THAT THE VEHICLE EXPERIENCED EXCESSIVE ENGINE OIL CONSUMPTION, WHICH CAUSED THE VEHICLE TO STALL ON SEVERAL OCCASIONS. THE CONTACT STATED THAT THERE WERE NO WARNING INDICATORS ILLUMINATED WHEN THE OIL WAS LOW. BEST CHRYSLER DODGE JEEP RAM (520 COLONY PL, PLYMOUTH, MA 02360) STATED THAT THE CONTACT NEEDED TO CHANGE THE OIL EVERY THREE WEEKS. THE MANUFACTURER WAS NOTIFIED. THE VEHICLE WAS NOT REPAIRED. THE FAILURE MILEAGE WAS 10,000.

**NHTSA ID Number:** 11193959
**Incident Date** April 3, 2019
**Complaint Submitted** April 4, 2019
**Consumer Location** KEENE, NH

**Vehicle Identification Number** 3C4NJDDB5JT\*\*\*\*
**Summary of Complaint**
4800 MILES MADE MONTH FOLLOW UP OVER NEXT WEEK TRIED TO TURN OFF STOP/START FEATURE TO SEE WHAT HAPPENED FOR NEXT 6 MONTHS MPG. . I HAVE BEEN TOLD IT IS A COINCIDENCE NOT THE ISSUE BUT MY CAR STARTED SHUTTING OFF 2/3 INTO TURN, GOING UP A SLIGHT INCLINE, COUPLE TIMES SLOWING DOWN FOR TRAFFIC LIGHT, BUT NOT AT A STOP AND DIDN'T WANT TO RESTART. DAY OF CAR FOLLOW UP 3 TIMES TURNING RIGHT IT DIES AND LOW OIL PRESSURE FLICKED ON FOR ABOUT A SECOND. WAS TOLD NEEDED A NEW ENGINE THEN TODAY TOLD CHRYSLER ENGINEERS SAID NO ITS SOMETHING WITH NEW CAR AND SOLVENT CAUSING OIL ISSUE IT WAS TOO LOW BUT NOT LEAKING OUT/ I'M TOLD THEY WILL CHECK OIL CONSUMPTION EVERY 1000 MILES AND STAND BY PRODUCT, LOCAL DEALER SAID COME BACK AT 500 MILES. WHAT IF IT DIES IN HEAVY TRAFFIC OR ON HIGHWAY? TRADED AN OIL BURNING AUDI FOR JEEP IT CAN'T BE GOOD FOR THE ENGINE BUT NOW I'M FACED WITH NEW CAR AND WORRIED IT WILL DIE CAUSING ME TO END UP A STATISTIC. WHY DIDN'T LIGHT COME ON EARLIER AND WHY ONLY A SECOND TO WARN WHEN THE CAR WAS ALREADY SHUT DOWN WHEN IT WARNED ME? SOME RECALLS WERE MADE WHY ISN'T MINE OR OTHERS I'M READING ABOUT?

**NHTSA ID Number:** 11195047
**Complaint Submitted** April 9, 2019
**Incident Date** January 1, 2019
**Consumer Location** SAN LORENZO, CA
**Vehicle Identification Number** 3C4NJCAB5JT\*\*\*\*
**Summary of Complaint**
OIL CONSUMPTION LOW 2 QUARTS AT 3500 MILES CURRENTLY DOING OIL CONSUMPTION TEST REPLACING ONE QUART OF OIL EVERY 1000 MILES. CONCERN IS THE DEALER SAID AUTO SHUTOFF NO MATTER WHERE I'M AT IF OIL LEVEL DROPS TO LOW. SHOULDN'T HAVE TO WORRY ABOUT THIS WITH NEW VEHICLE. DRIVING GRANDCHILDREN TO SCHOOLS

**NHTSA ID Number:** 11205352
**Complaint Submitted** May 2, 2019
**Incident Date** April 1, 2019
**Consumer Location** Unknown

**Vehicle Identification Number** 3C4NJDBB9JT****
**Summary of Complaint**
TL* THE CONTACT OWNS A 2018 JEEP COMPASS. THE CONTACT
STATED THAT THE VEHICLE KEPT LOSING OIL AND MORE HAD TO BE
ADDED. ADDITIONALLY, WHILE DRIVING VARIOUS SPEEDS, THE
VEHICLE STALLED AND THE OIL PRESSURE WARNING INDICATOR
ILLUMINATED. THE CONTACT CALLED PELLEGRINO CHRYSLER JEEP
(241 GLASSBORO RD, WOODBURY HEIGHTS, NJ 08097, (856) 848-7474)
WHO STATED THAT THE VEHICLE WAS WORKING AS DESIGNED. THE
VEHICLE WAS NOT DIAGNOSED OR REPAIRED. THE MANUFACTURER
WAS CONTACTED AND PROVIDED CASE NUMBER: 58460594. THE
MANUFACTURER INFORMED THE CONTACT TO HAVE AN OIL
CONSUMPTION TEST. THE FAILURE MILEAGE WAS 5,235.*DT

CONSUMER STATED FIRST TIME CAR STALLED ONLY HAD ABOUT 2500
MILES. CONSUMER HAD TO SHUT THE CAR OFF AND ON. CAR HAS
STALLED TWICE. AT THE MOMENT CONSUMER HAS 5300 MILES AND
WILL BE GETTING FIRST OIL CHANGE.*JB

**NHTSA ID Number:** 11208219
**Complaint Submitted** May 17, 2019
**Incident Date** May 15, 2019
**Consumer Location** ELKINS PARK, PA
**Vehicle Identification Number** 3C4NJDDBXJT****
**Summary of Complaint**
THE ENGINE BURNS OIL AT AN EXTREMELY FAST RATE. EVERY 3,000
MILES THERE IS NO OIL LEFT IN THE CAR AND THE CAR WILL STALL
OUT WHILE DRIVING WITH NO WARNING. IT IS AN EXTREME SAFETY
HAZARD AND SOMEBODY IS GOING TO GET KILLED IF THIS HAPPENS
AT THE WRONG TIME. *DT

CONSUMER STATED OIL CONSUMPTION TEST WAS DONE BUT DEALER
TOLD CONSUMER IT WAS NORMAL TO STALL.*JB

**NHTSA ID Number:** 11209230
**Complaint Submitted** May 22, 2019
**Incident Date** May 13, 2019
**Consumer Location** AUBURN HILLS, MI
**Vehicle Identification Number** 3C4NJDBB7JT****
**Summary of Complaint**

85

DRIVING ON THE EXPRESSWAY AND THE VEHICLE JUST STALLED. ALMOST WAS INVOLVED IN AN ACCIDENT TRYING TO GET TO THE SIDE OF THE ROAD. AFTER SEVERAL MINUTES VEHICLE STARTED AGAIN. CALLED DEALERSHIP AND WAS ADVISED TO CHECK THE OIL AS THIS VEHICLE USES OIL. VEHICLE HAS 5612 MILES ON IT. OIL WAS ADDED AND THEN ADVISED I NEEDED TO BRING IN FOR OIL CONSUMPTION TEST. ONLY THING I WAS ADVISED WAS THAT MUST BRING IN VEHICLE FOR NEXT 2000 MILES THEN AGAIN 2000 MILES MORE. SO AT THIS TIME, I AM DRIVING A VEHICLE THAT STALLS AND NOT GIVEN A REASON AND IS A SAFETY ISSUE FOR MYSELF AND PASSENGERS. THIS IS A SAFETY ISSUE FOR MYSELF, AND ANY ONE ELSE THAT IS ON THE ROAD WITH ME WHEN VEHICLE JUST DECIDES TO STALL WITHOUT WARNING.

**NHTSA ID Number:** 11231624
**Incident Date** July 1, 2019
**Complaint Submitted** July 13, 2019
**Consumer Location** SHERWOOD, OR
**Vehicle Identification Number** 3C4NJDAB6JT****
**Summary of Complaint**
I WAS DRIVING MY VEHICLE ON A CITY STREET AT 45 MILES AN HOUR WHEN THE ENGINE TURNED OFF WITH NO WARNING. THE STEERING WHEEL LOCKED UP WHEN THE VEHICLE TURNED OFF AND COASTED THE PARKING BREAK ENGAGED AT 15 MILES AN HOUR FORCING ME TO HARD BREAK AND ALMOST GET REAR ENDED WITH CHILDREN IN THE VEHICLE. I HAD MY VEHICLE TOWED TO THE DEALERSHIP WHERE IT WAS PURCHASED. THEY TOLD ME IT WAS A SAFETY FEATURE FOR THE JEEP FOR THE ENGINE TO SHUT OFF WHEN THE OIL IS LOW. THE DEALERSHIP IS CLAIMING THAT IT'S WITH IN CHRYSLER'S SPECS THAT THIS ENGINE (2.4 MULTI-AIR 9 SPEED) CAN BURN 1 QUART OF OIL EVERY THOUSAND MILES. THIS JEEP ONLY HAS 3,043 MILE ON IT. IT IS A SERIOUS SAFETY ISSUE FOR ENGINES TO SHUT OFF WHILE THE VEHICLE IS IN MOTION. THIS NEEDS TO BE FIXED IT CAN CAUSE SERIOUS HARM AND POSSIBLE DEATH IN A COLLISION. BOTH OF THE JEEP DEALERSHIP AND CHRYSLER REFUSED TO REMEDY THE SITUATION. THEY ARE FORCING ME TO DRIVE THE VEHICLE FOR AN OIL CONSUMPTION TEST REGARDLESS OF THE SAFETY ISSUES. *DT

CONSUMER STATED THERE WAS NO WARNING LIGHTS AND NO CHIME BEFORE, DURING OR AFTER THE VEHICLE STOPPED RUNNING. THERE

WAS NO INDICATION WHATSOEVER THAT THE OIL WAS LOW. THE
VEHICLE HAD NOT HAD AN OIL CHANGE PRIOR TO THIS SITUATION
DUE TO THE MILAGE. THE DEALERSHIP STARTED AT OIL
CONSUMPTION TEST WHICH REQUIRED THEM TO CHANGE THE OIL.
DEALERSHIP IS ASKING CONSUMER TO BRING VEHICLE IN EVERY 500
FOUR TIMES BEFORE DETERMINING THE AMOUNT OIL THAT THE
VEHICLE IS BURNING.*JB

**NHTSA ID Number:** 11233834
**Complaint Submitted** July 22, 2019
**Incident Date** June 3, 2019
**Consumer Location** GLASSPORT, PA
**Vehicle Identification Number** 3C4NJDBB5JT****
**Summary of Complaint**
I WAS DRIVING TO WORK ONE MORNING AND MADE IT ABOUT 1 MILE
FROM HOME BEFORE MY CAR TURNED OFF AND THE EMERGENCY
BRAKE ENGAGED. I HAD OWNED MY VEHICLE FOR ABOUT 4 MONTHS
AT THIS POINT, AND THE ENGINE OIL PRESSURE LIGHT ENGAGED. I
HAD AROUND 3,000 MILES AT THIS POINT. I STARTED MY VEHICLE AND
MADE IT ANOTHER 1/2 MILE BEFORE THE CAR TURNED OFF AND
BRAKE ENGAGED AGAIN. STARTED THE CAR AND MADE IT THE 10
MILES THAT I HAVE TO DRIVE TO WORK. THE SAME THING HAPPENED
FOR THE NEXT 3 DAYS. LUCKILY I WAS NOT ON A HIGHWAY; THIS
COULD HAVE BEEN VERY DANGEROUS! AFTER THE 3RD DAY OF THIS
HAPPENING, I WENT ONLINE TO RESEARCH. APPARENTLY THE NEWER
JEEP ENGINE DRINKS OIL. AT THAT POINT, MY HUSBAND HAD TO ADD
3 QUARTS OF OIL! AFTER ONLY 3,000 MILES! I CALLED CHRYSLER THE
NEXT DAY AND THEY TOLD ME TO DO AN OIL CONSUMPTION TEST.
WHEN I TALKED TO THE SERVICE AREA AT THE JEEP DEALERSHIP
THEY TOLD ME THAT 95% OF THE VEHICLES ON THEIR LOT HAVE THIS
PARTICULAR ENGINE THAT DRINKS OIL. I ASKED IF THERE WAS GOING
TO BE A RECALL AND THEY SAID THEY HADN'T HEARD THAT. I ASKED
THE WOMAN WHO IS MANAGING MY CLAIM AT CHRYSLER IF THEY
CAN PUT THE OLD MOTOR IN MY VEHICLE, BUT SHE SAID I NEED TO
GO THROUGH THE CONSUMPTION TEST BEFORE DETERMINING ANY
SOLUTIONS. FROM WHAT I"VE BEEN READING, JEEP SEEMS TO BE
DOING NOTHING ABOUT THIS. OTHER JEEP COMPASS DRIVERS
DESCRIBE THEIR NEAR ACCIDENTS BECAUSE THEIR VEHICLE
STOPPED ON A HIGHWAY. I FEEL THAT THIS ISSUE CAUSES A HUGE
SAFETY RISK. NO ONE AT THE DEALERSHIP WHERE I BOUGHT MY

VEHICLE MENTIONED THIS ISSUE; I WOULD NOT HAVE PURCHASED THE VEHICLE IF I KNEW THAT IT LITERALLY SHUTS DOWN. I MENTIONED IT TO MY SALESMAN AND HE SAID HE WAS UNAWARE. I FOUND IT HARD TO BELIEVE THAT JEEP IS NOT RECOGNIZING THIS ISSUE. *DT

"PARTS OF THIS DOCUMENT HAVE BEEN REDACTED TO PROTECT PERSONALLY IDENTIFIABLE INFORMATION PURSUANT TO THE FREEDOM OF INFORMATION ACT (FOIA), 5 U.S.C. 552(B)(6)."*JB

**NHTSA ID Number:** 11240775
**Complaint Submitted** July 31, 2019
**Incident Date** July 30, 2019
**Consumer Location** OWINGS MILLS, MD
**Vehicle Identification Number** 3C4NJCAB1JT****
**Summary of Complaint**
TL* THE CONTACT OWNS A 2018 JEEP COMPASS. WHILE DRIVING APPROXIMATELY 40 MPH, THE VEHICLE STALLED WITHOUT WARNING. THE CONTACT WAS ABLE TO RESTART THE VEHICLE AND DROVE TO HERITAGE CHRYSLER DODGE JEEP RAM OWINGS MILLS (LOCATED AT 11212 REISTERSTOWN RD, OWINGS MILLS, MD 21117, (866) 771-8050) WHERE IT WAS DIAGNOSED THAT THE ENGINE OIL WAS LOW. THE VEHICLE WAS CURRENTLY BEING TESTED FOR OIL CONSUMPTION. THE VEHICLE WAS NOT REPAIRED. THE VEHICLE WAS NOT INCLUDED IN NHTSA CAMPAIGN NUMBER: 18V524000 (ELECTRICAL SYSTEM). THE MANUFACTURER WAS INFORMED OF THE FAILURE. THE APPROXIMATE FAILURE MILEAGE WAS 34,000.

**NHTSA ID Number:** 11244161
**Complaint Submitted** August 15, 2019
**Incident Date** August 12, 2019
**Consumer Location** CLARKSTON, MI
**Vehicle Identification Number** 3C4NJDCB2JT****
**Summary of Complaint**
JEEP COMPASS IS A SAFETY HAZARD DEATH TRAP; I CANNOT BELIEVE THERE IS NOT A RECALL ON IT! IT LITERALLY BURNS OIL DOWN TO NOTHING & WITH NO WARNING WHATSOEVER THE PARKING BRAKE ENGAGES, THE DASHBOARD LIGHTS UP AND IT JUST STOPS, WHILE DRIVING, ON THE ROAD, IN TRAFFIC! THIS HAS HAPPENED TO ME TWICE! I HAVE CHANGED THE OIL REGULARLY (ACTUALLY EARLY)

AND AFTER 3,000 MILES IT IS EMPTY?? ARE YOU SERIOUS? FIRST TIME
IT HAPPENED THE DEALER CONDUCTED AN "OIL CONSUMPTION"
TEST, WHAT A JOKE. OBVIOUSLY IT IS OVER-CONSUMING OIL
BECAUSE IT JUST SEIZED UP ON ME WHILE DRIVING & MAKING A
TURN IN FRONT OF OTHER CARS AND THE DIPSTICK WAS CLEAR, NOT
ONE DROP OF OIL LEFT! MADE SPECIAL TRIPS TO THE DEALER SO
THEY COULD TOP OFF THE OIL AFTER 1,500 MILES (THEIR SOLUTION
TO THIS KNOWN PROBLEM) AND IT HAPPENED A SECOND TIME AFTER
LESS THAN 3,000 MILES, AND ONCE AGAIN WHILE MAKING A TURN I
WAS ALMOST REAR ENDED BECAUSE THE JEEP STOPPED IN THE
MIDDLE OF THE ROAD!!! THE JEEP IS CURRENTLY AT THE DEALER
WHILE THEY "FIGURE OUT WHAT IS WRONG" AND HOW TO HANDLE
IT. I WILL TELL YOU HOW TO HANDLE IT, RECALL THEM BEFORE
SOMEONE DIES!!! IF I COULD DITCH JEEP/CHRYSLER RIGHT NOW I
WOULD, AND AS SOON AS MY LEASE IS UP, I WILL BE GOING BACK TO
GM CARS!

**NHTSA ID Number:** 11256272
**Complaint Submitted** September 17, 2019
**Incident Date** September 17, 2019
**Consumer Location** MONTESANO, WA
**Vehicle Identification Number** 3C4NJDAB5JT****
**Summary of Complaint**
I BOUGHT A NEW 2018 JEEP COMPASS IN FEBRUARY 2019. WITHIN A
COUPLE MONTHS MY OIL LIGHT CAME ON. I STOPPED AT A SERVICE
CENTER IMMEDIATELY AND WAS TOLD MY VEHICLE HAD BURNED
THROUGH ALL OF THE OIL. I IMMEDIATELY CONTACTED MY JEEP
DEALER AND STARTED A OIL CONSUMPTION TEST. IN THE TEST I
BURNED 1 QUART OF OIL IN 2024 MILES. I AM CONCERNED ABOUT THE
SAFETY OF THIS VEHICLE SHUTTING DOWN DUE TO LOW OIL OR
RUINING THE ENGINE.*DT *AS

**NHTSA ID Number:** 11256532
**Incident Date** March 26, 2019
**Complaint Submitted** September 18, 2019
**Consumer Location** FLORENCE, KY
**Vehicle Identification Number** 3C4NJDDBXJT****
**Summary of Complaint**
PURCHASED VEHICLE IN NOVEMBER 2018, WITHIN 3 MONTHS IT HAD
BURNED ALL OIL WITH ONLY 4K MILES USAGE. AFTER AN OIL

89

CHANGE, ALL OIL WAS BURNED AGAIN WITHIN 3 WEEKS. IN MAY
TOOK IT FOR ANOTHER OIL CHANGE, ONCE AGAIN DANGEROUSLY
LOW. WITHIN 2 MONTHS (8K MILES) RECEIVED MULTIPLE OIL
PRESSURE ALERTS AND CONTACTED DEALERSHIP TO START OIL
CONSUMPTION TESTS. DEALERSHIP JUST CHANGED OIL AND TOLD ME
TO COME BACK IN 1000 MILES. CURRENTLY ONLY 3 WEEKS LATER
AND CONTINUING TO RECEIVE NEW OIL PRESSURE ALERTS AND UPON
CHECKING OIL LEVELS, IT'S BURNED 3 QTS AND IS DANGEROUSLY
LOW AGAIN. DEALERSHIP REFUSES TO DO ANYTHING OTHER THAN
TOP OFF FLUIDS, WHILE USING MY FREE OIL CHANGES WITH MY JEEP
WAVE PROGRAM TO CHANGE OIL/ TOP OFF FLUIDS. CURRENT
MILEAGE 8863K .

**NHTSA ID Number:** 11256809
**Complaint Submitted** September 20, 2019
**Incident Date** September 5, 2019
**Consumer Location** BUFFALO, NY
**Vehicle Identification Number** 3C4NJDBB1JT****
**Summary of Complaint**
THE 2018 JEEP COMPASS ENGINES HAVE AN UNRESOLVABLE DEFECT
CAUSING THE OIL TO BURN AT AN ACCELERATED RATE. IT IS A
DANGEROUS SAFETY ISSUE FOR ANYONE DRIVING A 2018 JEEP
COMPASS. THE VEHICLE REQUIRES SYNTHETIC OIL WHICH WOULD
NORMALLY GIVE YOU 5,000 DRIVABLE MILES OR 5 MONTHS BEFORE
HAVING TO GET AN OIL CHANGE. AFTER ONLY 2,000 MILES, WHILE
DRIVING MY JEEP COMPASS, IT SHUT OFF WITHOUT ANY WARNING.
LUCKILY, THERE WAS NO TRAFFIC ON THE ROAD BECAUSE THE ONLY
THING I WAS ABLE TO DO WAS COAST TO THE SHOULDER AND BRAKE.
ONLY WHEN THE ENGINE SHUT DOWN DID A LOW OIL PRESSURE
LIGHT COME ON. I NEVER WOULD HAVE BOUGHT THIS VEHICLE IF I
KNEW THAT THE CAR WOULD SHUT DOWN WITH NO WARNING.
ABSOLUTELY ZERO WARNING...NO OIL WARNING LIGHT, NO
MESSAGE, NO SYMBOL, NOTHING. THIS HAPPENED AGAIN LAST WEEK,
JUST SHY OF 3 MONTHS AFTER MY LAST OIL CHANGE. I IMMEDIATELY
TOOK IT TO THE DEALERSHIP AND WAS TOLD THAT AFTER THEY
CHANGE THE OIL (AGAIN), I WILL HAVE TO DRIVE THE VEHICLE,
DESPITE THE SAFETY ISSUES, FOR ANOTHER 1,000 MILES SO THEY CAN
CONDUCT AN OIL CONSUMPTION TEST. AFTER THAT, THEY WILL NEED
TO DO A BORE TEST TO SEE IF THERE IS SCORING IN THE CYLINDERS.
I WAS TOLD THAT I WILL MOST LIKELY NEED A NEW ENGINE. I THEN

RESEARCHED THIS ISSUE AND WAS APPALLED AT THE SHEER
NUMBER OF PEOPLE THIS IS HAPPENING TO AND DESPITE THE
COMPLAINTS, CHRYSLER HAS NOT ISSUED A RECALL. IN FACT, THEY
ARE STILL SELLING THIS CAR TO PEOPLE EVEN WITH A SERIOUS
DESIGN FLAW. THERE SHOULD BE AN IMMEDIATE RECALL OF ALL
2018 JEEP COMPASSES BEFORE SOMEONE DIES, IF SOMEONE HASN'T
ALREADY. I DON'T WANT TO BE A STATISTIC. I AM LUCKY IN THAT
BOTH OF THE TIMES MY JEEP SHUT OFF, THERE WAS NO TRAFFIC
AROUND ME. I HAVE READ COMPLAINTS BY PEOPLE WHO WERE
DRIVING WITH THEIR CHILDREN ON HIGHWAYS WHEN THEIR CARS
JUST SHUT OFF. HOW TERRIFYING. THIS IS AN EXTREMELY
DANGEROUS SITUATION AND SHOULD BE ADDRESSED IMMEDIATELY
BY CHRYSLER.*DT

THE CONSUMER STATED THE ENGINE WAS REPLACED. *JS

**NHTSA ID Number:** 11267887
**Complaint Submitted** October 11, 2019
**Incident Date** January 30, 2019
**Consumer Location** CASEYVILLE, IL
**Vehicle Identification Number** 3C4NJCBBXJT****
**Summary of Complaint**
A FEW MONTHS AFTER OWNING THIS VEHICLE WITH LESS THAN 4,000
MILES ON IT JUST STOPPED WITHOUT ANY WARNING WHILE MY 16 YO
WAS DRIVING ON A BUSY CITY STREET. SHE WAS ABLE TO COAST TO
THE SIDE OF THE ROAD AND CALL US. WE DRIVE 40 MIN TO WHERE
SHE WAS AND THE CAR STARTED UP. I DROVE IT RIGHT TO THE
DEALER WHERE THEY SAID THEY COULDN'T FIND ANYTHING WRONG
WITH IT, BUT UPDATED A FEW COMPUTER THINGS. WITHIN A FEW
DAYS IT HAPPENED AGAIN TO MY DAUGHTER AS THIS IS HER CAR.
THE CAR JUST COMPLETELY SHUTS DOWN WITHOUT ANY WARNING.
HAD IT TOWED TO THE DEALER WHERE THEY TOLD ME THERE WAS
ALMOST NO OIL IN THE VEHICLE. I HAVE BEEN TAKING THE CAR IN
FOR OIL CONSUMPTION TESTING EVERY 1,000 MILES AND I KNOW
THAT BETWEEN THE 2,000-3,000 MILE POINT THE OIL IS BELOW THE
"SAFE ZONE". IN ONE YEAR WITH 10,000 MILES IN THIS CAR, I HAVE
MADE 6 TRIPS TO THE DEALER AND THEY HAVE HAD TO PUT
NUMEROUS QUARTS OF OIL IN THIS CAR. I HAVE NEVER HAD THIS
ISSUE IN ANY OTHER VEHICLE I HAVE OWNED. THIS IS A VERY
CONCERNING ISSUE FOR ANYONE DRIVING THESE VEHICLES AND

MAKES ME NERVOUS EVERY TIME MY DAUGHTER IS DRIVING THIS "NEW" CAR. I CAN NOT BELIEVE THESE CARS HAVE NOT BEEN RECALLED. THERE IS NO LOW OIL WARNING LIGHT. THIS CAR JUST STOPS WHILE DRIVING DOWN THE ROAD AND WILL CAUSE A SERIOUS ACCIDENT IF IT HASN'T ALREADY.

**NHTSA ID Number:** 11271577
**Complaint Submitted** October 28, 2019
**Incident Date** October 20, 2019
**Consumer Location** HILLSBOROUGH, NJ
**Vehicle Identification Number** 3C4NJDCB7JT****
**Summary of Complaint**
TOOK OWNERSHIP OF VEHICLE IN AUG 2018. AT 6000 MILES IT RANDOMLY STALLED. RETURNED CAR TO DEALERSHIP AND WAS INFORMED THERE WAS NO OIL SO THEY TOPPED OFF AND ASKED ME TO RETURN FOR AN OIL CONSUMPTION TEST IN 1000 MILES. UPON RETURNING IT WAS DETERMINED THAT THE ENGINE NEEDED TO BE REPLACED WHICH WAS AT 9000 MILES. AT 14000 MILES THE SAME ISSUE BEGINS TO HAPPEN AGAIN AND CAR STALLED SEVERAL TIMES, ONCE BACKING OUT OF DRIVEWAY, THE OTHER AT AN INTERSECTION. I HAD THE CAR TOWED TO DEALERSHIP AND WAS TOLD THERE IS NOTHING WRONG WITH VEHICLE. AWAITING RETURN AND REIMBURSEMENT FOR RENTAL VEHICLE AND ANY COMPENSATION FROM JEEP. *DT*DT*JB

**NHTSA ID Number:** 11278112
**Complaint Submitted** November 4, 2019
**Incident Date** October 31, 2019
**Consumer Location** HIGHLAND, NY
**Vehicle Identification Number** N/A
**Summary of Complaint**
TL* THE CONTACT OWNS A 2018 JEEP COMPASS. WHILE OPERATING THE VEHICLE AND ATTEMPTING TO TURN, THE OIL WARNING INDICATOR ILLUMINATED AND THE VEHICLE SHUT OFF. THE CONTACT STATED THAT THE FAILURE FIRST OCCURRED IN JULY OF 2019. THE VEHICLE WAS TAKEN TO DUTCHESS CHRYSLER JEEP (2285 SOUTH RD, POUGHKEEPSIE, NY 12601) WHERE OIL WAS ADDED. THE DEALER ADVISED THE CONTACT TO KEEP AN EYE ON THE OIL CONSUMPTION. THE VEHICLE WAS NOT REPAIRED. THE MANUFACTURER WAS NOTIFIED OF THE FAILURE. THE APPROXIMATE

FAILURE MILEAGE WAS 30,782. THE VIN WAS NOT AVAILABLE.*DT

CONSUMER HAS DECIDED TO TRADE THE CAR IN.*JB

**NHTSA ID Number:** 11279198
**Complaint Submitted** November 9, 2019
**Incident Date** November 9, 2019
**Consumer Location** SHELTON, CT
**Vehicle Identification Number** 3C4NJDCB6JT****
**Summary of Complaint**
I LEFT MY HOUSE AND DROVE ABOUT A MILE DOWN THE ROAD. I
STOPPED AT A STOP SIGN AND AS I WENT TO PROCEED ONTO AN
EXTREMELY BUSY ROAD MY 2018 JEEP COMPASS COMPLETELY SHUT
DOWN. IT WOULDNT MOVE AND TOLD ME TO SHIFT GEARS THEN
PRESS THE BRAKE AND START BOTTON. MULTIPLE ATTEMPTS WOULD
NOT RESTART THE CAR. IT TOOK BETWEEN 5-7 MINUTES TO FINALLY
START RUNNING, BUT GAVE NO INDICATION OF WHAT THE ISSUE
WAS. I WAS ABLE TO DRIVE A MILE TO MY DESTINATION WITHOUT
ANY ISSUE, BUT WAS MOMENTARILY IN FEAR FOR MY LIFE AS THE
ENGINE SHUT DOWN WITH NO NOTICE. UPON FURTHER
INVESTIGATION, I FOUND A WEBSITE CONTAINING OF HUNDREDS OF
RECENT COMPLAINTS DESCRIBING THE EXACT SAME SCENARIO.
JEEPS SOLUTION HAS BEEN THAT THE CARS ARE IN NEED OF OIL
CHANGES, BUT YET FOR MYSELF AND MANY OTHERS, NO OIL
WARNING LIGHT IS EVEN COMING ON. MY HUSBAND CHECKED MY
OIL AND THERE BASICALLY IS NONE. I CALLED THE DEALERSHIP
SERVICE CENTER WHO INFORMED ME THAT MANY PEOPLE HAVE
BEEN HAVING THIS ISSUE AND IT NEEDS AN OIL CHANGE. I FIND THIS
INCREDIBLY UNACCEPTABLE AND FEEL THAT JEEP IS IN OVER THEIR
HEADS WITH HOW TO RESOLVE THIS FAULTY SYSTEM THAT NOTHING
IS BEING DONE ABOUT IT AND WONT UNTIL FATALITIES ARE
UNFORTUNATELY REPORTED. I CONTACTED CHRYSLER WHO SAID IT
MAY NEED AN OIL CONSUMPTION TEST DONE, WHICH IS OBVIOUSLY
GOING TO REQUIRE ME TO DRIVE THE VEHICLE IN UNSAFE
CONDITIONS TO RUN A "TEST". I HAVE ALSO READ THAT THE ENGINE
WAS DESIGNED TO SHUT OFF WHEN OIL IS LOW AND CHRYSLER
CONFIRMED THAT. HOW DOES THIS PASS TESTING? THERE IS NO
WARNING LIGHT AT ALL AND CHANCES ARE THAT YOU WILL DIE OR
BE SERIOUSLY INJURED IF YOUR CAR JUST SHUTS OFF IN TRAFFIC. I
AM GENUINELY CONCERNED FOR MY LIFE AND THE LIVES AND

SAFETY OF OTHERS WHILE HAVING THESE FAULTY VEHICLES ON THE ROAD. THERE NEEDS TO BE A RECALL ASAP AND ENGINES NEED TO BE REPLACED WITH ONE THAT DONT BURN THROUGH FUEL LIKE THIS COMPASS WAS "DESIGNED" TO.

**NHTSA ID Number:** 11279790
**Complaint Submitted** November 13, 2019
**Incident Date** July 17, 2019
**Consumer Location** BONNEY LAKE, WA
**Vehicle Identification Number** 3C4NJCAB2JT****
**Summary of Complaint**
I BOUGHT MY 2018 JEEP COMPASS IN FEBRUARY 2019. IN JULY 2019 WHILE DRIVING THE CAR ON THE FREEWAY WITH MY 2 DAUGHTERS THE OIL LIGHT CAME ON AND THE CAR TURNED OFF IN THE MIDDLE OF TRAFFIC. THANK GOD I WAS IN TRAFFIC AND I WAS ABLE TO RESTART THE CAR. THE OIL LIGHT DID NOT COME BACK ON AND I WAS ABLE TO DRIVE THE CAR. A FEW DAYS LATER THIS HAPPENED AGAIN WHILE TAKING MY DAUGHTERS TO VISIT FAMILY ON THE ROAD. I WAS ABLE TO START THE CAR AGAIN. THE OIL LIGHT DID NOT COME BACK ON AGAIN. THE NEXT DAY I TOOK MY CAR TO LARSON DODGE AND JEEP DEALER IN PUYALLUP, WA. I TOLD THEM WHAT WAS HAPPENING AND I WAS TOLD THAT IT IS A KNOWN PROBLEM THAT THE JEEP COMPASS HAS A PROBLEM WITH OIL EVAPORATING AND THEY WOULD CHANGE THE OIL. THE SERVICE PERSON I TALKED TO SAID HIS WIFE ALSO HAS A JEEP COMPASS AND HE IS TRYING TO CONVINCE HIS WIFE TO TRADE IT IN BECAUSE TO THIS PROBLEM. I AM NOT SURE HOW OIL CAN JUST EVAPORATE. AT THE TIME OF THE OIL CHANGE I HAD DRIVEN ABOUT 3000 TO 3500 MILES SINCE I BOUGHT THE CAR. I HAVE HAD TO HAVE MY OIL CHANGED ONE OTHER TIME AROUND 3000 MILES AND WILL HAVE TO HAVE IT CHANGED AGAIN SOON. THE LAST TIME THE OIL WAS VERY LOW AGAIN AND IT GETTING LOW AGAIN. I HAVE TO CONTINUOUSLY CHECK MY OIL ON A WEEKLY BASIS ON AN ALMOST NEW CAR. DRIVING THIS CAR, THAT CAN JUST TURN OFF AT ANYTIME DUE TO A KNOWN OIL CONSUMPTION ISSUE WITH THE 2018 JEEP COMPASS NOT ONLY PUTS ME IN DANGER BUT IT PUTS MY CHILDREN IN DANGER EACH TIME THE CAR IS DRIVEN. I DO NOT HAVE ANOTHER MODE OF TRANSPORTATION.

**NHTSA ID Number:** 11280735
**Complaint Submitted** November 18, 2019
**Incident Date** November 16, 2019
**Consumer Location** NEWNAN, GA
**Vehicle Identification Number** 3C4NJCAB3JT****
**Summary of Complaint**
PURCHASED AT THE DEALERSHIP @ 5K..ENGINE STALLED @ 18K
MILES AS I WAS BACKING OUT OF MY DRIVEWAY.. CHECKED AND
THERE WAS NO OIL ON STICK.. HAD TO BUY OIL TWICE JUST TO TAKE
MY JEEP TO BE SERVICED AND HAVE AN "OIL CONSUMPTION TEST"
PERFORMED MULTIPLE TIMES, WAS TOLD EVERYTHING WAS FINE..
11K MILES LATER.."SERVICE ENGINE," "SERVICE TRANSMISSION,"
FLASHES ON DASH. NO OIL ON STICK WITHIN 400 MILES OF NEEDING
AN OIL CHANGE.. ENGINE WON'T TURNOVER/START. STRANDED WITH
<30K MILES & HAVEN'T HAD THE VEHICLE A YEAR.

**NHTSA ID Number:** 11282766
**Complaint Submitted** November 28, 2019
**Incident Date** November 1, 2019
**Consumer Location** PLYMOUTH, MA
**Vehicle Identification Number** 3C4NJDCB2JT****
**Summary of Complaint**
PURCHASED NEW COMPASS FROM BEST JEEP IN PLYMOUTH MA.
AFTER FIRST OIL CHANGE, JUST BEFORE SECOND 13,000 MILES
(STICKER SAYS TO GO EVERY 7,000 MILES) LOW OIL PRESSURE LIGHT
CAME ON, HAD TO GET OFF THE ROAD. TOOK 2 QUARTS OF OIL TO GET
TO SAFE ZONE, OIL DRIPPING WAS NOTICEABLE UNDER CAR AND I
BROUGHT BACK TO DEALER. GOT CAR BACK AND THEY NOTED NO
OIL LEAK FOUND AND SAW SPILLED OIL AT FILLER SPOT. I PUT OIL IN
THE CAR, THERE WAS NO OIL SPILLED AROUND THE FILLER. WHEN I
LOOKED, DEALERSHIP HAD TAKEN, WHAT SEEMED TO BE AN OILY
RAG, AND WIPED ALL AROUND THAT AREA. THEN TRIED TO BLAME
ME. GOT CAR HOME, OIL WAS STILL DRIPPING. CALLED, MADE
ANOTHER APPOINTMENT. THEY THEN WROTE ON THE WORK ORDER
"VERIFIED, SERVICE MANAGER DOCUMENTED OIL UNDER VEHICLE.
THEY PUT DIE IN OIL, CLEANED UP PRESENT OIL ON OUTSIDE OF
ENGINE. WENT BACK TO DEALER AFTER 300 MILES, OIL WAS DOWN
HALF A QUART, BUT DEALER SAID NO LEAKS FOUND. WAS TOLD THAT
THIS IS WITHIN THE NORMAL RANGE FOR A NEW ENGINE TO BURN UP
TO 1 QUART OF OIL PER 1000 MILES. THIS MEANS THE ENGINE IS

ALREADY SHOWING 1 QUART OF OIL APROX EVERY 600 MILES. NOW I
HAVE TO DO AN "OIL CONSUMPTION TEST" EVERY 1000 MILES. AFTER
READING WHAT CAN HAPPEN WHEN LOW OIL PRESSURE HAPPENS,
CAR SHUTTING DOWN AND LOCKING UP SO CANT BE DRIVEN, HAS
HAPPENED. ONCE AT A STOP LIGHT, THEN TRYING TO LEAVE A
PARKING SPOT. I THOUGHT IT WAS OPERATOR ERROR AND I MUST
HAVE DONE SOMETHING WRONG BECAUSE NO WARNING LIGHTS
CAME ON AND I WAS ABLE TO RESTART THE CAR AND CONTINUE. MY
FAULT FOR NOT FOLLOWING UP WITH DEALER, HOWEVER IF HAPPENS
AGAIN, CAR WILL BE JUST TOWED FROM SPOT. TO ME, THIS IS AN
ISSUE JEEP KNOWS ABOUT AND IS PUTTING PROFITS OVER LIVES. THE
COST OF A LIFE IF THE CAR SHUTS DOWN ON THE HIGHWAY OR
INTERSECTION WITH NO WARNING, IF FAR LESS THAN WHAT IT WILL
COST THEM TO STEP UP AND ACKNOWLEDGE AND CORRECT. I JUST
PRAY IT DOESN'T HAPPEN TO MY FAMILY.*DT*JB

**NHTSA ID Number:** 11287215
**Complaint Submitted** December 5, 2019
**Incident Date** December 5, 2019
**Consumer Location** ROSEVILLE, MI
**Vehicle Identification Number** 3C4NJDCB5JT****
**Summary of Complaint**
WELL - THIS ALL STARTED BACK IN APRIL OF 2019 - WHEN I TOOK MY
JEEP IN - IT WOULD STALL IN THE MIDDLE OF A TURN . AROUND 5000
MILES - NOW THIS IS A LEASE VEHICLE - SO I TOOK THE JEEP IN
EXPLAINED TO THE SERVICE MANAGER AT RAY LAETHEM WHAT THE
VEHICLE WAS DOING AND HE CHECKED THE OIL AND THERE WAS NO
OIL IN THE ENGINE - SO WE STARTED AN OIL CONSUMPTION TEST -
NOTHING AFTER THAT WAS RECORDED CORRECTLY - EVERY TIME I
TOOK THE JEEP BACK A THE 1000 MILES THE OIL WAS LOW AND THEY
WOULD SAY COME BACK EVERY 500 MILES - TIL THE 3RD TIME I TOOK
IT IN AND THE DEALERSHIP SAID THERE WAS NO OIL USED - AND IT
WAS A QUART LOW - I DID CHECK IT BEFORE I TOOK IT IN - IT WAS
LOW A QUART LOW -ALSO TOOK TO A DIFFERENT DEALERSHIP
NORTHLAND JEEP , CHRYSLER . THEY ALSO STATED THIS IS NORMAL
FOR THE ENGINE THAT IS IN MY JEEP. SO I TOOK THE JEEP BACK AGAIN
TO NORTHLAND - REQUESTED TO SPEAK TO THE SERVICE MANAGER -
WAS TOLD HE IS NOT IN - SO THAT THEY COULD CHECK THE OIL FOR
THE OIL CONSUMPTION TEST. THE SERVICE GUY STATED WE DON'T
DO THAT . WE PUT THAT YOU REQUEST AN OIL CONSUMPTION TEST

96

THEY DID THE OIL CHANGE - SO AGAIN NOTHING RECORDED CORRECTLY - MY JEEP USES OIL ( "ITS NORMAL) , IT USES A QUART OF OIL EVERY 1000 MILES .THE CASE IS CLOSED - PROBLEM NOT FIXED

**NHTSA ID Number:** 11288631
**Complaint Submitted** December 12, 2019
**Incident Date** October 1, 2019
**Consumer Location** BEL AIR, MD
**Vehicle Identification Number** 3C4NJDBB7JT****
**Summary of Complaint**
BURNING EXCESSIVE OIL. HAD TO GET NEW MOTOR. SECOND MOTOR IS BURNING OIL. GOING THROUGH SECOND OIL CONSUMPTION TEST. 2018 JEEP COMPASS WITH 11,500 MILES. STILL UNDER WARRANTY. VEHICLE CAN STOP WITHOUT WARNING, ANYWHERE AT ANY TIME.

**NHTSA ID Number:** 11291788
**Complaint Submitted** December 28, 2019
**Incident Date** September 12, 2019
**Consumer Location** PUTNAM VALLEY, NY
**Vehicle Identification Number** 3C4NJDBB3JT****
**Summary of Complaint**
ON THREE DIFFERENT OCCASIONS MY ENGINE HAS SHUT OFF AND GONE INTO A 'LIMP MODE' WHILE I AM DRIVING WITHOUT ANY WARNING OR INDICATOR LIGHT ACTIVATION. THIS HAS OCCURRED WHILE DRIVING AT HIGH SPEEDS AND HAS NEARLY RESULTED IN MORE THAN ONE MULTI-VEHICLE ACCIDENTS. THE PARKING BRAKE ENGAGES AND I AM UNABLE TO RESTART THE VEHICLE FOR SEVERAL MINUTES THEREAFTER. I WAS NEARLY REAR ENDED ON BOTH OCCASIONS AND HAD NO IDES WHAT WAS WRONG. COME TO FIND OUT, THERE WAS MINIMAL OIL IN THE ENGINE DESPITE BEING DEALER MAINTAINED IN A TIMELY FASHION AND WELL BEFORE THE NEXT OIL CHANGE WAS DUE. I IMMEDIATELY TOOK MY 2018 JEEP COMPASS IN FOR SERVICING WHERE THEY EXPLAINED THEY HAVE BEEN SEEING THIS ISSUE IN THIS PARTICULAR MODEL WITH THE 2.4 LITER MULTI-AIR 4 CYLINDER ENGINE. THE PCV VALVE WAS REPLACED AND THEY STARTED TO MONITOR OIL USAGE VIA AN OIL CONSUMPTION TEST EVERY 500 MILES. UNFORTUNATELY THE PCV VALVE REPLACEMENT DID NOT PROVE TO BE THE FIX AS THE ENGINE MALFUNCTIONED ONCE AGAIN SOMETIME AROUND 2500 MILES INTO THE OIL CHANGE. I AM EXTREMELY CONCERNED FOR MY SAFETY

AND RELY ON THIS VEHICLE TO GET ME TO WORK AS I AM A HEALTHCARE PROFESSIONAL. I AM SHOCKED THAT A RECALL HAS NOT BEEN ISSUED AFTER READING ONLINE JUST HOW MANY CASES HAVE BEEN REPORTED WITH THE SAME MAKE/MODEL ENGINE. I AM LUCKY THAT I WAS NOT SERIOUSLY INJURED AND IT IS JUST A MATTER OF TIME BEFORE SOMEONE IS, IF ACTION IS NOT TAKEN. I WAS MERGING ONTO A 4 LANE HIGHWAY DURING RUSH HOUR TRAFFIC WITH NO SHOULDER THE FIRST TIME THIS OCCURRED. TRAFFIC WAS MOVING AT 65 MILES PER HOUR. IT WAS ABSOLUTELY FRIGHTENING. THIS IS UNACCEPTABLE AND IS A DETRIMENT TO HIGHWAY AND PERSONAL SAFETY. MY SALES ASSOCIATE AT THE DEALERSHIP IS ALSO ALARMED AT JUST HOW MANY 2018 JEEP COMPASS' WITH THE 2.4 LITER ENGINE ARE HAVING THIS UNEQUIVOCAL HAZARDOUS ISSUE. SOMETHING MUST BE DONE ASAP.

**NHTSA ID Number**: 11299976
**Complaint Submitted** January 16, 2020
**Incident Date** January 16, 2020
**Consumer Location** BADEN, PA
**Vehicle Identification** Number 3C4NJDDB5JT****
**Summary of Complaint**
MY CAR IS NOT EVEN 2 YEARS OLD AND IT HAS COMPLETELY SHUT DOWN TWICE WHILE DRIVING. VERY QUICKLY A "LOW OIL PRESSURE WARNING" SIGN WILL FLASH ON THE DASHBOARD, AND SOON AFTER THE CAR BECOMES LIMP AND COMPLETELY SHUTS DOWN. IT WILL NOT MOVE AND DOESN'T ALLOW FURTHER DRIVING. THE DEALERSHIP FOUND MY OIL IS LOW, EVEN THOUGH I HAVEN'T EVEN HIT 2500 MILES SINCE MY LAST OIL CHANGE. THEY ARE HAVING ME COME BACK AFTER 500 MILES TO MONITOR OIL CONSUMPTION AND INVESTIGATE FURTHER. THIS IS EXTREMELY FRUSTRATING AND DANGEROUS, AS IT HAS SHUT OFF WHEN I'M ON MAIN ROADS WITH CARS ALL AROUND ME. I'M VERY DISAPPOINTED, AS I HAVE NEVER HAD ANY ISSUES WITH PREVIOUS JEEPS I'VE OWNED.

**NHTSA ID Number:** 11300260
**Complaint Submitted** January 19, 2020
**Incident Date** November 21, 2018
**Consumer Location** RED OAK, TX
**Vehicle Identification Number** 3C4NJCAB8JT****
**Summary of Complaint**

5/2018, WE BOUGHT A 2018 JEEP COMPASS SPORT WITH EXTENDED WARRANTY AND GAP INSURANCE. WE WERE DILIGENT ON GETTING OIL CHANGED PER RECOMMENDATIONS. 8/2018, PULLING OUT IN INTERSECTION, VEHICLE DIED, SPONTANEOUSLY ENGAGED THE EMERGENCY BRAKE. THIS HAPPEND A FEW MORE TIMES WE TOOK IN FOR SERVICE. 11/2018, (WELL WITHIN THE LEMON LAW GUIDELINES)WE TOOK TO THE WAXAHACHIE. THEY INSPECTED IT/CHANGED OIL, THEY TOLD US IT WAS LOW ON OIL, THAT THE DYING OF THE CAR WAS A SAFETY MECHANISM AND WE JUST NEEDED TO CHANGE THE OIL MORE OFTEN. KEEP IN MIND, THE OIL HAD BEEN CHANGED PER VEHICLE RECOMMENDATIONS. WE BEGAN CHANGING THE OIL EVERY 3000 MILES. THE VEHICLE STILL DIED MULTIPLE TIMES OVER NEXT SEVERAL MONTHS, GOING DOWN THE TOLLWAY, PULLING OUT ON THE SERVICE ROAD TO GET ON THE HIGHWAY, MIDDLE OF BUSY INTERSECTIONS WITH CHILDREN IN VEHICLE. 10/1/2019, FRUSTRATED/CONCERNED ABOUT SAFETY, TOOK THE VEHICLE BACK IN FOR SERVICE. AT THIS TIME IT HAD ONLY BEEN 2000 MILES SINCE THE WAS OIL CHANGED, WAS LOW ON OIL. THIS IS WHEN WE WERE TOLD THAT CHRYSLER IS AWARE OF THIS ISSUE AND WE NEVER GOT A RECALL. HAD US BRING THE VEHICLE BACK IN EVERY 1000 MILES FOR OIL CONSUMPTION TEST. 10/15/2019, 2 QTS LOW AFTER 1000 MILES. THEY ORDERED NEW ENGINE. THEY WERE BACKED UP SO ON11/12/19 THEY CALLED TO BRING CAR IN FOR NEW ENGINE 11/22, WE PICKED UP CAR, DROVE APPROXIMATELY 10 MILES, OVERHEATED. WE RETURNED TO SERVICE DEPARTMENT. THEY KEPT IT/WE PICKED UP 11/26, DROVE TWO MILES/DIED GOING DOWN SERVICE ROAD. WE TOOK BACK. 12/2, PICKED UP/ WARNING LIGHT CAME ON DURING TEST DRIVE. LEFT THERE. PICKED UP 12/4/19. 1/4/20,VEHICLE OVERHEATED WHILE DRIVING. TOOK TO WAXAHACHIE.10 DAYS LATER, THEY SAID NEEDS NEW ENGINE. 3RD ENGINE/LESS THAN 2 YEAR OLD CAR. GOAL IS GET THEM TO BUY BACK FOR WHAT WE OWE, REFUND DOWN PAYMENT, TRADE IN, REMAINDER OF WARRANTY/GAP INSURANCE. NEVER RECEIVED ANY RECALL ON THIS VEHICLE!

**NHTSA ID Number:** 11307779
**Complaint Submitted** February 7, 2020
**Incident Date** March 27, 2019
**Consumer Location** MILTON, FL
**Vehicle Identification Number** 3C4NJCBB3JT****
**Summary of Complaint**

TL* THE CONTACT CALLED ON BEHALF OF HER MOTHER WHO OWNS A 2018 JEEP COMPASS. WHILE DRIVING 35 MPH, THE VEHICLE STALLED AS AN UNKNOWN WARNING LIGHT WAS DISPLAYED ON SEVERAL OCCASIONS. THIS WOULD OCCUR WHEN 2 QUARTS OF OIL HAD BEEN USED. THE CONTACT TOOK THE VEHICLE TO AN INDEPENDENT MECHANIC HOWEVER THE VEHICLE WAS DIAGNOSED STATED BATTERY WAS IN CHARGE MODE BUT IT WAS NOT FIXED. THE CONTACT WAS CONCERNED OF AN EXCESSIVE OIL CONSUMPTION. THE MANUFACTURER AND DEALER WERE NOTIFIED OF THE FAILURE. THE FAILURE MILEAGE WAS 1,700.*DT*JB *DT

CONSUMER STATED START/STOP READY MODE DOES NOT WORK.*JB*DT*JB

**NHTSA ID Number:** 11316728
**Complaint Submitted** March
**Incident Date** February 20, 2020
**Consumer Location** WESTERLY, RI
**Vehicle Identification Number** 3C4NJDAB4JT****
**Summary of Complaint**
AT THE END OF FEBRUARY 2020 MY 2018 JEEP COMPASS ENGINE WOULD SEIZE, WHILE I WAS DRIVING. IT WOULD SHUT OFF, AND AUTOMATICALLY PUT ON THE PARKING BRAKE. I WOULD NO LONGER BE ABLE TO ACCELERATE, I'D LOSE POWER STEERING, AND THEN IT WOULD STRUGGLE TO RESTART. THIS OBVIOUSLY PUT ME AT HIGH RISK FOR CAUSING AN ACCIDENT OR BEING INVOLVED IN A COLLISION. BEFORE THE ENGINE SHUT DOWN, I WOULD SEE "CANNOT SHIFT WHILE VEHICLE IS IN DRIVE" ON MY DASHBOARD SCREEN. I HAD IT TOWED TO DEALERSHIP, AS I WAS RIGHTLY TERRIFIED TO DRIVE IT, AND THEY SAID IT WAS A LOOSE ELECTRICAL SHIFTING WIRE. THEY STATED THAT THEY SECURED IT AND THAT IT SHOULD BE FINE. IT HAPPENED AGAIN TWO DAYS LATER, THIS TIME WITH NO DASHBOARD SCREEN INDICATION, ONLY THE D ON MY GEAR STICK FLASHED, AND I BROUGHT IT BACK. UPON INSPECTION THE DEALERSHIP SAID THAT I WAS OUT OF OIL AND THIS WAS TRIGGERING THE ENGINE SHUT OFF. I WAS 800 MILES OVER FOR AN OIL CHANGE (THAT I HAD SCHEDULED BUT WAS UNABLE TO DRIVE TO BECAUSE OF THE CAR MALFUNCTIONING) HOWEVER MY CAR HAD GIVEN ME NO INDICATION WHATSOEVER THAT IT NEEDED OIL. I NOW MUST GO BACK TO THE DEALER IN 1000 MILES FOR AN OIL

CONSUMPTION TEST. DEALERSHIP PREDICTS I MAY POSSIBLY NEED A NEW ENGINE. MY CAR ALSO JERKS WHEN I SWITCH GEARS AND AT TIMES IT STRUGGLES TO START. EVEN IF THE ENGINE IS REPLACED THERE IS NO GUARANTEE THAT THE CAR ENGINE WON'T SEIZE AGAIN IF IT IS LOW ON OIL, OR THINKS IT IS, AND I SHOULDN'T HAVE TO MANUALLY CHECK THE OIL OF A 2018 VEHICLE THAT I PURCHASED WITH THE EXPECTATION THAT IT WAS SAFE AND RELIABLE. REALLY DISAPPOINTED WITH CHRYSLER. I'VE OWNED JEEPS IN THE PAST THAT WERE GREAT AND LASTED FOREVER. THIS IS REALLY SOMETHING THAT CHRYSLER SHOULD CONSIDER RECALLING THE WHOLE MAKE/MODEL FOR. I'M AFRAID TO DRIVE ANYWHERE OR HAVE OTHER PEOPLE IN MY CAR. MY CAR IS A LIABILITY NOT A SAFE PASSENGER VEHICLE.

**NHTSA ID Number:** 11317807
**Complaint Submitted** March 12, 2020
**Incident Date** February 10, 2019
**Consumer Location** FLORENCE, KY
**Vehicle Identification Number** 3C4NJDDBXJT****
**Summary of Complaint**
ENGINE IS FAILING MULTIPLE OIL CONSUMPTION TESTS AT DEALERSHIP. WHEN ASKED WHAT THE NEXT STEP IS FOR A RESOLUTION WE ARE TOLD IT IS ONLY DOCUMENTED. THE VEHICLE IS BURNING 1 QUART OF OIL EVERY 1000 MILES.

**NHTSA ID Number:** 11319342
**Complaint Submitted** March 26, 2020
**Incident Date** November 14, 2018
**Consumer Location** BURLESON, TX
**Vehicle Identification Number** 3C4NJCAB0JT****
**Summary of Complaint**
TL* THE CONTACT OWNS A 2018 JEEP COMPASS. THE CONTACT STATED THAT WHILE DRIVING AT VARIOUS SPEEDS, THE OIL WARNING LIGHT ILLUMINATED. THE VEHICLE WAS TAKEN TO AN INDEPENDENT MECHANIC AND THE OIL LEVEL WAS CHECKED. THE OIL LEVEL WAS WITHIN SAFE VEHICLE OPERATING RANGE. THE OIL LIGHT WAS RESET. THE CONTACT LINKED THE FAILURE TO NHTSA CAMPAIGN NUMBER: 17V670000 (ENGINE AND ENGINE COOLING) HOWEVER, THE VIN WAS NOT INCLUDED. ADDITIONALLY, THE CONTACT STATED THAT THE ESS (ENGINE STOP-START) FUNCTION

WAS INOPERABLE. THE VIN WAS NOT INCLUDED IN NHTSA CAMPAIGN NUMBER: 18V524000 (ELECTRICAL SYSTEM). THE VEHICLE WAS TAKEN TO MEADOR DODGE CHRYSLER JEEP RAM LOCATED AT (9501 SOUTH FWY, FORT WORTH, TX 76140) AND SOUTHWEST CHRYSLER DODGE JEEP RAM LOCATED AT (2235 N MAIN ST, CLEBURNE, TX 76033) WHERE THE CONTACT WAS INFORMED THAT AN OIL CONSUMPTION TEST WAS NEEDED TO DETERMINE THE CAUSE OF THE FAILURE. THE VEHICLE WAS NOT REPAIRED. THE MANUFACTURER WAS NOTIFIED OF THE FAILURE. THE FAILURE MILEAGE WAS UNKNOWN.

**2019 Jeep Compass**

**NHTSA ID Number:** 11270970
**Complaint Submitted** October 25, 2019
**Incident Date** October 21, 2019
**Consumer Location** SEBRING, OH
**Vehicle Identification Number** N/A
**Summary of Complaint**
TL* THE CONTACT OWNS A 2019 JEEP COMPASS. WHILE DRIVING APPROXIMATELY 35 MPH, THE VEHICLE STALLED WITHOUT WARNING. THE CONTACT PULLED OVER TO THE SIDE OF THE ROAD AND WAS ABLE TO RESTART THE VEHICLE. THE VEHICLE WAS TAKEN TO WALLY ARMOUR CHRYSLER DODGE JEEP RAM (1950 W STATE ST, ALLIANCE, OH 44601) WHERE IT WAS DETERMINED THAT THE OIL LEVEL WAS LOW, WHICH CAUSED THE VEHICLE TO STALL. THE DEALER INSTRUCTED THE CONTACT TO BRING THE VEHICLE BACK TO THEM AFTER 500 MILES FROM THE LAST OIL CHANGE FOR MONITORING AND AN OIL CONSUMPTION TEST. THE VEHICLE WAS NOT REPAIRED. THE MANUFACTURER WAS NOTIFIED OF THE FAILURE. THE APPROXIMATE FAILURE MILEAGE WAS 4,000. THE VIN WAS UNAVAILABLE.

**NHTSA ID Number:** 11297761
**Complaint Submitted** January 7, 2020
**Incident Date** May 15, 2018
**Consumer Location** PLEASANTVILLE, NY
**Vehicle Identification Number** N/A
**Summary of Complaint**
TL* THE CONTACTS WIFE OWNS A 2018 JEEP COMPASS. THE CONTACT STATED THAT WHILE DRIVING 30 MPH, THE EMERGENCY BRAKE

WARNING INDICATOR ILLUMINATED AND THE VEHICLE STALLED. THE CONTACT STATED THAT THE FAILURE RECURRED 6 TIMES. THE VEHICLE WAS TAKEN TO CROTON AUTO PARK (1 MUNICIPAL PL, CROTON ON HUDSON, NY 10520, (914) 271-5100) ON TWO OCCASIONS TO BE DIAGNOSED AND REPAIRED. THE CONTACT WAS INFORMED THAT THE PCV VALVE NEEDED TO BE REPLACED AND SECONDARILY, AN OIL CONSUMPTION TEST NEEDED TO BE PERFORMED AT 500 MILE INTERVALS UP TO 1,500 MILES. THE PCV VALVE WAS REPLACED HOWEVER, A DETERMINATION WAS NOT MADE REGARDING THE OIL CONSUMPTION TEST. THE MANUFACTURER WAS NOTIFIED OF THE FAILURE. THE APPROXIMATE FAILURE MILEAGE WAS 18,000. THE VIN WAS UNAVAILABLE.

53.     FCA, through (1) its public acknowledgement of the problem; (2) its own records of customers' complaints, (3) dealership repair records, (4) records from the National Highway Traffic Safety Administration (NHTSA), (5) warranty and post-warranty claims, (6) internal pre-sale durability testing and internal investigations, and (7) other various sources, has always known or should have known of the Oil Consumption Defect in the Class Vehicles.  Yet, at no time has FCA disclosed these defects to consumers, or warned consumers despite knowing the defects persist today with no known way to remediate the existing Jeep Vehicles.

54.     Defendant failed to adequately research, design, test and/or manufacture the Jeep Vehicles before warranting, advertising, promoting, marketing, and/or selling them as suitable and safe for use in an intended and/or reasonably foreseeable manner.

55.     Defendant is experienced in the design and manufacture of consumer vehicles. As an experienced manufacturer, Defendant conducts tests, including pre-

103

sale durability testing, to verify the vehicles it sells are free from defects and align with Defendant's specifications and intended use of the Jeep, including routine highway travel.

56.     Upon information and belief, Defendant performs a four-part durability evaluation on its vehicles before they are released for sale to the general public. The four steps are a virtual analysis, data acquisition, bench testing, and road testing.

57.     The virtual analysis stage is conducted by FCA engineers. It is designed to identify risk areas early in the development process by using software simulations to identify potential part failures by using advanced mathematical models. This process allows FCA to identify and correct any issues with its vehicles before they are produced and when it is the least costly to remedy.

58.     The data acquisition stage is also conducted by FCA engineers. FCA engineers collect and analyze road load data (data regarding the expected load the vehicles will undergo during their anticipated lifetime).

59.     Bench testing involves testing individual components of the vehicle to simulate real world conditions. Bench testing is designed to verify the overall soundness of a design under controlled conditions. The testing performed typically includes testing various component parts to failure.

60.     Finally, FCA's presale durability road testing system is nicknamed DUMBO, which stands for Durability Monitoring Box and Off-board.

61.     The purpose of DUMBO is to detect preliminary degradation of vehicle component parts. Road testing of the vehicles is conducted and data is logged through an on-board unit within the vehicle, which is then transferred to a server for analysis. The DUMBO system is used to verify the correct execution of durability tests, to monitor any performance losses, and to collect data. The collected data is then run through various event recognition, event validation, and performance evaluation algorithms to identify any loss of performance.

62.     FCA knew of the Oil Consumption Defect and its associated defects when performing these quality control metrics on the Jeep Vehicles and made no substantive design modifications to eliminate such defects.

### D.     FCA Touts Safety in its Marketing and Advertising

63.      FCA has touted its "commitment" and "dedication" to "transportation safety includ[ing] engineering active and passive features for diverse drivers and vehicle segments."  FCA's head of vehicle safety and regulatory compliance assured the market in 2014 that "safety considerations are baked into every component of every product we make."[9]

---

[9] Sandy Smith, *Sandy Says: Are You a Safety Advocate?*, EHS TODAY, (Feb. 4, 2016), http://ehstoday.com/safety-leadership/sandy-says-are-you-safety-advocate **(Exhibit 8)**

64.    On its website, FCA represents that its "objective is to ensure vehicle quality and safety."[10] Defendant informs consumers that FCA "vehicles meet the highest standard in terms of safety, ecological profile, driving performance and quality."[11] Specifically, FCA's website focuses on Defendant's purported rigorous testing and quality control:

> To ensure that FCA vehicles deliver maximum safety and quality to customers over their entire life, every mechanical and electronic component, body part and trim element is rigorously tested. The designers work with a team of researchers during the testing phase to ensure vehicles meet the highest standards in terms of safety, ecological profile, driving performance and quality.[12]

### E.    Warranties Related to the Defect

65.    The Jeep Vehicles come with a three-year/36,000 mile Basic Limited Warranty. The Basic Limited Warranty lasts for three years from the date delivery of the Jeep Vehicle is taken, or for 36,000 miles on the odometer, whichever occurs first. The Jeep Vehicles also come with a five-year/60,000 mile Powertrain Warranty. The Powertrain Warranty covers the engine, transmission, and drive systems.  Accordingly, the Powertrain Warranty is the applicable warranty related to the Oil Consumption Defect.

---

[10] https://www.fcagroup.com/en-US/media_center/insights/Pages/quality_lifecycle.aspx (last visited May 23, 2019). **(Exhibit 9)**

[11] *Id.*

[12] *Id.*

66. FCA instructs vehicle owners and lessees to bring their vehicles to an FCA dealership for the warranty repairs. Many owners and lessees have presented Jeep Vehicles to FCA dealerships with complaints about the Oil Consumption Defect.

67. Despite FCA's knowledge of the problem—and presumably how to appropriately remediate and prevent the Oil Consumption Defect from recurring (replace the short block and rotating assembly with improved cylinder crosshatching and higher tension piston rings so as to prevent oil from entering the combustion cycle)—FCA refuses to provide appropriate warranty coverage, instead informing consumers that the Oil Consumption Defect is normal and oil should be added on a regular basis between oil change intervals, none of which is covered by the warranty nor will it solve the Oil Consumption Defect.

## CLASS ALLEGATIONS

68. Plaintiff brings this action pursuant to the provisions of Rules 23(a), 23(b)(2), and 23(b)(3) of the Federal Rules of Civil Procedure, on behalf of herself and the following proposed classes:

> **Nationwide Class:**
> All persons or entities in the United States who purchased or leased a Class Vehicle.
>
> **Florida Subclass:**
> All persons or entities who purchased or leased a Class Vehicle in Florida.

69.     Excluded from the Class are FCA, its employees, officers, directors, legal representatives, heirs, successors, wholly- or partly-owned, and its subsidiaries and affiliates; FCA dealers; proposed Class counsel and their employees; the judicial officers and associated court staff assigned to this case and their immediate family members; all persons who make a timely election to be excluded from the Class; governmental entities; and the judge to whom this case is assigned and his/her immediate family.

70.     This action has been brought and may be properly maintained on behalf of the Class proposed herein under Federal Rule of Civil Procedure 23.

71.     <u>Numerosity</u>. Federal Rule of Civil Procedure 23(a)(1): The members of the Class are so numerous and geographically dispersed that individual joinder of all Class members is impracticable. Class Vehicles may be identified during the pendency of this action and all owners and lessors notified by recognized, Court-approved notice dissemination methods, which may include U.S. Mail, electronic mail, Internet postings, and/or published notice. The Class members may be easily derived from Defendant's sales records.

72.     <u>Commonality and Predominance</u>. Federal Rule of Civil Procedure 23(a)(2) and 23(b)(3): This action involves common questions of law and fact, which predominate over any questions affecting individual Class members, including, without limitation:

108

a.  Whether FCA engaged in the conduct alleged herein;

b.  Whether FCA designed, advertised, marketed, distributed, leased, sold, or otherwise placed the Jeep Vehicles into the stream of commerce in the United States;

c.  Whether the Oil Consumption Defect constitutes a safety defect;

d.  Whether FCA knew about, and failed to disclose, the Oil Consumption Defect at the time Plaintiff and the Class members purchased their Jeep Vehicles;

e.  Whether FCA designed, manufactured, marketed, and distributed the Jeep Vehicles knowing that the Oil Consumption Defect could and would occur;

f.  Whether FCA's conduct violates consumer protection statutes, false advertising laws, sales contracts, warranty laws, and other laws as asserted herein;

g.  Whether FCA owed a duty to warn Plaintiff and Class Members about the Oil Consumption Defect;

h.  Whether Plaintiff and the other Class members overpaid for their Class Vehicles;

i.  Whether FCA breached the warranty by failing to properly inspect and repair the Oil Consumption Defect;

j.  Whether Plaintiff and the other Class members are entitled to equitable relief, including, but not limited to, restitution or injunctive relief; and

k.  Whether Plaintiff and the other Class members are entitled to damages and other monetary relief and, if so, in what amount.

73.  <u>Typicality</u>. Federal Rule of Civil Procedure 23(a)(3): Plaintiff's claims are typical of the other Class members' claims because, among other things, all Class members were comparably injured through FCA's wrongful conduct as described above.

109

74. <u>Adequacy</u>. Federal Rule of Civil Procedure 23(a)(4): Plaintiff is an adequate Class representatives because her interests do not conflict with the interests of the other members of the Class she seeks to represent; Plaintiff has retained counsel competent and experienced in complex class action litigation; and Plaintiff intends to prosecute this action vigorously. The interests of the Class will be fairly and adequately protected by Plaintiff and her counsel.

75. <u>Declaratory and Injunctive Relief</u>. Federal Rule of Civil Procedure 23(b)(2): FCA has acted or refused to act on grounds generally applicable to Plaintiff and the other members of the Class, thereby making appropriate final injunctive relief and declaratory relief with respect to the Class as a whole.

76. <u>Superiority</u>. Federal Rule of Civil Procedure 23(b)(3): A class action is superior to any other available means for the fair and efficient adjudication of this controversy, and no unusual difficulties are likely to be encountered in the management of this class action. The damages or other financial detriment suffered by Plaintiff and the other Class members are relatively small compared to the burden and expense that would be required to individually litigate their claims against FCA, so it would be impracticable for the members of the Class to individually seek redress for FCA's wrongful conduct. Even if Class members could afford individual litigation, the court system could not. Individualized litigation creates a potential for inconsistent or contradictory judgments, and increases the delay and expense to all

parties and the court system. By contrast, the class action device presents far fewer management difficulties, and provides the benefits of single adjudication, economy of scale, and comprehensive supervision by a single court.

## VIOLATIONS ALLEGED

### FIRST CAUSE OF ACTION
### VIOLATION OF MAGNUSON-MOSS WARRANTY ACT,
### 15 U.S.C. § 2301, *et seq*. ("MMWA")
### (On Behalf of the Nationwide Class and/or Florida Class)

77.    Plaintiff hereby incorporates by reference the allegations contained in the preceding paragraphs of this Complaint.

78.    The MMWA provides a private right of action by purchasers of consumer products against retailers who, *inter alia*, fail to comply with the terms of an implied or written warranty. 15 U.S.C. § 2310(d)(1).  As alleged herein, FCA has failed to comply with its implied warranty of merchantability with regard to the Jeep Vehicles.

79.    The Jeep Vehicles are consumer products, as that term is defined in 15 U.S.C. § 2301(1).

80.    Plaintiff and each member of the Nationwide Class and Sub-Classes are consumers, as that term is defined in 15 U.S.C. § 2301(3).

81.    FCA is a supplier and warrantor, as those terms are defined in 15 U.S.C. § 2301(4)-(5).

111

82.     The MMWA provides a cause of action for breach of warranty or other violations of the Act. 15 U.S.C. § 2310(d)(1).  FCA breached the implied warranty of merchantability for the Jeep Vehicles, as alleged herein, which it cannot disclaim under the MMWA, 15 U.S.C. § 2308(a)(1), by failing to provide merchantable goods.  Plaintiff has suffered damages as a result of FCA's breach of the implied warranty of merchantability as set forth herein. 15 U.S.C. § 2310(d)(1)-(2).

83.     FCA was provided notice of the claims raised by Plaintiff and was afforded a reasonable opportunity to cure.  FCA failed to cure in that it has not offered a repair to Plaintiff and consumers for the Oil Consumption Defect.  Until Plaintiff's representative capacity is determined, notice and opportunity to cure through Plaintiff, and on behalf of the Class, can be provided under 15 U.S.C. § 2310(e).

84.     FCA's acts and omissions in violation of the MMWA are "[u]nfair methods of competition in or affecting commerce, and unfair or deceptive acts or practices in or affecting commerce," and they are unlawful. 15 U.S.C. § 2310(b); 15 U.S.C. § 45(a)(1).

85.     Plaintiff and the members of the Sub-Classes have suffered, and are entitled to recover, damages as a result of FCA's breach of express and/or implied warranties and violations of the MMWA.

112

86.     Plaintiff also seeks an award of costs and expenses, including attorneys'

fees, under the MMWA to prevailing consumers in connection with the

commencement and prosecution of this action. 15 U.S.C. § 2310(d)(2).  Plaintiff and

the prospective Sub-Classes intend to seek such an award, including expert witness

costs and other recoverable costs, as prevailing consumers at the conclusion of this

lawsuit.

## SECOND CAUSE OF ACTION

### VIOLATIONS OF THE FLORIDA DECEPTIVE AND UNFAIR TRADE PRACTICES ACT
### (On Behalf of the Florida Class)

87.     Plaintiff incorporates by reference all allegations of the preceding

paragraphs as though fully set forth herein.

88.     Plaintiff Nicolette Watson brings this cause of action on behalf of

himself and on behalf of the members of the Florida Class against Defendant.

89.     Plaintiff and the members of the Florida Class are "consumers" within

the meaning of Fla. Stat. § 501.203(7).

90.     At all relevant times, Defendant was engaged in trade or commerce

within the meaning of Fla. Stat. § 501.203(8).

91.     The purpose of the Florida Deceptive and Unfair Trade Practices Act,

Fla. Stat. § 501.201, *et seq.*, is to "protect the consuming public . . . from those who

113

engage in unfair methods of competition, or unconscionable, deceptive or unfair acts or practice in the conduct of any trade or commerce." Fla. Stat. § 501.202(2).

92.     Florida's Deceptive and Unfair Trade Practices Act prohibits "[u]nfair methods of competition, unconscionable acts or practices, and unfair or deceptive acts or practices in the conduct of any trade or commerce." Fla. Stat. § 501.204(1).

93.     In the course of Defendant's business, it knowingly concealed, suppressed, and omitted the fact that the Class Vehicles are defective, with the intent that Plaintiff and the Florida Class Members rely upon that concealment, suppression, and omission when purchasing the Class Vehicles. The existence of the defect, which manifests in all or substantially all Class Vehicles, is material to a reasonable consumer in that it causes, among other things, premature internal wear and eventually suffers a catastrophic failure, stalling, leads to thousands of dollars in repair expenses, and causes the Class Vehicles to be worth substantially less than they would otherwise be valued.

94.     Defendant has engaged in unfair and deceptive trade practices, including representing that the Class Vehicles have characteristics, uses, benefits, and qualities which they do not have; representing that the Class Vehicles are of a particular standard and quality when they are not; advertising the Class Vehicles with the intent to not sell them as advertised; and otherwise engaging in conduct likely to deceive. Further, Defendant's acts and practices described herein offend

114

established public policy because the harm they cause to consumers outweighs any benefit associated with such practices, and because Defendant fraudulently concealed the defective nature of the Class Vehicles from consumers.

95.    As a direct and proximate result of Defendant's unlawful conduct, Plaintiff and the Florida Class Members have suffered harm in that they bought Class Vehicles they otherwise would not have, overpaid for their Class Vehicles, did not receive the benefit of their bargain, and their Class Vehicles suffered a diminution in value. Meanwhile, Defendant has sold more Class Vehicles than they otherwise could have and charged inflated prices for the Class Vehicles, unjustly enriching themselves thereby.

96.    Plaintiff and the other Class members have suffered an injury in fact, including the loss of money or property, as a result of Defendant's unfair, unlawful, and/or deceptive practices. In purchasing their Class Vehicles, Plaintiff and the other Class members relied on the misrepresentations and/or omissions of Defendant with respect to the reliability of the Class Vehicles. Defendant's representations were untrue because the Class Vehicles were defectively designed and manufactured. Had Plaintiff and the other Class members known this, they would not have purchased their Class Vehicles and/or paid as much for them. Accordingly, Plaintiff and the other Class members overpaid for their Class Vehicles and did not receive the benefit of their bargain.

97.     Pursuant to Fla. Stat. § 501.211, Plaintiff and the Florida Class Members are entitled to damages, declaratory judgment, and equitable relief, including restitutionary disgorgement of all profits accruing to Defendant because of their deceptive practices and an order requiring Defendant to adequately disclose and repair the defect.

### THIRD CAUSE OF ACTION
### BREACH OF IMPLIED WARRANTY OF MERCHANTABILITY
#### (On Behalf of the Nationwide Class and/or Florida Class)

98.     Plaintiff incorporates by reference all allegations of the preceding paragraphs as though fully set forth herein.

99.     FCA manufactured and distributed Jeep vehicles throughout the United States for sale to Plaintiffs and the Sub-Classes Members.

100.   FCA impliedly warranted to Plaintiffs and members of the Sub-Classes that their Jeep Vehicles were free of defects, and were merchantable and fit for their ordinary purpose for which such goods are used.

101.   As alleged herein, FCA breached the implied warranty of merchantability because the Jeep vehicles suffer from the Oil Consumption Defect. The Jeep Vehicles are therefore defective, unmerchantable, and unfit for their ordinary, intended purpose.

102.   After Plaintiff experienced the Oil Consumption Defect and contacted the dealership on multiple occasions without relief, Plaintiff gave reasonable and

adequate notice to FCA that the Jeep Vehicles were defective, unmerchantable, and unfit for their intended use or purpose.

103.   Due to the Oil Consumption Defect, Plaintiff and the members of each Sub-Class are unable to operate their vehicles as intended in a safe condition, substantially free from defects.  The Jeep Vehicles do not provide safe and reliable transportation to Plaintiff and Sub-Class members.   As a result, Plaintiff and members of the Classes are unable to safely drive their Jeep Vehicles.

104.   Plaintiff did not receive or otherwise have the opportunity to review, at or before the time of sale, the written warranty containing the purported exclusions and limitations of remedies.  Accordingly, any such exclusions and limitations of remedies are unconscionable and unenforceable, and Plaintiff is entitled to all remedies available under Article 2 of the Uniform Commercial Code and other state laws of each Sub-Classes.  Any purported warranty disclaimers, exclusions, and limitations were unconscionable and unenforceable.  As a direct and proximate result of the breach of implied warranty of merchantability, Plaintiff and members of the classes have been injured in an amount to be proven at trial.

### FOURTH CAUSE OF ACTION
### BREACH OF EXPRESS WARRANTY
### (On Behalf of the Nationwide Class and/or Florida Class)

105.   Plaintiff incorporates by reference all allegations of the preceding paragraphs as though fully set forth herein.

106.   Defendant provided all purchasers and lessees of the Class Vehicles with the same express warranties described herein, which became part of the basis of the bargain.

107.   The parts affected by the Oil Consumption Defect were distributed by Defendant in the Class Vehicles and are covered by the warranties Defendant provided to all purchasers and lessors of Class Vehicles.

108.   Defendant breached these warranties by selling and leasing Class Vehicles with the Oil Consumption Defect, requiring repair or replacement within the applicable warranty periods, and refusing to honor the warranties by providing free repairs or replacements during the applicable warranty periods.

109.   Plaintiff notified Defendant of the breach within the warranty period, but Defendant already knew of the Oil Consumption Defect and yet chose to conceal it and failed to comply with its warranty obligations.

110.   As a direct and proximate cause of Defendant's breach, Plaintiffs and the members of the Class bought or leased Class Vehicles they otherwise would not have, overpaid for their vehicles, did not receive the benefit of their bargain, and their Class Vehicles suffered a diminution in value. Plaintiff and the Class have also incurred and will continue to incur costs related to the diagnosis and repair of the Oil Consumption Defect.

111.   Defendant's attempt to disclaim or limit these express warranties is unconscionable and unenforceable under the circumstances here.

112.   Specifically, Defendant's warranty limitation is unenforceable because it knowingly sold a defective product without informing consumers about the defect.

113.   The time limits contained in Defendant's warranty period were also unconscionable and inadequate to protect Plaintiff and members of the Classes.  A gross disparity in bargaining power existed between Defendant and the Class Members, and Defendant knew or should have known that the Class Vehicles were defective at the time of sale and would fail well before their useful lives.

114.   Plaintiff and the class have complied with all obligations under the warranty, or otherwise have been excused from performance of said obligations as a result of Defendant's conduct described herein.

**FIFTH CAUSE OF ACTION**
**UNJUST ENRICHMENT**
**(On Behalf of the Nationwide Class and/or Florida Class)**

115.   Plaintiff incorporates by reference all allegations of the preceding paragraphs as though fully set forth herein.

116.   This claim is pled in the alternative to Plaintiff's contract-based claims.

117.   Defendant knew or should have known that Plaintiff and the Class paid for the Class Vehicles with the expectation that they would perform as represented and were free from defects.

118.   Plaintiff and the Class conferred substantial benefits on Defendant by purchasing the defective Class Vehicles. Defendant knowingly and willingly accepted and enjoyed those benefits.

119.   Defendant's retention of these benefits is inequitable.

120.   As a direct and proximate cause of Defendant's unjust enrichment, Plaintiff and the Class are entitled to an accounting, restitution, attorneys' fees, costs and interest.

## REQUEST FOR RELIEF

WHEREFORE, Plaintiff, individually and on behalf of members of the class defined above, respectfully request that the Court enter judgment against FCA and award the following relief:

A.   Certification of this action as a class action pursuant to Rule 23 of the Federal Rules of Civil Procedure, declaring Plaintiff as the representative of the Classes, and Plaintiff's counsel as counsel for the Classes;

B.   An order awarding declaratory relief and temporarily and permanently enjoining FCA from continuing the unlawful, deceptive, fraudulent, and unfair business practices alleged in this Complaint;

C.   Appropriate injunctive and/or declaratory relief, including, without limitation, an order that requires Defendant to repair, recall, and/or replace the Jeep Vehicles and to extend the applicable warranties to a reasonable period of time, or,

at a minimum, to provide Plaintiffs and Class members with appropriate curative notice regarding the existence and cause of the Oil Consumption Defect;

     D.    An award of appropriate damages to repair or replace the Jeep Vehicles;

     E.    A declaration that FCA is financially responsible for all Class notice and the administration of Class relief;

     F.    An order awarding any applicable statutory and civil penalties;

     G.    An order requiring FCA to pay both pre- and post-judgment interest on any amounts awarded;

     H.    An award of costs, expenses, and attorneys' fees as permitted by law; and

     I.    Such other or further relief as the Court may deem appropriate, just, and equitable.

## **DEMAND FOR JURY TRIAL**

Plaintiff hereby demands a jury trial for all claims so triable.

DATED: April 30, 2020        Respectfully submitted,

By:   */s/ Daniel O. Herrera*
      Daniel O. Herrera
      **CAFFERTY CLOBES MERIWETHER**
       **& SPRENGEL LLP**
      150 S. Wacker Dr., Suite 3000
      Chicago, Illinois 60606
      Phone: (312) 782-4880
      Facsimile: (312) 782-4485
      E-Mail: dherrera@caffertyclobes.com

Patrick E. Cafferty (P35613)
**CAFFERTY CLOBES MERIWETHER
   & SPRENGEL LLP**
220 Collingwood, Suite 130
Ann Arbor, Michigan 48103
Telephone:  (734) 769-2144
Facsimile:  (215) 864-2810
E-Mail:  pcafferty@caffertyclobes.com

Bryan L. Clobes
bclobes@caffertyclobes.com
**CAFFERTY CLOBES MERIWETHER
   & SPRENGEL LLP**
205 N. Monroe St.
Media, PA 19063
Telephone: (215) 864-2800
Fascimile: (215) 964-2808
Email:  bclobes@caffertyclobes.com

Joseph G. Sauder
Matthew D. Schelkopf
Joseph B. Kenney
**SAUDER SCHELKOPF**
1109 Lancaster Avenue
Berwyn, PA 19312
Telephone: (888) 711-9975
Facsimile: (610) 421-1326
jgs@sstriallawyers.com
mds@sstriallawyers.com
jbk@sstriallawyers.com

*Attorneys for Plaintiff and the Class*

122